UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA  :    **INDICTMENT**

         - v. -           :    S1 12 Cr. 185 (LAP)

RYAN ACKROYD,             :
  a/k/a "kayla,"
  a/k/a "lol,"            :
  a/k/a "lolspoon,"
JAKE DAVIS,               :
  a/k/a "topiary,"
  a/k/a "atopiary"        :
DARREN MARTYN,
  a/k/a "pwnsauce,"       :
  a/k/a "raepsauce,"
  a/k/a "networkkitten,"  :
DONNCHA O'CEARRBHAIL,
  a/k/a "palladium," and  :
JEREMY HAMMOND,
  a/k/a "Anarchaos,"      :
  a/k/a "sup_g,"
  a/k/a "burn,"           :
  a/k/a "yohoho,"
  a/k/a "POW,"            :
  a/k/a "tylerknowsthis,"
  a/k/a "crediblethreat," :
  a/k/a "ghost"
  a/k/a "anarchacker,"    :

         Defendants.      :

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 2 2012

## COUNT ONE

**(CONSPIRACY TO COMMIT COMPUTER HACKING – INTERNET FEDS)**

         The Grand Jury charges:

### THE DEFENDANTS

         1.   At certain times relevant to this Indictment,

RYAN ACKROYD, a/k/a "kayla," a/k/a "lol," a/k/a "lolspoon," and

JAKE DAVIS, a/k/a "topiary," a/k/a "atopiary," the defendants,
were computer hackers who resided in the United Kingdom.

　　　2.　　The role of RYAN ACKROYD, a/k/a "kayla," a/k/a
"lol," a/k/a "lolspoon," the defendant, included, among other
things, identifying and exploiting vulnerabilities in victims'
computer systems for the purpose of gaining unauthorized access
to those systems for the groups charged in Counts One and Two of
this Indictment.

　　　3.　　The role of JAKE DAVIS, a/k/a "topiary," a/k/a
"atopiary," the defendant, included, among other things, acting
as a spokesman for the groups charged in Counts One and Two of
this Indictment, for example by engaging in interviews with the
media and publicizing those groups' hacking activities; drafting
press releases; and organizing and storing confidential
information stolen in connection with the computer hacking
described in Counts One and Two of this Indictment.

　　　4.　　At certain times relevant to this Indictment,
DARREN MARTYN, a/k/a "pwnsauce," a/k/a "raepsauce," a/k/a
"networkkitten," and DONNCHA O'CEARRBHAIL, a/k/a "palladium,"
the defendants, were computer hackers who resided in Ireland.

　　　5.　　At certain times relevant to this Indictment,
JEREMY HAMMOND, a/k/a Anarchaos," a/k/a "sup_g," a/k/a "burn,"
a/k/a "yohoho," a/k/a "POW," a/k/a "tylerknowsthis," a/k/a
"crediblethreat," a/k/a "ghost," a/k/a "anarchacker," the

defendant, was a computer hacker who resided in Chicago, Illinois.

## BACKGROUND ON ANONYMOUS AND INTERNET FEDS

6.   Since at least in or about 2008, up through and including at least in or about March 2012, "Anonymous" has been a loose confederation of computer hackers and others sharing, among other things, common interests, common slogans, and common identifying symbols.  During that time period, certain members of Anonymous have waged a deliberate campaign of online destruction, intimidation, and criminality, as part of which they have carried out cyber attacks against businesses and government entities in the United States and throughout the world.

7.   Between in or about December 2010 and in or about May 2011, one group of individuals affiliated with Anonymous who engaged in such criminal conduct was composed of elite computer hackers who collectively referred to themselves as "Internet Feds."  At various times relevant to this Indictment, members of Internet Feds carried out a series of cyber attacks against the websites and computer systems of certain business and government entities in the United States and around the world, including, among others, the following businesses and organizations:

a.   Fine Gael, a political party in Ireland, which maintained the website "www.finegael2011.com;"

3

b.   HBGary, Inc. and its affiliate, HBGary Federal, LLC (collectively referred to herein as "HBGary"), computer security firms based in the United States which provided computer security software and services, among other things, to their clients, and which maintained the website "www.HBGaryFederal.com;" and

c.   Fox Broadcasting Company ("Fox"), a commercial broadcast television network in the United States, which maintained the website "www.fox.com."

8.   These cyber attacks involved, among other things: (1) breaking into computer systems, deleting data, and stealing confidential information, including encrypted and unencrypted sensitive personal information for thousands of individual victims; (2) de-encrypting confidential information stolen from victims' computer systems, including encrypted passwords; (3) publicly disclosing that stolen confidential information on the Internet by dumping it on certain websites; (4) hijacking victims' email and Twitter accounts; (5) defacing victims' Internet websites; and/or (6) "doxing," that is, publicly disclosing online a victim's personal identifying information, such as the victim's name, address, Social Security number, email account, and telephone number, with the object of, among other things, intimidating the victim and subjecting the victim to harassment.

4

9.   At various times relevant to this Indictment, and as part of Anonymous, members of Internet Feds sought to publicize their Internet assaults and intimidate their victims by, among other things: (1) posting messages online in which they discussed their attacks and threatened additional attacks; (2) using particular logos and slogans when, for example, they posted messages online and defaced websites; and (3) discussing their attacks with members of the press.

10.   At various times relevant to this Indictment, and much like other members of Anonymous, members of Internet Feds, despite their efforts to publicize their illegal conduct, typically attempted to hide their true identities by, for example, using aliases when they communicated with the public or with each other.

11.   At various times relevant to this Indictment, members of Internet Feds, much like other members of Anonymous, communicated using, among other means, Internet Relay Chat ("IRC") channels -- that is, real-time, text-based online forums.  Some of these channels were open to the public. Others, particularly channels in which members of Anonymous and members of Internet Feds planned and organized criminal activity, including cyber attacks, were not.  Instead, those channels were generally password-restricted and available by invitation only, usually to trusted individuals who had proven

themselves through past criminal hacking.  Specifically, members of Internet Feds and their co-conspirators planned and coordinated their cyber attacks using password-restricted, invitation-only IRC channels such as "#InternetFeds," "#Hackers," and "#hq," among others.

12.  At various times relevant to this Indictment, the members of Internet Feds included, among others, RYAN ACKROYD, a/k/a "kayla," a/k/a "lol," a/k/a "lolspoon," JAKE DAVIS, a/k/a "topiary," a/k/a "atopiary," DARREN MARTYN, a/k/a "pwnsauce," a/k/a "raepsauce," a/k/a "networkkitten," and DONNCHA O'CEARRBHAIL, a/k/a "palladium," the defendants, as well as other individuals, including, but not limited to, individuals who used the online aliases "SABU," "TFLOW," and "AVUNIT."

CYBER ATTACKS BY INTERNET FEDS

13.  From in or about December 2010, up to and including in or about May 2011, members of Internet Feds, including RYAN ACKROYD, a/k/a "kayla," a/k/a "lol," a/k/a "lolspoon," JAKE DAVIS, a/k/a "topiary," a/k/a "atopiary," DARREN MARTYN, a/k/a "pwnsauce," a/k/a "raepsauce," a/k/a "networkkitten," and DONNCHA O'CEARRBHAIL, a/k/a "palladium," the defendants, and their co-conspirators, including, among others, SABU, TFLOW and AVUNIT, launched cyber attacks on, and gained unauthorized access to, the websites and computers systems of the following victims, among others:

6

### Hack of Fine Gael

a.   In or about January 2011, MARTYN and
O'CEARRBHAIL participated in a cyber attack on Fine Gael's
website, www.finegael2011.com.  Among other things, MARTYN and
O'CEARRBHAIL accessed without authorization computer servers in
Arizona used by Fine Gael to maintain its website, and uploaded
code that defaced the website.

### Hack of HBGary

b.   In or about February 2011, ACKROYD, DAVIS,
MARTYN, and their co-conspirators, including SABU, TFLOW and
AVUNIT, participated in a cyber attack on the website and
computer systems of HBGary.

c.   Among other things, ACKROYD, DAVIS, MARTYN,
and their co-conspirators accessed without authorization
computer servers in California and Colorado used by HBGary and
stole confidential information from those servers, including
approximately 60,000 emails from email accounts used by HBGary
employees and a senior executive of HBGary Federal, LLC (the
"HBGary Federal Executive"), which ACKROYD, DAVIS, and MARTYN,
and their co-conspirators publicly disclosed via the
www.thepiratebay.org website (an anonymous file sharing website
that permits users to post stolen content), among other means.

d.   ACKROYD, DAVIS, MARTYN, and their co-
conspirators used information gained from those stolen emails to

access, without authorization, and steal the contents of an
email account belonging to a senior executive of HBGary, Inc.
(the "HBGary, Inc. Executive"); gain unauthorized access to the
servers for the website www.rootkit.com, an online forum on
computer hacking maintained by the HBGary, Inc. Executive, and
steal confidential data, including usernames and encrypted
passwords for approximately 80,000 user accounts; access without
authorization and deface the Twitter account of the HBGary
Federal Executive; and dox the HBGary Federal Executive by,
among other things, posting his Social Security number and home
address on his Twitter account without his authorization or
approval.

      e.    ACKROYD, DAVIS, MARTYN, and their co-
conspirators de-encrypted tens of thousands of the encrypted
www.rootkit.com users' passwords that they had stolen, and
publicly disclosed those de-encrypted passwords, the rootkit.com
usernames they had stolen, and the contents of the email account
belonging to the HBGary, Inc. Executive, by dumping them on
certain Internet websites.

<u>Hack of Fox</u>

      f.   In or about April 2011, ACKROYD, DAVIS,
MARTYN, O'CEARRBHAIL, and their co-conspirators, including SABU,
TFLOW and AVUNIT, participated in a cyber attack on the website
and computer systems of Fox.

g.    Among other things, ACKROYD, DAVIS, MARTYN, O'CEARRBHAIL, and their co-conspirators accessed without authorization computer servers in California used by Fox and stole and publicly disclosed confidential information, including a database of the names, dates of birth, telephone numbers, email addresses, and residences, among other information, for more than 70,000 potential contestants on "X-Factor," a Fox television show.

<u>STATUTORY ALLEGATIONS</u>

14.    From at least in or about December 2010, up to and including in or about May 2011, in the Southern District of New York and elsewhere, RYAN ACKROYD, a/k/a "kayla," a/k/a "lol," a/k/a "lolspoon," JAKE DAVIS, a/k/a "topiary," a/k/a "atopiary," DARREN MARTYN, a/k/a "pwnsauce," a/k/a "raepsauce," a/k/a "networkkitten," and DONNCHA O'CEARRBHAIL, a/k/a "palladium," the defendants, and others known and unknown, willfully and knowingly, combined, conspired, confederated, and agreed together and with each other to engage in computer hacking, in violation of Title 18, United States Code, Section 1030(a)(5)(A).

15.    It was a part and an object of the conspiracy that RYAN ACKROYD, a/k/a "kayla," a/k/a "lol," a/k/a "lolspoon," JAKE DAVIS, a/k/a "topiary," a/k/a "atopiary," DARREN MARTYN, a/k/a "pwnsauce," a/k/a "raepsauce," a/k/a "networkkitten," and

DONNCHA O'CEARRBHAIL, a/k/a "palladium," the defendants, and others known and unknown, willfully and knowingly would and did cause the transmission of a program, information, code and command, and, as a result of such conduct, would and did intentionally cause damage without authorization, to a protected computer, which would and did cause a loss (including loss resulting from a related course of conduct affecting one and more other protected computers) aggregating to at least $5,000 to one and more persons during any one year period, in violation of Title 18, United States Code, Sections 1030(a)(5)(A), 1030(c)(4)(B)(i) and (c)(4)(A)(i)(I).

### OVERT ACTS

16.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.   On or about January 9, 2011, DONNCHA O'CEARRBHAIL, a/k/a "palladium," the defendant, sent an electronic communication to DARREN MARTYN, a/k/a "pwnsauce," a/k/a "raepsauce," a/k/a "networkkitten," the defendant, containing computer code to be used to deface the www.finegael2011.com website.

b.   In or about February 2011, SABU used a computer located in New York, New York to access without

authorization computer servers used by HBGary and steal tens of thousands of emails belonging to employees of HBGary and the HBGary Federal Executive.

        c.    In or about February 2011, JAKE DAVIS, a/k/a "topiary," a/k/a "atopiary," the defendant, accessed without authorization the Twitter account of the HBGary Federal Executive and posted one or more fraudulent tweets.

        d.    In or about February 2011, RYAN ACKROYD, a/k/a "kayla," a/k/a "lol," a/k/a "lolspoon," the defendant, accessed without authorization an email account belonging to the HBGary, Inc. Executive and sent one or more fraudulent emails from that account to an administrator for the www.rootkit.com website requesting administrative access to that website.

        e.    On or about February 7, 2011, TFLOW uploaded links to tens of thousands of stolen emails belonging to employees of HBGary and the HBGary Federal Executive as well as a copy of certain text that had been used to deface the www.HBGaryFederal.com website, to an account on the website www.thepiratebay.org in the name "HBGary leaked emails."

        f.    On or about February 8, 2011, DAVIS, using the IRC channel #hq, discussed how Twitter had locked the Twitter account of the HBGary Federal Executive and stated, "That works in our favour.  His Twitter still has all our tweets.  Including his SSN."

g.   On or about February 9, 2011, ACKROYD, using the IRC channel #hq, asked TFLOW whether he had received a copy of emails belonging to the HBGary, Inc. Executive, to which TFLOW responded affirmatively and stated that he would add them to an "online viewer."

h.   On or about February 12, 2011, SABU, using the IRC channel #hq, stated that he had deleted data on a server used by HBGary.

i.   On or about February 13, 2011, DAVIS, using the IRC channel #hq, told AVUNIT "I'm happy to talk to press on IRC/Skype, have done [so] for months," and told TFLOW that he had "talked to maybe 150 journalists."

j.   In or about May 2011, SABU used a computer in New York, New York to access without authorization a computer server used by Fox and download a database containing personal information relating to potential contestants on the X-Factor television show.

(Title 18, United States Code, Section 1030(b).)

## COUNT TWO

### (CONSPIRACY TO COMMIT COMPUTER HACKING – LULZSEC)

The Grand Jury further charges:

17.   The allegations in paragraphs 1 through 6 of this Indictment are repeated and realleged as though fully set forth herein.

## BACKGROUND ON LULZSEC

18.   In or about May 2011, following the publicity
that they had generated as a result of their hacking of Fine
Gael and HBGary, among other victims, members of Internet Feds,
including RYAN ACKROYD, a/k/a "kayla," a/k/a "lol," a/k/a
"lolspoon," JAKE DAVIS, a/k/a "topiary," a/k/a "atopiary," and
DARREN MARTYN, a/k/a "pwnsauce," a/k/a "raepsauce," a/k/a
"networkkitten," the defendants, as well as SABU, TFLOW, and
AVUNIT, formed and became the principal members of a new hacking
group, "Lulz Security" or "LulzSec."   Other co-conspirators,
including JEREMY HAMMOND, a/k/a "Anarchaos," a/k/a "sup_g,"
a/k/a "burn," a/k/a "yohoho," a/k/a "POW," a/k/a
"tylerknowsthis," a/k/a "crediblethreat," a/k/a "ghost," a/k/a
"anarchacker," the defendant, also participated in some of
LulzSec's hacking activities.

19.   Like Internet Feds, LulzSec undertook a campaign
of malicious cyber assaults on the websites and computer systems
of various business and government entities in the United States
and throughout the world.   Although the members of LulzSec and
their co-conspirators claimed to have engaged in these attacks
for humorous purposes ("lulz" is Internet slang which can be
interpreted as "laughs," "humor," or "amusement"), LulzSec's
criminal acts included, among other things, the theft of
confidential information, including sensitive personal

13

information for thousands of individuals, from their victims'
computer systems; the public disclosure of that confidential
information on the Internet; the defacement of Internet
websites; and overwhelming victims' computers with bogus
requests for information (known as "denial of service" or "DoS"
attacks).

20. Also like Internet Feds, LulzSec sought to gain
notoriety for their hacks by varied and repeated efforts to
broadcast their acts of online destruction and criminality. As
a means of publicizing their cyber assaults, members of LulzSec
and their co-conspirators maintained a website,
"www.LulzSecurity.com;" an account in the name "LulzSec" at
www.thepiratebay.org; and a Twitter account, "@LulzSec;" all of
which they used to, among other things, announce their hacks and
issue written "press releases" about them; mock their victims;
solicit donations; and publicly disclose confidential
information they had stolen through their cyber attacks.

21. Similar to Internet Feds, as a means of
publicizing their online assaults, as well as intimidating their
victims, members of LulzSec and their co-conspirators used
particular logos and slogans in, for example, their "press
releases," their website defacements, and on the
www.LulzSecurity.com website and the @LulzSec Twitter account.

22.   Despite going to great lengths to seek attention for their illegal conduct, the members of LulzSec and their co-conspirators -- like Internet Feds -- attempted to hide their true identities.  Among other things, they referred to themselves by aliases, attempted to promote false personas, and used technical means, including proxy servers, in an effort to conceal themselves online.

23.   At various times relevant to this Indictment, members of LulzSec, including RYAN ACKROYD, a/k/a "kayla," a/k/a "lol," a/k/a "lolspoon," JAKE DAVIS, a/k/a "topiary," a/k/a "atopiary," and DARREN MARTYN, a/k/a "pwnsauce," a/k/a "raepsauce," a/k/a "networkkitten," the defendants, as well as SABU, TFLOW, and AVUNIT, and their co-conspirators, including, at times, JEREMY HAMMOND, a/k/a "Anarchaos," a/k/a "sup_g," a/k/a "burn," a/k/a "yohoho," a/k/a "POW," a/k/a "tylerknowsthis," a/k/a "crediblethreat," a/k/a "ghost," a/k/a "anarchacker," the defendant, launched cyber attacks on the websites and computer systems of the following victims, among others:

a.   Sony Pictures Entertainment ("Sony Pictures"), a division of Sony, a global electronics and media company, which produced and distributed television shows and movies and maintained the website "www.sonypictures.com;"

b.    The Public Broadcasting Service ("PBS"), a non-profit public television broadcasting service in the United States, which maintained the website "www.pbs.org;"

c.    The Atlanta, Georgia chapter of the Infragard Members Alliance ("Infragard-Atlanta"), an information sharing partnership between the Federal Bureau of Investigation ("FBI") and private industry concerned with protecting critical infrastructure in the United States, which maintained the website "www.infraguardatlanta.org;"

d.    Bethesda Softworks, a video game company based in Maryland, which owned the videogame "Brink" and maintained the website www.brinkthegame.com.; and

e.    The Arizona Department of Public Safety (the "Arizona DPS"), a state law enforcement agency in Arizona, which maintained the website "www.azdps.gov."

24.  At various times relevant to this Indictment, in addition to identifying and exploiting vulnerabilities in their victims' computer systems on their own, the members of LulzSec received from other computer hackers information regarding vulnerabilities in the computer systems of a variety of business and government entities.  LulzSec members then used this information to launch cyber attacks on those entities or stored this information in anticipation of future attacks.

16

25.   At various times relevant to this Indictment, members of LulzSec and their co-conspirators communicated with each other and planned and coordinated their cyber attacks using password-restricted, invitation-only IRC channels, including, among others, "#upperdeck" and "#hq".

<u>CYBER ATTACKS BY LULZSEC</u>

26.   From in or about May 2011, up to and including at least in or about June 2011, members of LulzSec, including RYAN ACKROYD, a/k/a "kayla," a/k/a "lol," a/k/a "lolspoon," JAKE DAVIS, a/k/a "topiary," a/k/a "atopiary," DARREN MARTYN, a/k/a "pwnsauce," a/k/a "raepsauce," a/k/a "networkkitten," the defendants, as well as SABU, TFLOW, and AVUNIT, and their co-conspirators, including, among others, JEREMY HAMMOND, a/k/a "Anarchaos," a/k/a "sup_g," a/k/a "burn," a/k/a "yohoho," a/k/a "POW," a/k/a "tylerknowsthis," a/k/a "crediblethreat," a/k/a "ghost," a/k/a "anarchacker," the defendant, launched cyber attacks on, and gained unauthorized access to, the websites and computers systems of the following victims, among others:

<u>Hack of PBS</u>

a.   In or about May 2011, ACKROYD, DAVIS, MARTYN, and their co-conspirators, including SABU, TFLOW and AVUNIT, in retaliation for what they perceived to be unfavorable news coverage in an episode of the PBS news program Frontline,

undertook a cyber attack on the website and computer systems of PBS.

        b.   ACKROYD, DAVIS, MARTYN, and their co-conspirators, accessed without authorization computer servers in Virginia used by PBS, stole confidential information from those servers, including, among other things, databases containing names, email addresses, usernames and passwords of more than approximately 2,000 PBS employees and other individuals and entities associated with PBS; publicly disclosed that information on certain websites, including the www.LulzSecurity.com website; and defaced the PBS website, including by inserting a bogus news article.

<u>Hack of Sony Pictures</u>

        c.   In or about May 2011, ACKROYD, DAVIS, and their co-conspirators, including SABU, TFLOW and AVUNIT, participated in a cyber attack on computer systems used by Sony Pictures.  This attack included accessing without authorization Sony Pictures' computer servers in California, and stealing and publicly disclosing on certain websites, including the www.LulzSecurity.com website, confidential information for at least approximately 100,000 users of the www.sonypictures.com website, including the users' passwords, email addresses, home addresses, and dates of birth.

18

## Hack of Infragard-Atlanta

d.    In or about June 2011, ACKROYD, DAVIS, MARTYN, and their co-conspirators, including SABU, TFLOW and AVUNIT, launched cyber attacks on the website and computer systems of Infragard-Atlanta.  These attacks included stealing the login credentials, encrypted passwords, and other confidential information for approximately 180 users of the Infragard-Atlanta website, www.atlantainfraguard.org; defacing that website; de-encrypting the stolen passwords; and publicly disclosing the stolen confidential user information, including the de-encrypted passwords, on certain websites, including the www.LulzSecurity.com website.

## Hack of Bethesda Softworks

e.    In or about June 2011, ACKROYD, DAVIS, MARTYN, and their co-conspirators, including TFLOW, participated in a cyber attack on the computer systems used by Bethesda Softworks, stealing confidential information, including authorization keys, as well as usernames, passwords, and email accounts for approximately 200,000 users of Bethesda Softworks' website, "www.brinkthegame.com."  ACKROYD, DAVIS, MARTIN, and their co-conspirators, publicly disclosed some of that stolen data on certain websites, including the www.LulzSecurity.com website.

## Hack of the Arizona DPS

f.    In or about June 2011, DAVIS, HAMMOND, and their co-conspirators, including TFLOW, participated in a cyber attack on the computer systems used by the Arizona DPS.  Among other things, they accessed without authorization the Arizona DPS's computer servers in Arizona, and stole and publicly disclosed on certain websites, including the website www.LulzsSecurity.com, confidential information such as law enforcement sensitive documents and personal information for Arizona law enforcement personnel and their family members, including names, email accounts and passwords, home addresses, and home telephone and cell phone numbers.

### STATUTORY ALLEGATIONS

27.   From at least in or about May 2011, up to and including at least in or about June 2011, in the Southern District of New York and elsewhere, RYAN ACKROYD, a/k/a "kayla," a/k/a "lol," a/k/a "lolspoon," JAKE DAVIS, a/k/a "topiary," a/k/a "atopiary," DARREN MARTYN, a/k/a "pwnsauce," a/k/a "raepsauce," a/k/a "networkkitten," and JEREMY HAMMOND, a/k/a "Anarchaos," a/k/a "sup_g," a/k/a "burn," a/k/a "yohoho," a/k/a "POW," a/k/a "tylerknowsthis," a/k/a "crediblethreat," a/k/a "ghost," a/k/a "anarchacker," the defendants, and others known and unknown, willfully and knowingly, combined, conspired, confederated, and agreed together and with each other to engage

in computer hacking, in violation of Title 18, United States
Code, Section 1030(a)(5)(A).

28.   It was a part and an object of the conspiracy
that RYAN ACKROYD, a/k/a "kayla," a/k/a "lol," a/k/a "lolspoon,"
JAKE DAVIS, a/k/a "topiary," a/k/a "atopiary," DARREN MARTYN,
a/k/a "pwnsauce," a/k/a "raepsauce," a/k/a "networkkitten," and
JEREMY HAMMOND, a/k/a "Anarchaos," a/k/a "sup_g," a/k/a "burn,"
a/k/a "yohoho," a/k/a "POW," a/k/a "tylerknowsthis," a/k/a
"crediblethreat," a/k/a "ghost," a/k/a "anarchacker," the
defendants, and others known and unknown, willfully and
knowingly would and did cause the transmission of a program,
information, code and command, and, as a result of such conduct,
would and did intentionally cause damage without authorization,
to a protected computer, which would and did cause a loss
(including loss resulting from a related course of conduct
affecting one and more other protected computers) aggregating to
at least $5,000 to one and more persons during any one year
period, in violation of Title 18, United States Code, Sections
1030(a)(5)(A), 1030(c)(4)(B)(i) and (c)(4)(A)(i)(I).

<u>OVERT ACTS</u>

29.   In furtherance of the conspiracy and to effect
the illegal object thereof, the following overt acts, among
others, were committed in the Southern District of New York and
elsewhere:

a.    On or about May 6, 2011, JAKE DAVIS, a/k/a "topiary," a/k/a "atopiary," the defendant, established a Twitter account in the name "@LulzSec."

b.    In or about May 2011, SABU used a computer located in New York, New York, to gain unauthorized access to computer systems used by PBS and install one or more surreptitious means ("backdoors") by which SABU and others could secretly re-access those systems without authorization.

c.    In or about May 2011, DAVIS wrote a bogus news article, which was used to deface the www.pbs.org website.

d.    In or about May 2011, RYAN ACKROYD, a/k/a "kayla," a/k/a "lol," a/k/a "lolspoon," the defendant, and SABU accessed without authorization computer servers used by PBS and downloaded confidential information.

e.    In or about May 2011, SABU used a computer located in New York, New York, to gain unauthorized access to servers used by Sony Pictures.

f.    In or about June 2011, SABU used a computer located in New York, New York to gain unauthorized access to, and install one or more backdoors in, computer systems used by Infragard-Atlanta.

g.    In or about June 2011, ACKROYD accessed without authorization servers used by Infraguard-Atlanta and downloaded confidential information.

22

h.   In or about June 2011, a co-conspirator not named as a defendant herein provided information concerning a vulnerability in computer systems used by Bethesda Softworks to ACKROYD and other members of LulzSec.

i.   On or about June 12, 2011, ACKROYD used the foregoing vulnerability to gain unauthorized access to computer systems used by Bethesda Softworks, install one or more backdoors, which he provided to other members of LulzSec, and download confidential information.

j.   In or about June 2011, DAVIS used a backdoor provided by ACKROYD to access without authorization computer systems used by Bethesda Softworks and download confidential information, which DAVIS then organized.

k.   On or about June 12, 2011, DARREN MARTYN, a/k/a "pwnsauce," a/k/a "raepsauce," a/k/a "networkkitten," the defendant, posted the following message in the IRC channel #upperdeck: "Ok, who are we raping, brink?" to which ACKROYD responded affirmatively.

l.   On or about June 12, 2011, DAVIS posted the following message in the IRC channel #upperdeck: "so everyone knows, Brink leakage is 100% organized on my end; just waiting on the 200K DB."

m.   On or about June 21, 2011, a co-conspirator not named as a defendant herein provided SABU with confidential

files relating to a computer network at the "madison ave hq in nyc" of Sony Music Entertainment, a division of Sony.

        n.   In or about June 2011, JEREMY HAMMOND, a/k/a "Anarchaos," a/k/a "sup_g," a/k/a "burn," a/k/a "yohoho," a/k/a "POW," a/k/a "tylerknowsthis," a/k/a "crediblethreat," a/k/a "ghost," a/k/a "anarchacker," the defendant, accessed without authorization computer servers used by the Arizona DPS and downloaded confidential information.

        o.   On or about June 20, 2011, HAMMOND provided SABU, who was in Manhattan, with confidential information that HAMMOND had stolen from computer servers used by the Arizona DPS, including over 100 documents labeled "Law Enforcement Sensitive" and hundreds of internal Arizona DPS documents relating to, among other things, officer safety issues, law enforcement techniques, and operational plans.

        p.   On or about June 23, 2011, DAVIS posted the following message in the IRC channel #upperdeck: "leaking some hilarious police shit today, tflow is working on it."

        q.   On or about June 23, 2011, TFLOW uploaded to the www.thepiratebay.org website confidential information stolen from computer servers used by the Arizona DPS.

        r.   On or about June 23, 2011, after TFLOW had uploaded the foregoing information, DAVIS posted on the @LulzSec

Twitter account a link to that stolen information on the
www.thepiratebay.org website.

(Title 18, United States Code, Section 1030(b).)

## COUNT THREE

### (CONSPIRACY TO COMMIT COMPUTER HACKING - ANTISEC)

The Grand Jury further charges:

30.  The allegations in paragraphs 1 through 6 of this
Indictment are repeated and realleged as though fully set forth
herein.

### BACKGROUND ON ANTISEC

31.  In or about late June 2011, members of Internet
Feds and LulzSec, including RYAN ACKROYD, a/k/a "kayla," a/k/a
"lol," a/k/a "lolspoon," JAKE DAVIS, a/k/a "topiary," a/k/a
"atopiary," DARREN MARTYN, a/k/a "pwnsauce," a/k/a "raepsauce,"
a/k/a "networkkitten," and DONNCHA O'CEARRBHAIL, a/k/a
"palladium," the defendants, as well as TFLOW, and their co-
conspirators, including JEREMY HAMMOND, a/k/a "Anarchaos," a/k/a
"sup_g," a/k/a "burn," a/k/a "yohoho," a/k/a "POW," a/k/a
"tylerknowsthis," a/k/a "crediblethreat," a/k/a "ghost," a/k/a
"anarchacker," the defendant, formed a new hacking group called
"Operation Anti-Security," or "AntiSec."

32.  Like Internet Feds and LulzSec, AntiSec carried
out a series of computer attacks against the websites and
computer systems of various businesses and government entities

in the United States and around the world.  These attacks have
included, among other things, the theft of confidential
information, including sensitive personal information for
thousands of individuals, from victims' computer systems; the
public disclosure of that information; and the defacement of
victims' websites.

      33.  As with Internet Feds and LulzSec, members of
AntiSec sought to gain publicity for these cyber assaults by,
among other things, using Twitter and various public websites to
announce their hacks, publicly disclose stolen confidential
information, and deride their victims.

      34.  At various times relevant to this Indictment,
members of AntiSec, including RYAN ACKROYD, a/k/a "kayla," a/k/a
"lol," a/k/a "lolspoon," JAKE DAVIS, a/k/a "topiary,"
"atopiary," DARREN MARTYN, a/k/a "pwnsauce," a/k/a "raepsauce,"
a/k/a "networkkitten," DONNCHA O'CEARRBHAIL, a/k/a "palladium,"
and JEREMY HAMMOND, a/k/a "Anarchaos," a/k/a "sup_g," a/k/a
"burn," a/k/a "yohoho," a/k/a "POW," a/k/a "tylerknowsthis,"
a/k/a "crediblethreat," a/k/a "ghost," a/k/a "anarchacker," the
defendants, as well as TFLOW, and their co-conspirators,
launched cyber attacks on the websites and computer systems of
various victims, including, among others, Strategic Forecasting,
Inc. ("Stratfor"), an information analysis company based in
Austin, Texas, which maintained the website "www.stratfor.com."

35.  At various times relevant to this Indictment, members of AntiSec and their co-conspirators communicated with each other and planned and coordinated their cyber attacks using password-restricted, invitation-only IRC channels, including, among others, #blackops, #antisec, and #lulzxmas.

## CYBER ATTACKS BY ANTISEC

36.  From in or about late June 2011, up to and including at least in or about March 2012, members of AntiSec, including RYAN ACKROYD, a/k/a "kayla," a/k/a "lol," a/k/a "lolspoon," JAKE DAVIS, a/k/a "topiary," a/k/a "atopiary," DARREN MARTYN, a/k/a "pwnsauce," a/k/a "raepsauce," a/k/a "networkkitten," DONNCHA O'CEARRBHAIL, a/k/a "palladium," and JEREMY HAMMOND, a/k/a "Anarchaos," a/k/a "sup_g," a/k/a "burn," a/k/a "yohoho," a/k/a "POW," a/k/a "tylerknowsthis," a/k/a "crediblethreat," a/k/a "ghost," a/k/a "anarchacker," the defendants, as well as TFLOW, and their co-conspirators, launched cyber attacks on, and gained unauthorized access to, the websites and computer systems of the following victim, among others:

### Hack of Stratfor

a.  From at least in or about December 2011, up to and including in or about March 2012, HAMMOND and his co-conspirators mounted a cyber assault on the website and computer systems of Stratfor.

b.   HAMMOND and his co-conspirators accessed without authorization computer servers in Texas used by Stratfor and, among other things:

i.   stole confidential information from those servers, including approximately 60,000 credit card numbers and associated data belonging to clients of Stratfor, including the cardholders' names and addresses, as well as the cards' security codes and expiration dates; records for approximately 860,000 Stratfor clients, including individual user IDs, usernames, encrypted passwords, and email addresses; emails belonging to Stratfor employees; and internal Stratfor corporate documents;

ii.   used some of the stolen credit card data to make at least $700,000 worth of unauthorized charges;

iii.   defaced Stratfor's website; www.stratfor.com;

iv.   deleted data from Stratfor's computer servers, including Stratfor employees' stored emails and historical archives of Stratfor analytical products;

v.   publicly disclosed confidential data that had been stolen from Stratfor's servers, including, among other things, names, addresses, credit card numbers,

usernames, and email addresses for thousands of Stratfor
clients, as well as Stratfor employees' emails; and

              vi.    uploaded data stolen from Stratfor
onto a server located in the Southern District of New York.

### STATUTORY ALLEGATIONS

    37.  From at least in or about June 2011, up to and
including in or about March 2012, in the Southern District of
New York and elsewhere, RYAN ACKROYD, a/k/a "kayla," a/k/a
"lol," a/k/a "lolspoon," JAKE DAVIS, a/k/a "topiary," a/k/a
"atopiary," DARREN MARTYN, a/k/a "pwnsauce," a/k/a "raepsauce,"
a/k/a "networkkitten," DONNCHA O'CEARRBHAIL, a/k/a "palladium,"
and JEREMY HAMMOND, a/k/a "Anarchaos," a/k/a "sup_g," a/k/a
"burn," a/k/a "yohoho," a/k/a "POW," a/k/a "tylerknowsthis,"
a/k/a "crediblethreat," a/k/a "ghost," a/k/a "anarchacker," the
defendants, and others known and unknown, willfully and
knowingly, combined, conspired, confederated, and agreed
together and with each other to engage in computer hacking, in
violation of Title 18, United States Code, Section
1030(a)(5)(A).

    38.  It was a part and an object of the conspiracy
that RYAN ACKROYD, a/k/a "kayla," a/k/a "lol," a/k/a "lolspoon,"
JAKE DAVIS, a/k/a "topiary," a/k/a "atopiary," DARREN MARTYN,
a/k/a "pwnsauce," a/k/a "raepsauce," a/k/a "networkkitten,"
DONNCHA O'CEARRBHAIL, a/k/a "palladium," and JEREMY HAMMOND,

a/k/a "Anarchaos," a/k/a "sup_g," a/k/a "burn," a/k/a "yohoho,"

a/k/a "POW," a/k/a "tylerknowsthis," a/k/a "crediblethreat,"

a/k/a "ghost," a/k/a "anarchacker," the defendants, and others

known and unknown, willfully and knowingly would and did cause

the transmission of a program, information, code and command,

and, as a result of such conduct, would and did intentionally

cause damage without authorization, to a protected computer,

which would and did cause a loss (including loss resulting from

a related course of conduct affecting one and more other

protected computers) aggregating to at least $5,000 to one and

more persons during any one year period, in violation of Title

18, United States Code, Sections 1030(a)(5)(A), 1030(c)(4)(B)(i)

and (c)(4)(A)(i)(I).

<u>OVERT ACTS</u>

39.   In furtherance of the conspiracy and to effect

the illegal object thereof, the following overt acts, among

others, were committed in the Southern District of New York and

elsewhere:

a.   On or about December 14, 2011, HAMMOND

exchanged online chat messages with a co-conspirator not named

as a defendant herein ("CC-1"), in which HAMMOND stated that he

had gained unauthorized access to Stratfor's computer network.

b.   On or about December 19, 2011, a co-

conspirator not named herein ("CC-2") uploaded data stolen from

Stratfor to a computer server located in the Southern District of New York.

       c.  On or about December 26, 2011, HAMMOND exchanged online chat messages with co-conspirators not named herein ("CC-3" and "CC-4"), in which HAMMOND stated that he and his co-conspirators had decrypted the passwords for the user accounts of 4,500 Stratfor clients.

       d.  On or about December 26, 2011, HAMMOND exchanged online chat messages with CC-3 and CC-4, in which they discussed exploiting credit card information that had been stolen from Stratfor's computer servers.

       (Title 18, United States Code, Section 1030(b).)

## COUNT FOUR

### (COMPUTER HACKING – STRATFOR)

    The Grand Jury further charges:

    40.  The allegations in paragraphs 1 through 6 and 31 through 36 of this Indictment are repeated and realleged as though fully set forth herein.

    41.  From at least in or about December 2011, up to in or about March 2012, in the Southern District of New York and elsewhere, JEREMY HAMMOND, a/k/a "Anarchaos," a/k/a "sup_g," a/k/a "burn," a/k/a "yohoho," a/k/a "POW," a/k/a "tylerknowsthis," a/k/a "crediblethreat," a/k/a "ghost," a/k/a "anarchacker," the defendant, willfully and knowingly caused the

31

transmission of a program, information, code and command, and, as a result of such conduct, intentionally caused and attempted to cause damage without authorization, to a protected computer, which caused and attempted to cause a loss (including loss resulting from a related course of conduct affecting one and more other protected computers) aggregating to at least $5,000 to one and more persons during any one year period, to wit, HAMMOND and others gained unauthorized access to computer systems used by Stratfor, a company which provides information analysis services for its clients, and, among other things, defaced Stratfor's website; stole confidential data from Stratfor's computer network, including Stratfor employees' emails, as well as personally identifying information and credit card data for Stratfor's clients; publicly disclosed at least some of that data by dumping it on certain Internet websites; used at least some of the stolen credit card data to make unauthorized charges; and deleted data on Stratfor's computer network.

(Title 18, United States Code, Sections 1030(a)(5)(A), 1030(b), 1030(c)(4)(B)(i), and 2).

## COUNT FIVE

### (CONSPIRACY TO COMMIT ACCESS DEVICE FRAUD)

The Grand Jury further charges:

42.   The allegations in paragraphs 1 through 6 and 31 through 36 of this Indictment are repeated and realleged as though fully set forth herein.

43.   From at least in or about December 2011, up to in or about March 2012, in the Southern District of New York and elsewhere JEREMY HAMMOND, a/k/a "Anarchaos," a/k/a "sup_g," a/k/a "burn," a/k/a "yohoho," a/k/a "POW," a/k/a "tylerknowsthis," a/k/a "crediblethreat," a/k/a "ghost," a/k/a "anarchacker," the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate Title 18, United States Code, Sections 1029(a)(2), 1029(a)(3), and 1029(a)(5).

44.   It was a part and an object of the conspiracy that JEREMY HAMMOND, a/k/a "Anarchaos," a/k/a "sup_g," a/k/a "burn," a/k/a "yohoho," a/k/a "POW," a/k/a "tylerknowsthis," a/k/a "crediblethreat," a/k/a "ghost," a/k/a "anarchacker," the defendant, and others known and unknown, willfully and knowingly, and with intent to defraud, in an offense affecting interstate and foreign commerce, would and did traffic in and use one and more unauthorized access devices during a one year

33

period, and by such conduct would and did obtain a thing of value aggregating $1,000 and more during that period, in violation of Title 18, United States Code, Section 1029(a)(2).

45. It was further a part and an object of the conspiracy that JEREMY HAMMOND, a/k/a "Anarchaos," a/k/a "sup g," a/k/a "burn," a/k/a "yohoho," a/k/a "POW," a/k/a "tylerknowsthis," a/k/a "crediblethreat," a/k/a "ghost," a/k/a "anarchacker," the defendant, and others known and unknown, willfully and knowingly, and with intent to defraud, in an offense affecting interstate and foreign commerce, would and did possess fifteen and more devices which were unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3).

46. It was further a part and an object of the conspiracy that JEREMY HAMMOND, a/k/a "Anarchaos," a/k/a "sup g," a/k/a "burn," a/k/a "yohoho," a/k/a "POW," a/k/a "tylerknowsthis," a/k/a "crediblethreat," a/k/a "ghost," a/k/a "anarchacker," the defendant, and others known and unknown, willfully and knowingly, and with intent to defraud, in an offense affecting interstate and foreign commerce, would and did effect transactions, with one and more access devices issued to another person and persons, to receive payment and another thing of value during a one-year period the aggregate value of which

was equal to or greater than $1,000, in violation of Title 18, United States Code, Section 1029(a)(5).

## OVERT ACTS

47.   In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.   On or about December 26, 2011, HAMMOND exchanged online chat messages with CC-3 and CC-4, in which HAMMOND stated that he and his co-conspirators had decrypted the passwords for the user accounts of 4,500 Stratfor clients.

b.   On or about December 26, 2011, HAMMOND exchanged online chat messages with CC-3 and CC-4, in which they discussed exploiting credit card information that had been stolen from Stratfor's computer servers.

(Title 18, United States Code, Sections 1029(b)(2).)

## COUNT SIX

### (AGGRAVATED IDENTITY THEFT)

The Grand Jury further charges:

48.   The allegations in paragraphs 1 through 6 and 31 through 36 of this Indictment are repeated and realleged as though fully set forth herein.

49.   From at least in or about December 2011, up to

35

and including in or about March 2012, JEREMY HAMMOND, a/k/a "Anarchaos," a/k/a "sup_g," a/k/a "burn," a/k/a "yohoho," a/k/a "POW," a/k/a "tylerknowsthis," a/k/a "crediblethreat," a/k/a "ghost," a/k/a "anarchacker," the defendant, willfully and knowingly did transfer, possess, and use, without lawful authority, means of identification of other persons, during and in relation to felony violations enumerated in Title 18, United States Code, Section 1028A(c), to wit, HAMMOND transferred, possessed, and used, among other things, names, addresses, and credit card account numbers of other persons in connection with his participation in a conspiracy to commit computer hacking and substantive computer hacking, as charged in Counts Three and Four of this Indictment, as well as in connection with his participation in a conspiracy to commit access device fraud as charged in Count Five of this Indictment.

(Title 18, United States Code, Sections 1028A and 2.)

## FORFEITURE ALLEGATION AS TO COUNTS ONE THROUGH SIX

50. As a result of committing one or more of the offenses alleged in Counts One through Six of this Indictment, RYAN ACKROYD, a/k/a "kayla," a/k/a "lol," a/k/a "lolspoon," JAKE DAVIS, a/k/a "topiary," a/k/a "atopiary," DARREN MARTYN, a/k/a "pwnsauce," a/k/a "raepsauce," a/k/a "networkkitten," and DONNCHA O'CEARRBHAIL, a/k/a "palladium," and JEREMY HAMMOND, a/k/a "Anarchaos," a/k/a "sup_g," a/k/a "burn," a/k/a "yohoho,"

a/k/a "POW," a/k/a "tylerknowsthis," a/k/a "crediblethreat,"
a/k/a "ghost," a/k/a "anarchacker," the defendants, shall
forfeit to the United States, pursuant to 18 U.S.C.
§ 982(a)(2)(B), any property constituting, or derived from,
proceeds obtained directly or indirectly as a result of one or
both of the said offenses, including but not limited to a sum of
money representing the amount of proceeds obtained as a result
of one or both of the said offenses.

SUBSTITUTE ASSETS PROVISION

     51.  If any of the above-described forfeitable
property, as a result of any act or omission of the defendants:

         a.  cannot be located upon the exercise of due
diligence;

         b.  has been transferred or sold to, or
deposited with, a third person;

         c.  has been placed beyond the jurisdiction of
the Court;

         d.  has been substantially diminished in value;
or

         e.  has been commingled with other property
which cannot be subdivided without difficulty;
it is the intent of the United States, pursuant to 18 U.S.C.

§ 982(b)(1) and 21 U.S.C. § 853(p), to seek forfeiture of any

other property of said defendants up to the value of the above

forfeitable property.

(Title 18, United States Code, Sections 982(a)(2)(B) and (b)(1),
and Title 21, United States Code, Section 853(p).)


_____                    _____
FOREPERSON                                          PREET BHARARA
                                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RYAN ACKROYD, JAKE DAVIS, DARREN MARTYN,
DONNCHA O'CEARRBHAIL, and JEREMY HAMMOND,

Defendants.

SUPERSEDING INDICTMENT

S1 12 Cr. 185 (LAP)

18 U.S.C. §§ 1030, 1029(b)(2), 1028A and 2.

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

*[signature]*

5/2/12 – Filed Superseding Indictment.

*Judge Gorenstein*
*U.S.M.J.*