

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 8, 2012



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/12

By Facsimile
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re: <u>United States</u> v. <u>Ryan Ackroyd et al. (Jeremy Hammond)</u>
    S1 12 Cr. 185 (LAP)

Dear Judge Preska:

On Wednesday, May 2, a grand jury returned a superseding indictment in the above-referenced matter against the defendant Jeremy Hammond charging him in various counts.

I have discussed scheduling the arraignment with defense counsel Elizabeth Fink, Esq., who has advised that she will be unavailable to appear in court for a short period due to an injury. After consultation with your deputy clerk, we propose that the defendant's arraignment be scheduled at 12 p.m. on Monday, May 14 when Ms. Fink will be available.

The Government respectfully requests that the Court exclude time from today until May 14th in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A), as the delay is necessary to accommodate the availability of defense counsel. The Government will also begin in the interim to prepare

SO ORDERED

*Loretta A. Preska*  5/11/12
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*US v. Jeremy Hammond*
May 8, 2012
Page 2 of 2

discovery in order to produce it to defense counsel expeditiously. Ms. Fink has advised me that she consents to this request.

Respectfully submitted,

PREET BHARARA
UNITED STATES ATTORNEY

By: *[signature]*
Rosemary Nidiry
Assistant United States Attorney
212-637-1063

cc: Elizabeth Fink, Esq.
By Facsimile