UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

UNITED STATES OF AMERICA

v.

**NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION**

12 Cr. 185 (LAP)

RYAN ACKROYD,
  a/k/a "kayla,"
  a/k/a "lol,"
  a/k/a "lolspoon,"
JAKE DAVIS,
  a/k/a "topiary,"
  a/k/a "atopiary"
DARREN MARTYN,
  a/k/a "pwnsauce,"
  a/k/a "raepsauce,"
  a/k/a "networkkitten,"
DONNCHA O'CEARRBHAIL,
  a/k/a "palladium," and
JEREMY HAMMOND,
  a/k/a "Anarchaos,"
  a/k/a "sup g,"
  a/k/a "burn,"
  a/k/a "yohoho,"
  a/k/a "POW,"
  a/k/a "tylerknowsthis,"
  a/k/a "crediblethreat,"
  a/k/a "ghost"
  a/k/a "anarchacker,"

            Defendants.

TO:   Clerk of Court
      United States District Court
      Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case

in addition to AUSA already on the case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

          Respectfully submitted,

          PREET BHARARA
          United States Attorney for the
            Southern District of New York

      by: __/s/ Rosemary Nidiry_____
          Rosemary Nidiry
          Assistant United States Attorney
          (212) 637-1063

TO:   Elizabeth Fink, Esq. (By Email)