

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 6, 2012

By Facsimile
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/7/12

Re: <u>United States</u> v. <u>Ryan Ackroyd et al. (Jeremy Hammond)</u>
    S1 12 Cr. 185 (LAP)

Dear Judge Preska:

A conference is currently scheduled in this matter for November 7, 2012 at 4:30 p.m. at which time defense counsel Elizabeth Fink, Esq., was to advise the court of the motions the defendant intended to make. We have discussed scheduling issues with Ms. Fink who has indicated that due to medical issues as well as delays arising from the recent hurricane, she would like to have the conference adjourned for approximately two weeks. During that time, Ms. Fink will continue to review the discovery. Ms. Fink has also indicated that she needs that time to obtain additional information about her health. In addition, Ms. Fink has indicated to the Government that during that time she plans to submit a bail application on behalf of the defendant to which the Government would then need time to submit a response.

① *The conference is adjourned to November 19 at 10:00.*

Accordingly, the parties request an adjournment of the November 7, 2012 conference to a date during the week of November 19, 2012 or shortly thereafter, at a time convenient for the Court. Such an adjournment will enable counsel to obtain updated medical information, review the discovery and determine what motions if any the defendant will make, and also enable the parties to make bail-related submissions as needed.

② The Government respectfully requests that the Court exclude time from November 7, 2012, until the date of the next conference, in the interests of justice, pursuant to 18 U.S.C. §  →

*US v. Jeremy Hammond*
November 6, 2012
Page 2 of 2

3161(h)(7)(A), as the delay is necessary to permit defense counsel to obtain updated medical information, continue to review discovery, and finalize the defendant's position on a bail application and any motions. Ms. Fink has advised us that she joins in this request for an exclusion of time.

*Such extension is in the interests of justice*

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
November 6, 2012

Respectfully submitted,

PREET BHARARA
UNITED STATES ATTORNEY

By: _____
Rosemary Nidiry/Thomas G. A. Brown
Assistant United States Attorneys
212-637-1063/2194

cc: Elizabeth Fink, Esq.
    By Facsimile

TOTAL P.003