```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

     -against-                           12 Cr. 185 (LAP)

JEREMY HAMMOND

          Defendant.
------------------------------X
```

    **PLEASE TAKE NOTICE** that, upon the attached affirmation of ELIZABETH M. FINK and the attached Memorandum of Law, the undersigned will move this Court on November 19, 2012 at 10 in the morning or as soon thereafter as counsel can be heard for an Order, pursuant to 18 U.S.C. § 3142(g) and the Fifth, Sixth, and Eighth Amendments to the United States Constitution, granting bail, setting reasonble conditions of release for JEREMY HAMMOND, and granting such other and further relief as may be just and proper.

```
Dated:        Brooklyn, New York
              November 12, 2012

                         Yours, etc.,


                         [signature: Elizabeth M. Fink]

                         ELIZABETH M. FINK
                         Attorney for JEREMY HAMMOND
                         (718)783-3682
                         (718)783-5853 (fax)
```

TO: **AUSA ROSEMARY NIDIRY, AUSA THOMAS BROWN (VIA ECF)**
**CLERK OF THE COURT,**
**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK (VIA ECF)**