UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------X

UNITED STATES OF AMERICA

    -against-                          12 Cr. 185 (LAP)

JEREMY HAMMOND

              Defendant.
-----------------------------X

    **PLEASE TAKE NOTICE** that, upon the attached affirmation

of ELIZABETH M. FINK and the attached Memorandum of Law,

the undersigned will move this Court on November 19, 2012

at 10 in the morning or as soon thereafter as counsel can

be heard for an Order, pursuant to 18 U.S.C. § 3142(g) and

the Fifth, Sixth, and Eighth Amendments to the United

States Constitution, granting bail, setting reasonble

conditions of release for JEREMY HAMMOND, and granting such

other and further relief as may be just and proper.


Dated:        Brooklyn, New York
              November 12, 2012


              Yours, etc.,


              *Elizabeth M. Fink*

              **ELIZABETH M. FINK**
              Attorney for JEREMY HAMMOND
              (718)783-3682
              (718)783-5853 (fax)

TO: **AUSA ROSEMARY NIDIRY,  AUSA THOMAS BROWN (VIA ECF)**
**CLERK OF THE COURT,**
**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK (VIA ECF)**