

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 20, 2012

**By Facsimile**
Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/12

Re:   **United States v. Ryan Ackroyd et al. (Jeremy Hammond),**
      S1 12 Cr. 185 (LAP)

Dear Judge Preska:

The Government respectfully proposes that, in light of the issues regarding discovery raised by the defense at today's conference and in its November 12, 2012 bail application, the Court's May 29, 2012 Protective Order in this case be modified as set forth below. Specifically, the Government proposes removing the provision that restricts the defendant's ability to review protected materials outside of the presence of counsel or counsel's staff. Accordingly, ¶ 2(b) of the May 29, 2012 Protective Order should be amended to provide as follows:

   2(b)   "Shall be maintained in a safe and secure manner and shall not be
          disclosed in any form by the defendant or his counsel except as set forth in
          paragraph 2(c) below;".

Respectfully submitted,

PREET BHARARA
United States Attorney

by:   _____
      Rosemary Nidiry/Thomas Brown
      Assistant United States Attorneys
      (212) 637-1063/2194

cc:   Elizabeth Fink, Esq./Sarah Kuntsler, Esq. (By Facsimile and Email)

SO ORDERED:

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

November 1, 2012

TOTAL P.002