UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

   -against-                                       12 Cr. 185 (LAP)
                                                     NOTICE OF MOTION

**JEREMY HAMMOND**

        **Defendant.**
-------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the attached affirmation of ELIZABETH M. FINK , the annexed Memorandum of Law, the exhibits attached hereto and made a part hereof and all prior proceedings heretofore had herein, the undersigned will move this Court on any date convenient to this Court pursuant to 28 U.S.C. § 455 for entry of an Order:

(1) Granting our motion for this case to be assigned to a different judge of this Court;

(2) submitting the above-captioned matter to the Clerk of the Court for reassignment; and

(3) granting such other and further relief as may be just and proper.

Dated:      Brooklyn, New York
                December 6, 2012

                                                     Yours, etc.,

                                                     */s/ Elizabeth M. Fink*

                                                     **ELIZABETH M. FINK**
                                                     Attorney for JEREMY HAMMOND
                                                     36 Plaza Street, Suite 1G
                                                     Brooklyn, New York 11238
                                                     (718)783-3682
                                                     (718)783-5853 (fax)

TO: **AUSA ROSEMARY NIDIRY,  AUSA THOMAS BROWN (VIA ECF)**
**CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK (VIA ECF)**