EXHIBIT A

From: "Winter, Jana" ███████████████████████
Date: November 21, 2012 11:11:12 PM EST
To: "Elizabeth Fink" ███████████████████
Subject: Tweet from @AnonymousIRC

@AnonymousIRC: Loretta Preska's (Judge who denied Jeremy Hammond bail) husband was a @Stratfor client, his email leaked. http://bit.ly/Y4XJ7f Conflict?

Hey. You see this?!
--------------------------------
Jana Winter
Reporter
FoxNews.com
Cell: ███████████