EXHIBIT B

**Press Clippings**

Table of Contents

*Salon.com*
Judge in hacker case is married to a Stratfor client ............ 3

*RT*
Anonymous hacker behind Stratfor attack faces life in prison ............ 5

*Chicagoist*
Activists Demand Judge Step Down In Jeremy Hammond Case ............ 7

*Examiner.com*
Hacker faces 30 years to life ............ 9

*Truth-Out*
Activists Demand Replacement of Federal Judge in Hacker Case, Citing Conflict of Interest ............ 11

*Scott.net*
Alleged Anonymous hacker behind Stratfor attack faces life in prison ............ 13

*Nuclear News*
American justice in question, as USA cracks down on hacker Jeremy Hammond ............ 15

*ZD.net*
Anonymous claims Stratfor hacking trial is partial, unfair ............ 17

*Inquisitr.com*
Anonymous Hacker Faces Life In Prison For Hacking Private Intelligence Company ............ 19

*Think Information. Think Security*
Anonymous Hacker Faces Life In Prison For Hacking Private Intelligence Company ............ 21

*Copyline Magazine*
Activists to hold Press Conference & Rally today to demand Stratfor-Linked Judge recuse herself from trial of jailed hacktivist Jeremy Hammond ............ 23

*Daily Dot*
Anonymous alleges judge in Hammond case has Stratfor ties ............ 26

*eSecurity Planet*
Hacker Jeremy Hammond Faces Life in Prison ............ 28

*Human Events: Conservative News, Views & Books*
Far Left Anonymous Hacker Could Get Life in Prison ............ 30

*SiliconANGLE*
Hacker Jeremy Hammond Faces Life in Prison for Hack on Stratfor ............ 32

*Network Word*
LulzSec hacker faces 30 years to life                                                    35

*Information Week*
Accused LulzSec Hacker Could Face Life Imprisonment                                       38

*Info Security Magazine*
LulzSec hacker Hammond faces 30 years                                                     40

*Security Week*
Judge in Anonymous Supporter's Trial Has Alleged Conflict of Interest in Case             41

*USlawyer.org*
Life for Stratfor Leaks?                                                                  43

*News Max*
Chicago Man Faces Life for Hacking Private Intelligence Company                           44

*Indy Bay*
Judge in case of alleged hacker, Jeremy Hammond, is married to Stratfor                   46

*Softpedia.com*
Anonymous Asks Judge to Step Down from Case Against Alleged Stratfor Hacker               48

# salon.com

http://www.salon.com/2012/11/28/judge_in_hacker_case_is_married_to_a_stratfor_client/

WEDNESDAY, NOV 28, 2012 7:30 PM UTC

# Judge in hacker case is married to a Stratfor client

**UPDATED: Civil liberties advocates have rallied behind Jeremy Hammond who was denied bail and faces life in prison**

BY NATASHA LENNARD



Jeremy Hammond  (Credit: Jim Newberry)

**UPDATE Dec. 3rd:** Jeremy Hammond's lawyers plan to file a motion this week for Judge Preska's recusal. Sparrow Media reported that Preska was made aware of the published connection between her husband and Stratfor and that her husband's Stratfor-related information was published by Wikileaks, but "Preska indicated that this personal connection to the Hammond case 'would not effect her ability to be impartial'." A video from last week's press conference featuring journalists, attorneys and civil liberties advocates is posted below.

**Nov. 28th:** Hacktivist Jeremy Hammond was told last week by federal judge Loretta Preska that he was being denied bail and could face life in jail for his alleged involvement with the Anonymous/LulzSec hack into the computers of the private intelligence firm Stratfor.

Civil liberties advocates have decried the state's harsh treatment of the activist, who was reportedly held in solitary confinement for five days in Manhattan's Metropolitan Correctional Center and has so far been imprisoned for eight months without trial. Now, Hammond's supporters believe they have an extra and important string to their bow: a release from Anonymous reported that the federal judge who denied Hammond bail is married to a client of Stratfor and was personally affected by the infamous hack.

"Judge Loretta Preska's impartiality is compromised by her husband's involvement with Stratfor and a clear prejudice against Hammond exists, as evidenced by her statements … Without justice being freely, fully and impartially administered, neither our persons, nor our rights nor our property, can be protected," the Anonymous release noted.

The criminal complaint against Hammond alleges that the Statfor hack exposed the private information of 860,000 Stratfor

clients, as well as 5 million emails, which WikiLeaks has been publishing in batches. "Some of this data released belongs specifically to Judge Preska's husband," stated a release from Sparrow Media, which is helping to organize a press conference in New York Thursday during which activists and attorneys, including National Lawyers Guild New York president Gideon Oliver, will brief the media on their call for Judge Preska to immediately recuse herself for failure to disclose this conflict of interest.

 Watch a video of last Thursday presser, via Sparrow Media:

*Natasha Lennard is an assistant news editor at Salon, covering non-electoral politics, general news and rabble-rousing. Follow her on Twitter @natashalennard, email nlennard@salon.com.*

Copyright © 2011 Salon.com. All rights reserved.



QUESTION MORE.

USA     Anonymous hacker behind Stratfor attack faces life in prison

# Anonymous hacker behind Stratfor attack faces life in prison

Published: 23 November, 2012, 22:17
Edited: 23 November, 2012, 22:25



A pretrial hearing in the case against accused LulzSec hacker Jeremy Hammond this week ended with the 27-year-old Chicago man being told he could be sentenced to life in prison for compromising the computers of Stratfor.

Judge Loretta Preska told Hammond in a Manhattan courtroom on Tuesday that he could be sentenced to serve anywhere from 360 months-to-life if convicted on all charges relating to last year's hack of Strategic Forecasting, or Stratfor, a global intelligence company whose servers were infiltrated by an offshoot of the hacktivist collective Anonymous.

Hammond is not likely to take the stand until next year, but so far has been imprisoned for eight months without trial. Legal proceedings in the case might soon be called into question, however, after it's been revealed that Judge Preska's husband was a victim of the Stratfor hack.

According to the indictment filed in March, Hammond illegally obtained credit card information stolen from Stratfor and uploaded it to a server that was unbeknownst to him maintained by the federal government. Months earlier the FBI had arrested Hector Xavier Monsegur, a New York hacker who spearheaded LulzSec under the alias "Sabu," and relied on from thereon out to help the authorities nab other individuals affiliated with Anonymous and LulzSec. The feds say Hammond openly admitted to compromising Stratfor's data in online chats with their informant and unsealed a three count indictment against him relating to hacking back in March.

After Anons gained access to Stratfor's servers, they collected a trove of internal emails and more thousands of credit card details belonging to the firm's paid subscribers that were released last Christmas. A class action suit was filed against

Strafor over the breach of security, and in June the company settled with its customers at an estimated cost of $1.75 million. Just now, though, it's been learned that Judge Preska may have a vested interest in seeking a prosecution by any means necessary.

Among the thousands of Statfor client's whose credit card data was compromised in the hack alleged to be linked to Hammond is Thomas J. Kavaler, a partner at the law firm of Cahill Gordon & Reindel LLP and the husband of Judge Preska. The archived document dump released by LulzSec last year includes personal information from Mr. Kavaler that suggests he was victimized in the attack and thus qualifies for the class action settlement.

In a press release issued under the branding of the Anonymous collective, supporters for Hammond call for Judge Preska's immediate resignation from the case.

"Judge Preska by proxy is a victim of the very crime she intends to judge Jeremy Hammond for. Judge Preska has failed to *disclose the fact that her husband is a client of Stratfor and recuse herself from Jeremy's case, therefore violating multiple Sections of Title 28 of the United States Code*," the statement reads.

"*Judge Loretta Preska's impartiality is compromised by her Husband's involvement with Stratfor and a clear prejudice against Hammond exists, as evident by her statements,*" it continues. "*Without justice being freely, fully, and impartially administered, neither our persons, nor our rights, nor our property, can be protected.*"

According to Sue Crabtree, a member of the Jeremy Hammond Solidarity Network and a witness to his bail hearing this week, Judge Preska ordered the continue incarceration of Hammond on the basis that he is a danger to the community and likely to flee the country if released from holding. Crabtree notes that Hammond does not now nor has he ever had a passport, though, and has also since been added to a terrorist watch list.

"*In the end, Jeremy was denied bail because he was deemed a flight risk and more dangerous than [a] sexual predator. And yes, if you are asking yourself if this was said, it was said. Jeremy's legal team stated they would appeal this denial of bail,*" she writes on a Facebook group for Hammond.

After Anonymous went public with the hack of Strafor in December 2011, the internal emails from the intelligence firm were handed off to WikiLeaks, who soon after began publishing the findings. Among the information stored in the emails was documentation alleging that law enforcement agencies spied on Occupy Wall Street protesters and proof of an international surveillance system called Trapwire. Hammond is at this point likely to be the first US citizen tried in a civilian court for crimes relating to the whistleblower site.

Michael Ratner of the Center for Constitutional Rights (CCR) tells The Real News network this week that the denial of bail is both "*very disturbing*" and "*legally wrong.*"

"*The bigger story is what they've done in this country to Jeremy Hammond, Bradley Manning, and what they have proposed to do to Julian Assange, and that's really say that they're going to come down as heavily as they can on people who expose government secrets, whistleblowers,*" Ratner says.

© Autonomous Nonprofit Organization "TV-Novosti", 2005 - 2011. All rights reserved.

# Activists Demand Judge Step Down In Jeremy Hammond Case



*Jeremy Hammond (Cook County Sheriff's Office booking photo.)*

Supporters of Jeremy Hammond, the Chicago hacktivist denied bail by a federal judge in New York for his role in the hack of Stratfor, a private intelligence firm, are now demanding the judge in the case recuse herself. Judge Loretta Preska denied bail to Hammond in court last week, saying that the alleged anonymous affiliated hacker posed a "substantial danger to the community." Information revealed since her ruling shows that Preska's husband, Thomas Kaveler is employed by Cahill Gordon & Reindel LLP, a client of Stratfor, and Kaveler himself was a victim of the hack.

According to a press release from the collective Anonymous, Kaveler's email address and other data was

published by Wikileaks after the Stratfor hack. Preska never disclosed this information and supporters of Hammond say that conflicts with her ability to give him a fair trial. "Judge Loretta Preska's impartiality is compromised by her husband's involvement with Stratfor and a clear prejudice against Hammond exists, as evidenced by her statements," the press release stated.

Truthout reports Gideon Oliver, president of the New York chapter of the National Lawyers Guild told supporters at a rally in New York on Thursday that, "The court regularly releases people accused of crimes more serious than the crimes Jeremy is accused of. Jeremy's continuing pre-trial imprisonment will severely hamper his attorney's ability to prepare a defense and defend Jeremy at trial."

Hammond potentially faces 30 years to life imprisonment if convicted. He has been held for eight months without bail or trial and is not expected to take the stand until next year.

Contact the author of this article or email tips@chicagoist.com with further questions, comments or tips.
By aaroncynic in News on December 1, 2012 2:00 PM 1



0

- :
- :

| Like |

- anonymous
- hacktivism
- jeremy hammond
- stratfor

# Examiner.com

# Hacker faces 30 years to life

**HACKER GROUP** | NOVEMBER 29, 2012 | BY: MICHELLE NIFONG |



Jeremy Hammond as seen on the public facebook page FreeJeremyHammond
**Credits:**  http://www.facebook.com/FreeJeremyHammond

**RELATED TOPICS**

- **Hacker Group (http://www.examiner.com/topic/hacker-group/articles)**

- **Hammond (http://www.examiner.com/topic/hammond/articles)**

- **STRATFOR (http://www.examiner.com/topic/stratfor)**

Jeremy **Hammond (http://www.examiner.com/topic/hammond/articles)** , a political activist charged in a criminal complaint with crimes relating to the December 2011 hack of Strategic Forecasting, Inc. (**Stratfor (http://www.stratfor.com/)** ) and founder of **HackThisSite (http://www.hackthissite.org/)** , has been denied bail by Judge Loretta Preska. Hammond has been held for eight months without trial and has now been warned by the Judge that he could face life imprisonment.

Although Kevin Mitnick, formerly known as the world's "most wanted hacker" turned security consultant stated perhaps, the government is just trying to "scare the (expletive) out of him,".

Either way, a potential sentence of 30 years-to-life for alleged hacking crimes is probably enough to get the attention of most 27-year-olds, including Hammond. Hammond who is better known in the world of hactivism by

various online aliases including "Anarchaos," "sup_g," "burn," "yohoho," "POW," "tylerknowsthis," and "crediblethreat," was charged with conspiracy to commit computer hacking, computer hacking and conspiracy to commit access device fraud. The three-count federal indictment can be seen in full **here (http://www.scribd.com/doc/84134934/Hammond-Jeremy-Complaint)** .

In short, for those unfamiliar with the case, the government has alleged that beginning last December, Hammond and others from AntiSec stole information from about 860,000 Stratfor (http://www.examiner.com/topic/stratfor) subscribers. The information including emails, account information, and data from about 60,000 credit cards. The government also alleged that Hammond published some of that information online, and used some of the stolen credit card data to run up at least $700,000 in unauthorized charges. In addition, he is also accused of giving about five million internal emails to WikiLeaks, which were published under the name **The Global Intelligence Files (http://wikileaks.org/gifiles)** .

Kevin Mitnick, who could have faced 400 years in prison for the crimes with which he was charged during his hacking career, said he expects Hammond's case will be settled by a plea agreement for much less than the possible maximum. "But what concerns me is even if they drop some counts, the sentence for most federal crimes can range from 10 to 20 years," he said. "How they come up with 30 years to life is beyond me."

Hammond is scheduled to go to trial sometime next year.

If you enjoyed this article and would like to read more like it, subscribe to my feed and you'll be updated when new stories are published.

---



**Michelle Nifong,** Jacksonville Technology Examiner
Michelle Nifong began her technology career more than 10 years ago, has very diverse and extensive experience with many types of technology, and has a passion for sharing her knowledge with others. She has written numerous "How-to's" on topics ranging from "How To Change Your Security Settings"...

# Activists Demand Replacement of Federal Judge in Hacker Case, Citing Conflict of Interest

Friday, 30 November 2012 13:34

By *JA Myerson*, *Truthout* | Report

*Lawyers for accused hacker Jeremy Hammond plan to file a motion next week asking the federal judge in the case to recuse herself; but Hammond's supporters are already calling for her removal from the case.*

Journalists, lawyers and human rights advocates gathered Thursday in front of the federal courthouse in New York City where Jeremy Hammond is to stand trial, demanding that Chief US District Court Judge Loretta Preska recuse herself, following recent revelations that her husband was a victim in the expansive computer hacking incident.

Hammond, 27, is accused of hacking into Texas-based Stratfor Global Intelligence Service and turning over 5 million emails to the anti-secrecy group WikiLeaks. The charges against the longtime Chicago activist also include the electronic theft and distribution of credit card information for more than 850,000 clients of Stratfor; he is accused of using credit card numbers to make charges of at least $700,000.



A Protester supporting the freedom of Jeremy Hammond. (Photo: Pamela Drew / Flickr)

The pilfered documents included communications by Preska's husband, Thomas J. Kavaler, an employee of Stratfor client Cahill Gordon & Reindel LLP, the international law firm where Preska herself was once an associate.

"We are not asking today for very much," wrote Hammond supporter and Pulitzer Prize-winning journalist Chris Hedges, in a statement read by Natalie Wahlberg of Occupy Chicago and the Jeremy Hammond Solidarity Network. "We are asking for a fair hearing in a court of law. We are asking that Jeremy Hammond be permitted to present his case before a judge who does not have a personal involvement in his alleged activities, a personal involvement that will clearly prejudice the outcome. Hammond has enough stacked against him already."

Among the ways the odds have been stacked, Hammond supporters cite Judge Preska's denial of bail, which Gideon Oliver, president of the New York chapter of the National Lawyers Guild, characterized in a prepared statement as "the latest in a series of egregious failures of the state to uphold basic constitutional principles.

"The court regularly releases people accused of crimes more serious than the crimes Jeremy is accused of," Oliver stated. "Jeremy's continuing pre-trial imprisonment will severely hamper his attorney's ability to prepare a defense and defend Jeremy at trial."

Journalist John Knefel, who recently covered the pre-trial hearing of Khalid Sheikh Mohammed at Guantanamo Bay, placed the Hammond case in the context of the broader expansion of the American government secrecy regime.

The lead prosecutor at Gitmo, said Knefel, argued that the five codefendants' "thoughts, experiences and memories should be treated as presumptively classified," under which circumstances, "it is only through non-traditional methods of seeking transparency [such as those of which Hammond stands accused] that we learn what our government is

doing."

Among the information revealed by the Stratfor document dump: apparent <u>civil liberties violations</u> by the New York Police Department and spy regimes set up to monitor Occupy Wall Street and other activist groups. Those include the culture-jamming filmmakers The Yes Men, one of whom was on hand to give a statement.

"If Jeremy had anything to do with the release of the Stratfor emails," Andy Bichlbaum said, "I want to thank him from the bottom of my heart. Whoever released these emails performed a function that's an integral part of democracy, as surely as voting or running for public office."

Supporters had hoped Judge Preska would recuse herself voluntarily once the revelations of her husband's involvement came to light, but no such action has been forthcoming. Hammond's lawyers' motion to compel her recusal is expected early next week.

Copyright, Truthout. May not be reprinted without permission of the author.



# JA MYERSON

J.A. Myerson is a reporter for Truthout and Citizen Radio.

## Related Stories

### WikiLeaks and the First Amendment
*By William Bennett Turner*, <u>*Truthout*</u> | *News Analysis*

### WikiLeaks Exposes Department of Homeland Security Spying on Occupy Movement
*By Allison Kilkenny*, <u>*In These Times*</u> | *Report*

### Anonymous Members Arrested - FBI Fear Mongering?
*By Cenk Uygur*, <u>*The Young Turks*</u> | *Video*

Show Comments

Alledged Anonymous hacker behind Stratfor attack faces life in prison - Society's Child - sott.net

**Society's Child**

#  Alledged Anonymous hacker behind Stratfor attack faces life in prison

RT
Fri, 23 Nov 2012 22:17 CST

*A pretrial hearing in the case against accused LulzSec hacker Jeremy Hammond this week ended with the 27-year-old Chicago man being told he could be sentenced to life in prison for compromising the computers of Stratfor.*

© AFP Photo / Chicago Police Department

**Jeremy Hammond**

Judge Loretta Preska told Hammond in a Manhattan courtroom on Tuesday that he could be sentenced to serve anywhere from 360 months-to-life if convicted on all charges relating to last year's hack of Strategic Forecasting, or Stratfor, a global intelligence company whose servers were infiltrated by an offshoot of the hacktivist collective Anonymous.

**Hammond is not likely to take the stand until next year, but so far has been imprisoned for eight months without trial. Legal proceedings in the case might soon be called into question, however, after it's been revealed that Judge Preska's husband was a victim of the Stratfor hack.**

According to the indictment filed in March, Hammond illegally obtained credit card information stolen from Stratfor and uploaded it to a server that was unbeknownst to him maintained by the federal government. Months earlier the FBI had arrested Hector Xavier Monsegur, a New York hacker who spearheaded LulzSec under the alias "Sabu," and relied on from thereon out to help the authorities nab other individuals affiliated with Anonymous and LulzSec. The feds say Hammond openly admitted to compromising Stratfor's data in online chats with their informant and unsealed a three count indictment against him relating to hacking back in March.

After Anons gained access to Stratfor's servers, they collected a trove of internal emails and more thousands of credit card details belonging to the firm's paid subscribers that were released last Christmas. A class action suit was filed against Strafor over the breach of security, and in June the company settled with its customers at an estimated cost of $1.75 million. **Just now, though, it's been learned that Judge Preska may have a vested interest in seeking a prosecution by any means necessary.**

Among the thousands of Statfor client's whose credit card data was compromised in the hack alleged to be linked to Hammond is **Thomas J. Kavaler, a partner at the law firm of Cahill Gordon & Reindel LLP and the husband of Judge Preska. The archived document dump released by LulzSec last year includes personal information from Mr. Kavaler that suggests he was victimized in the attack and thus qualifies for the class action settlement.**

In a press release issued under the branding of the Anonymous collective, supporters for Hammond call

for Judge Preska's immediate resignation from the case.

"Judge Preska by proxy is a victim of the very crime she intends to judge Jeremy Hammond for. Judge Preska has failed to disclose the fact that her husband is a client of Stratfor and recuse herself from Jeremy's case, therefore violating multiple Sections of Title 28 of the United States Code," the statement reads.

**Comment:** Will Judge Preska be disciplined for not reveling this huge conflict of interest?

"Judge Loretta Preska's impartiality is compromised by her Husband's involvement with Stratfor and a clear prejudice against Hammond exists, as evident by her statements," it continues. "Without justice being freely, fully, and impartially administered, neither our persons, nor our rights, nor our property, can be protected."

According to Sue Crabtree, a member of the Jeremy Hammond Solidarity Network and a witness to his bail hearing this week, Judge Preska ordered the continue incarceration of Hammond on the basis that he is a danger to the community and likely to flee the country if released from holding. Crabtree notes that Hammond does not now nor has he ever had a passport, though, and has also since been added to a terrorist watch list.

"In the end, Jeremy was denied bail because he was deemed a flight risk and more dangerous than [a] sexual predator. And yes, if you are asking yourself if this was said, it was said. Jeremy's legal team stated they would appeal this denial of bail," she writes on a Facebook group for Hammond.

After Anonymous went public with the hack of Strafor in December 2011, the internal emails from the intelligence firm were handed off to WikiLeaks, who soon after began publishing the findings. Among the information stored in the emails was documentation alleging that law enforcement agencies spied on Occupy Wall Street protesters and proof of an international surveillance system called Trapwire. Hammond is at this point likely to be the first US citizen tried in a civilian court for crimes relating to the whistleblower site.

Michael Ratner of the Center for Constitutional Rights (CCR) tells The Real News network this week that the denial of bail is both "very disturbing" and "legally wrong."

"The bigger story is what they've done in this country to Jeremy Hammond, Bradley Manning, and what they have proposed to do to Julian Assange, and that's really say that they're going to come down as heavily as they can on people who expose government secrets, whistleblowers," Ratner says.


Be the first of your friends to like this.

(Register to add your comments!)

# nuclear-news

# The News That Matters about the Nuclear Industry

# American justice in question, as USA cracks down on hacker Jeremy Hammond



*(http://antinuclearinfo.files.wordpress.com/2009/09/civil-liberty-2sm.jpg)The bigger story is what they've done in this country to Jeremy Hammond, Bradley Manning, and what they have proposed to do to Julian Assange, and that's really say that they're going to come down as heavily as they can on people who expose government secrets, whistleblowers,"*



**(http://antinuclearinfo.files.wordpress.com/2010/06/flag-usa.jpg)Anonymous hacker behind Stratfor attack faces life in prison,** *Rt : 23 November, 2012,* **A pretrial hearing in the case against accused LulzSec hacker Jeremy Hammond this week ended with the 27-year-old Chicago man being told he could be sentenced to life in prison for compromising the computers of Stratfor.**

Judge Loretta Preska told Hammond in a Manhattan courtroom on Tuesday that he could be sentenced to serve anywhere from 360 months-to-life if convicted on all charges relating to last year's hack of Strategic Forecasting, or Stratfor, a global intelligence company whose servers were infiltrated by an offshoot of the hacktivist collective Anonymous.

Hammond is not likely to take the stand until next year, but so far has been imprisoned for eight months without trial. Legal proceedings
in the case might soon be called into question, however, after it's
been revealed that Judge Preska's husband was a victim of the Stratfor
hack…….

According to Sue Crabtree, a member of the Jeremy Hammond Solidarity
Network and a witness to his bail hearing this week, Judge Preska
ordered the continue incarceration of Hammond on the basis that he is
a danger to the community and likely to flee the country if released
from holding. Crabtree notes that Hammond does not now nor has he ever
had a passport, though, and has also since been added to a terrorist
watch list.

"In the end, Jeremy was denied bail because he was deemed a flight risk and more dangerous than [a] sexual predator. And yes, if you are asking yourself if this was said, it was said. Jeremy's legal team stated they would appeal this denial of bail," she writes on a Facebook group for Hammond.

After Anonymous went public with the hack of Strafor in December 2011, the internal emails from the intelligence firm were handed off to WikiLeaks, who soon after began publishing the findings. Among the information stored in the emails was documentation alleging that law enforcement agencies spied on Occupy Wall Street protesters and proof of an international surveillance system called Trapwire. Hammond is at this point likely to be the first US citizen tried in a civilian court for crimes relating to the whistleblower site.

Michael Ratner of the Center for Constitutional Rights (CCR) tells The Real News network this week that the denial of bail is both "very disturbing" and "legally wrong."

The bigger story is what they've done in this country to Jeremy Hammond, Bradley Manning, and what they have proposed to do to Julian Assange, and that's really say that they're going to come down as heavily as they can on people who expose government secrets, whistleblowers," Ratner says.

http://rt.com/usa/news/anonymous-stratfor-hammond-judge-440/ (http://rt.com/usa/news/anonymous-stratfor-hammond-judge-440/)

About these ads (http://en.wordpress.com/about-these-ads/) ▷

November 27, 2012 - Posted by Christina MacPherson | civil liberties, USA

No comments yet.

# Anonymous claims Stratfor hacking trial is partial, unfair

**Summary:** *The federal judge presiding over the fate of alleged Stratfor hacker Anarchaos has had her impartiality called into question by Anonymous, after it was revealed that her husband was a victim in the same breach.*

By Michael Lee | November 26, 2012 -- 05:18 GMT (21:18 PST)

Anonymous is demanding that the judge overseeing the trial of a hacker, who is alleged to be responsible for the Stratfor breach, step down from her position.

In December last year, hackers stole information from intelligence broker Stratfor and published the information online (http://www.zdnet.com/anonymous-stratfor-hack-affects-50000-people-4010025092/) . The information included over 50,000 credit card numbers, as well as a large number of email addresses, phone numbers, and easily cracked encrypted passwords. Over 5 million of Stratfor's emails were also sent to WikiLeaks, which went on to be known as the Global Intelligence Files (http://wikileaks.org/gifiles/) .

In March, former LulzSec leader turned informant (http://www.zdnet.com/lulzsec-leader-sabu-was-fbi-informant-4010025568/) Hector Monsegur provided the FBI with information that led to the arrest of Jeremy Hammond. The FBI believed that he was one of the hackers, known as Anarchaos, behind the breach. Hammond has been held without trial since his arrest.

Last week, Hammond's pre-trial hearing took place, ruled over by Federal Judge Loretta Preska. According to The Associated Press (http://chicago.cbslocal.com/2012/11/20/chicago-man-denied-bail-before-nyc-hacking-trial/) , he was refused bail because he poses "a very substantial danger to the community."

However, members of Anonymous have since drawn attention to Judge Preska and her relationship with the Stratfor hack. Preska's husband, Thomas Kavaler, is among the victims of the breach. Kavaler's work email address at Cahill Gordon & Reindel was among the information leaked from the attack on Stratfor, matching his profile on the CG&R website (http://www.cahill.com/attorneys/data/379) .

Anonymous has since issued a statement (http://pastebin.com/MdACWfkY) , saying that in the interest of justice, Judge Preska must step down due to a direct conflict of interest.

"Judge Loretta Preska's impartiality is compromised by her husband's involvement with Stratfor and a clear prejudice against Hammond exists, as evident by her statements."

The Courthouse News Service (http://www.courthousenews.com/2012/11/21/52492.htm) reported that Preska considers Hammond's lack of regard for legal authority, as well as the length of the expected sentence liable, to make him a flight risk. This is despite Hammond's defence pointing out that he has no passport, has always appeared before court, and would agree to bail conditions that would see him barred from using a computer.

"Judge Preska by proxy is a victim of the very crime she intends to judge Jeremy Hammond for. Judge Preska has failed to disclose the fact that her husband is a client of Stratfor and recuse herself from Jeremy's case, therefore

violating multiple sections of Title 28 of the United States Code (http://www.gpo.gov/fdsys/search/pagedetails.action?browsePath=Title+28&granuleId=&packageId=USCODE-2011-title28&collapse=true&fromBrowse=true) ," Anonymous said in a statement.

"In the interest of justice, the public, media, and defence should demand Judge Preska remove herself from Hammond's case, or if she will not, demand a superior court provide a writ of prohibition forcing her to step down.

"Without justice being freely, fully, and impartially administered, neither our persons, nor our rights, nor our property, can be protected."

*Topics:* Security, Government, Government US

---



About Michael Lee

Michael Lee covers a gamut of news in the technology space from security and infrastructure to Government initiatives.

## Related Stories



*Anonymous declares war on Wikileaks*
*ZDNet*

---



*The politics of data retention*
*ZDNet*

---

**Discover Inquisitr With Your Friends**
Explore news, videos, and much more based on what your friends are reading and watching. Publish your own activity and retain full control.

To get started, first Login With FB

233

9

# Anonymous Hacker Faces Life In Prison For Hacking Private Intelligence Company

| Like |   | Send |   294 people like this.

**Posted:** November 24, 2012



Related Content                                    CLOSE

15 Cats That Are Very Disappointed In You
BUZZFEED

Jeremy Hammond is an alleged member of LulzSec, a hacker group that is part of the hacktivist collective Anonymous. He is accused of hacking the servers of Strategic Forecasting and collecting thousands of emails, credit card numbers and sensitive information about the intelligence firm's customers. Hammond is currently being held without bail and he is facing 360 months to life in prison if convicted on all the charges filed by the Federal government.

Supporters of Hammond are incensed over several issues concerning the case. The Chicago resident has already been held for eight months without bail and he will not appear for trial until sometime next year. There is also a serious question about the impartiality of the judge assigned to the case, Judge Loretta Preska.

Preska is well known as the trial judge in the case of Somali pirate Abduwali Abdukhadir Muse and she heard the plea of Ahmed Khalfan Ghailani, the first prisoner from Guantanamo tried in US civilian court. The judge's husband, Thomas J. Kavaler, was a customer of Strategic Forecasters and his company had valuable files stolen.

According to information released by LulzSec, Kavaler may be eligible for payments from a class action lawsuit in the case and that raises serious questions about Preska's ability to conduct a fair trial. Strategic Forecasting has already paid out close to two million dollars to clients affected by the security breech.

Anonymous published a press release in support of Hammond and demanding that Preska recuse herself from the case:

"Judge Preska by proxy is a victim of the very crime she intends to judge Jeremy Hammond for. Judge Preska has failed to disclose the fact that her husband is a client of Stratfor and recuse herself from Jeremy's case, therefore violating multiple sections of Title 28 of the United States Code."

"Judge Loretta Preska's impartiality is compromised by her husband's involvement with Stratfor and a clear prejudice against Hammond exists, as evident by her statements. Without justice being freely, fully, and impartially administered, neither our

Advertisement


Celebrity doctor reveals the #1 pill for men to lose weight fast....


New York: Shocking report on e-cigarettes as the break through device for better living in 2012...


Men over 40 are seeing shocking boosts in free testosterone with this discovery...


Discover the 37 things you should "hoard" before the coming disaster.

If you are a smoker and live in [ New York] you need to read this...

persons, nor our rights, nor our property, can be protected."

Hammond was arrested based on information given to the FBI by Hector Xavier Monsegur, a New York hacker and member of LulzSec, who went by the alias of *Sabu*. Mr. Monsegur had been arrested by the FBI months earlier and his cooperation led to the arrest of several members of LulzSec and Anonymous.

The arrest of Jeremy Hammond took place in March of 2012 after he allegedly uploaded the files from Strategic Forecasting, also known as Stratfor, to a honey pot server maintained by the FBI. The government also alleges that Hammond admitted to stealing Stratfor's data in online chats with their informant.

At last week's bail hearing Hammond was denied bail as a flight risk and a danger to the community. The defendant has never been issued a passport and he was recently added to the Terrorist Watch List, according to Sue Crabtree, a member of the Jeremy Hammond Solidarity Network and a spectator at his bail hearing.

*"In the end, Jeremy was denied bail because he was deemed a flight risk and more dangerous than [a] sexual predator. And yes, if you are asking yourself if this was said, it was said. Jeremy's legal team stated they would appeal this denial of bail."*

Michael Ratner of the Center for Constitutional Rights (CCR) said the denial of bail is "very disturbing" and "legally wrong."

*"The bigger story is what they've done in this country to Jeremy Hammond, Bradley Manning, and what they have proposed to do to Julian Assange, and that's really say that they're going to come down as heavily as they can on people who expose government secrets, whistleblowers."*

**Category:** News

**Tags :** anonymous, anonymous member faces life in prison, anonymous member held without bail, bradley manning, hacker denied bail, hackers, hacking, jeremy hammond, judge preska, julian assange, LulzSec, Strategic Forecasting, stratfor, whistleblowers

**Posted:** November 24, 2012



# By Wolff Bachner

- More Posts By Wolff Bachner

96


**The Electronic Cigarette**
If you are a smoker and live in [ New York] you need to read this... Learn more


**Boost Testosterone 40+**
Men over 40 are seeing shocking boosts in free testosterone with this discovery... Learn more

**Recommended articles**


Former USSR Paper Calls President Obama A 'Communist Without Question'
(The Inquisitr)


15 Surprising Pictures of Celebrities Without Makeup
(She Budgets)


Stunning Photos: Husband and Wife Live With Idaho Wolfpack for 6 Years
(TakePart)


Demi Moore's New Boy Toy Relationship Is Completely Cringe-Worthy
(CafeMom)


Jailhouse Interview: Teacher Convicted For Having Group Sex With Students Claims She Was The Victim [Video]
(The Inquisitr)

Anonymous Hacker Faces Life In Prison For Hacking Private Intelligence Company - Think Information. Think Security.

Case 1:12-cr-00185-LAP   Document 31-2   Filed 12/06/12   Page 21 of 49

12/5/12 10:05 AM

# Think Information. Think Security.

InfoSec Notes          InfoSec IPv6          InfoSec Feeds          Subscribe to InfoSec

## Anonymous Hacker Faces Life In Prison For Hacking Private Intelligence Company

11/26/2012

0 Comments



**Jeremy Hammond** is an alleged member of LulzSec, a hacker group that is part of the hacktivist collective **Anonymous**. He is accused of hacking the servers of Strategic Forecasting and collecting thousands of emails, credit card numbers and sensitive information about the intelligence firm's customers. Hammond is currently being held without bail and he is facing 360 months to life in prison if convicted on all the charges filed by the Federal government.

Supporters of Hammond are incensed over several issues concerning the case. The Chicago resident has already been held for eight months without bail and he will not appear for trial until sometime next year. There is also a serious question about the impartiality of the judge assigned to the case, Judge Loretta Preska.

Preska is well known as the trial judge in the case of Somali pirate **Abduwali Abdukhadir Muse** and she heard the plea of **Ahmed Khalfan Ghailani**, the first prisoner from Guantanamo tried in US civilian court. The judge's husband, Thomas J. Kavaler, was a customer of Strategic Forecasters and his company had valuable files stolen.

According to information released by LulzSec, Kavaler may be eligible for payments from a class action lawsuit in the case and that raises serious questions about Preska's ability to conduct a fair trial. Strategic Forecasting has already paid out close to two million dollars to clients affected by the security breech.

**Anonymous** published a press release in support of Hammond and demanding that Preska recuse herself from the case:

"Judge Preska by proxy is a victim of the very crime she intends to judge Jeremy Hammond for. Judge Preska has failed to disclose the fact that her husband is a client of Stratfor and recuse herself from Jeremy's case, therefore violating multiple sections of Title 28 of the United States Code."

"Judge Loretta Preska's impartiality is compromised by her husband's involvement with Stratfor and a clear prejudice against Hammond exists, as evident by her statements. Without justice being freely, fully, and impartially administered, neither our persons, nor our rights, nor our property, can be protected."

Hammond was arrested based on **information given to the FBI** by Hector Xavier Monsegur, a New York hacker and member of LulzSec, who went by the alias of *Sabu*. Mr. Monsegur had been arrested by the FBI months earlier and his cooperation led to the arrest of several members of LulzSec and Anonymous. The arrest of Jeremy Hammond took place in March of 2012 after he allegedly uploaded the files from Strategic Forecasting, also known as Stratfor, to a honey pot server maintained by the FBI. The government also alleges that Hammond admitted to stealing Stratfor's data in online chats with their informant.

At last week's bail hearing Hammond was denied bail as a flight risk and a danger to the community. The defendant has never been issued a passport and he was recently added to the Terrorist Watch List, according to Sue Crabtree, a member of the Jeremy Hammond Solidarity Network and a spectator at his bail hearing.

"In the end, Jeremy was denied bail because he was deemed a flight risk and more dangerous than [a] sexual predator. And yes, if you are asking yourself if this was

Anonymous Hacker Faces Life In Prison For Hacking Private Intelligence Company : Think Information Think Security.

Case 1:12-cr-00185-LAP   Document 31-2   Filed 12/06/12   Page 22 of 49

12/5/12 10:05 AM

said, it was said. Jeremy's legal team stated they would appeal this denial of bail."

**Michael Ratner of the Center for Constitutional Rights** (CCR) said the denial of bail is "very disturbing" and "legally wrong."

*"The bigger story is what they've done in this country to Jeremy Hammond, Bradley Manning, and what they have proposed to do to Julian Assange, and that's really say that they're going to come down as heavily as they can on people who expose government secrets, whistleblowers."*

Cross-posted from: **The Inquisitr**

Tweet | 0
Like | 0

## Comments

## Leave a Reply

**Name (required)**

**Email (not published)**

**Website**

**Comments**

☐ Notify me of new comments to this post by email          Submit

HOME     TODAY'S QUOTE     CONTACT US     COPYLINE BLOG     CORRECTIONS     WORTH REPEATING     MY TWO-CENTS WORTH     HAPPENINGS

QUOTES IN THE NEWS     BITS & PIECES     POLITICAL ENDORSEMENTS     POLITICAL "BITS AND PIECES"

**5**
December , 2012
WEDNESDAY



CAMPAIGN BUZZ     FINANCE     HEADLINES     JUST A THOUGHT     LETTERS TO EDITORS     LIVING/VIEWS     NEWS AND BLOGS     OTHER NEWS     PEOPLE

POLITICAL ENDORSEMENTS     RELIGION/COMMENTARY     TRAVEL

ands of          College Choice Reports bill        The annotated republication of        Steppenwolf's Martha Lavey
ings For          advances to House, math           Du Bois' "Darkwater" suggests he       moderates Artists Talk Discussion
1 Other           curriculum bill moving to          was anything but conservative          at 6:30 p.m., Sunday, November 7
e openings        Governor's desk  SPRINGFIELD,      Atlanta, GA (BlackNews.com) ...        at Goodman ...



### Search Results

## Activists to hold Press Conference & Rally today to demand Stratfor-Linked Judge recuse herself from trial of jailed hacktivist Jeremy Hammond

Posted by admin   On November - 29 - 2012   **ADD COMMENTS**

**New York, NY-**  On November 20th, 2012, U.S. District Judge Loretta Preska denied bail to Jeremy Hammond, a 27-year-old Chicago activist accused of hacking into the private intelligence firm Stratfor and releasing information to Wikileaks.





On November 22nd, 2012 a communique from hackers highlighted Judge Preska's failure to disclose that her husband, Thomas J Kaveler is an employee of Cahill Gordon & Reindel LLP, a current Stratfor client and associate, and moreover was himself a victim of the alleged hack (**Kaveler's Stratfor issued user ID is 234103 SOURCE**).  After independent confirmation of these facts, activists and attorneys have issued a call for Judge Preska to immediately recuse herself for failure to disclose this conflict of interest.  At 1pm on Thursday, November 29th in New York's Foley Square (MAP) activists, attorneys, and friends of Jeremy Hammond, including NLG President, Gideon Oliver, Andy Bichlbaum co-creator of the Yes Men, John Knefel cohost of Radio Dispatch, and Chicago activist Natalie Wahlberg will rally and hold a press conference to brief the media on their efforts to see Judge Preska recuse herself and assure Hammond access to a fair trial and due process.

**WHAT: Press Conference & Rally**
**WHERE: Foley Square, NYC (At Center & Pearl)**
**WHEN: Thursday, November 29, 1:00pm**
**INFO: Jeremy Hammond Support | Facebook RSVP**

**RECENT POSTS**

Grassroots groups to Durbin: Tax the Rich & Wall Street, hands off vital safety net programs

Pressure mounts on I.C.E. to release workers from a controversial workplace raid

No-Cost Health Care Plan takes burden off low-income

**CALENDAR**

December 2012

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

« Nov

The criminal complaint against Hammond alleges that the hack exposed the private information of 860,000 Stratfor clients, as well as 5 million emails, which WikiLeaks later published under the name "Global Intelligence Files." The complaint goes on to say that hackers used Stratfor-associated credit card data to charge at least $700,000 on behalf of "dozens of charities and revolutionary organizations." Some of this data released belongs specifically to Judge Preska's husband. Judge Preska has failed to disclose her relationship with Stratfor and in doing so has denied Jeremy Hammond the opportunity for a fair trial. Hammond has pleaded not guilty to all charges alleged in the complaint.



A press release issued by the Anonymous Collective reads, "Judge Loretta Preska's impartiality is compromised by her husband's involvement with Stratfor and a clear prejudice against Hammond exists, as evidenced by her statements." The press release continues, "Without justice being freely, fully and impartially administered, neither our persons, nor our rights nor our property, can be protected."

Jeremy's friends, family and supporters stand in absolute solidarity with the following concerns expressed in the press release issued by Anonymous, "Judge Preska by proxy is a victim of the very crime she intends to judge Jeremy Hammond for. Judge Preska has failed to disclose the fact that her husband is a client of Stratfor, his email contents were released as part of the Stratfor dump and should recuse herself from Jeremy's case or be in violation of multiple Sections of Title 28 of the United States Code."

According to Sue Crabtree, a member of the Jeremy Hammond Solidarity Network who attended the bail hearing last week, Judge Preska ordered the continued incarceration of Hammond on the basis that he is a danger to the community and likely to flee the country if released from holding. Crabtree notes that Hammond, "does not now, nor has he ever, had a passport and has also since been added to the Domestic Terrorist Watch List."

According to Judge Preska, Hammond was denied bail due to the possibility of a 37 years-to-life sentence, combined with his "lack of regard for legal authority make him a flight risk." She also said Hammond's peerless computer savvy puts him in a different class compared to defendants who make bail while facing other computer crimes. According to Crabtree, Judge Preska said Hammond's alleged crimes "make him more dangerous to the community than an online sexual predator because he is able to hide his identity." Judge Preska closed Tuesday's bail hearing with a reiteration that he could be sentenced to serve anywhere from 360 months-to-life if convicted on all charges relating to last year's Stratfor hack.

While Hammond's case continues to develop a laundry list of stories of extralegal misconduct at the hands of Stratfor are being uncovered from the leaked Stratfor emails. Documents show Stratfor contractors spying on members of People for the Ethical Treatment of Animals (PETA) upon the request of Coca Cola, documents detail jovial conversations about extra-judcial killings in the U.A.E., and repeated mentions of Dow Chemical hiring Stratfor to surveil The Yes Men, an activist-artist group who have used media stunts to shed light on the 1984 Bhopal gas tragedy where as many as 20,000 Indians lost their lives and 500,000 others were exposed to methyl isocyanate gas. Moreover, the documents reveal that Stratfor was spying on the Bhopal victims who had since spoken out against Dow's negligence.

"What could be sicker than an irresponsible company spending millions of dollars to spy on its victims? Thanks to the Stratfor leak, we know that's just what Dow Chemical did, when they hired Stratfor to spy on us Yes Men—and on actual Bhopal victims—to keep tabs on anti-Dow activities, none of which were illegal. Neither we nor the Bhopal victims would have found this out if not for the leak of the Stratfor emails. However it happened, we're very grateful for this contribution to democratic transparency, and to the effort to rein in these corporate giants that have gotten completely out of hand. Fortunately, people always find ways to resist," said Andy Bichlbaum, co-creator of The Yes Men.

"In our increasingly authoritarian culture, the law is often used as a shield to protect those in power and bury

**CONTENTS**

"From the Archives"

"Fuzzy" Talk

Around Town

Blog

Blog

Business

Campaign Buzz

Commentary

Cover Story

Education

Entertainment

Featured

Finance

Food and Dining Out

Happenings

Headlines

Health, Beauty and Fitness

In The Know

In The News

Just a Thought

Labor

Latest Headlines

Legal Matters

Letters to Editors

Living/Views

Musical Notes

News

News and Blogs

Other News

People

People Watch

People, Places and Things

Poet's Corner

Metropolitan Water Reclamation District Commissioner Patricia Horton honored for service

Appellate Court rules in Madigan's suit to terminate pension of former Chicago Police Cmdr. Jon Burge

In celebrating World AIDS Day, State Senator Collins congratulated Red Ribbon Cash grant recipients

**WEATHER**

Weather Forecast

Weather Maps

**ARCHIVES**

December 2012

November 2012

October 2012

September 2012

August 2012

July 2012

June 2012

May 2012

April 2012

March 2012

February 2012

January 2012

December 2011

November 2011

October 2011

September 2011

August 2011

July 2011

June 2011

May 2011

their secrets far from the public eye, rather than as a mechanism for accountability. Those who are accused of fighting to bring transparency the shadowy world of the national security state and reveal information that is in the public interest are punished to the full extent of the law, while those who benefit from ever-increasing surveillance measures are protected at all costs," say's John Knefel, Cohost of Radio Dispatch.

"The bigger story is what they've done in this country to Jeremy Hammond, Bradley Manning, and what they have proposed to do to Julian Assange, and that really says that they're going to come down as heavily as they can on people who expose government secrets, whistleblowers,"said Michael Ratner, President Emeritus of the Center for Constitutional Rights.
The Jeremy Hammond Solidarity Network, as well as friends, family and supporters of Jeremy have issued a call to demand that Judge Preska explain her personal involvement with Statfor, to demand that Judge Preska immediately recuse herself from Jeremy Hammond's case, to demand a judicial investigation into Judge Preska's ethics violation, and to demand all charges against Hammond be dropped.

Hammond is currently being held at the Metropolitan Correctional Center in New York City. He is not expected to take the stand until next year, but so far has been imprisoned for eight months without trial.

http://www.sparrowmedia.net/2012/11/jeremy-hammond-support-rally-to-recuse-judge-preska/
Changing video – New version – Nouvelle version…

Photo Caption, top: Jeremy Hammond, bottom, Fordham Law School: Judge Loretta Preska and Tom Kavaler

News

# Date change for NATO 5, Jeremy Hammond Solidarity Rally, now scheduled for Tuesday, November 20, 2012 at 9 a.m.

Posted by admin    On November - 19 - 2012    ADD COMMENTS

**Letters to Editors**

From Occupy Chicago / NATO 5 Defense Committee nato5.occupychi.org

**An Update:**

Jeremy Hammond's court hearing was postponed in an attempt to limit supporter turnout.  The rallies in both New York and Chicago will now be held on **Tuesday, November 20th**.  Updated press release reflecting these changes follows:

**Tues 11/20, 9a.m.: Jeremy Hammond, NATO 5 Solidarity Rally to be held at Cook County Jail**

*Rally and Court Date Mark 6-month Anniversary of NATO Raids and Arrests*

**CHICAGO, IL** – Activists from Occupy Chicago, Anarchist Black Cross, and the Free Jeremy Hammond Support Network will rally in front of Cook County Jail (26th and California) on **Tuesday, November 20th**, at 9am, to protest charges against the NATO5, Jeremy Hammond, and other political prisoners of the state.

November 20th will mark six months of incarceration for the NATO 5, one of whom will appear in court that morning.

The Chicago rally Tuesday morning will feature a noise demonstration and speak-out from those who provide daily jail support to political prisoners, including the Cleveland 4, who will be sentenced on terrorism charges similar in nature to the NATO 5's in Ohio that day.

"Whether it's Jeremy Hammond, the NATO 5, or the Cleveland 4, there are troubling links between these cases," says Rachel Unterman, who corresponds with Jeremy Hammond regularly and supports the NATO 5 through jail visits, court hearings, book shipments, and fundraising efforts. "They are targeting activists based on our political views. They are relying on entrapment to manufacture crimes to prosecute. They are denying reasonable bond, making it impossible for us to set our friends free during the lengthy trial process."

One of the NATO 5, Sebastian 'Sabi' Senakiewicz, recently accepted a plea agreement because the 4-month boot camp sentence offered by the State's Attorney's office will see him released before his trial would have begun (https://www.facebook.com/notes/occupy-chicago-press-relations/breaking-alvarez-trades-guilty-plea-on-nato-terrorism-charge-for-four-months-in-/436871693042664).

Jeremy Hammond, a 27-year-old Chicago native, was arrested by the FBI on March 5, 2012.

Political Endorsements
Politics
Religion
Religion/Commentary
Resources
Sports
The Editor's Desk
The Last Word
Today's Quote
Travel

April 2011
March 2011
February 2011
January 2011
December 2010
November 2010
October 2010
September 2010
August 2010
July 2010
June 2010
May 2010
April 2010
March 2010
February 2010
January 2010
December 2009
November 2009
October 2009
September 2009
August 2009
July 2009
June 2009

**META**

Log in
Entries RSS
Comments RSS
WordPress.org

Daily Dot | Anonymous alleges judge in Hammond case has Stratfor ties

12/5/12 9:53 AM


Beautiful awakening: Brother captures coma recovery in GIFs

News & Features    Opinion    Comics    Events    Tour


active topics | News    Entertainment    Society    Twitter    Youtube    Facebook    Tumblr    Reddit    #twitter

# Anonymous alleges judge in Hammond case has Stratfor ties

94    Like

NEWS    DECEMBER 03, 2012    Tweet  15    Send

**Fidel Martinez**
more articles | email

On Nov. 20 Jeremy Hammond was denied house arrest by a New York federal judge for his alleged involvement in the hacking of Texas-based private intelligence firm Stratfor. In the days since his hearing, Hammond's supporters have demanded that the judge recuse herself from the case due to her Stratfor ties.

Hammond was one of the five members of LulzSec—an anonymous hacker group—arrested in early March in connection with the Stratfor leaks, including millions of company emails as well as the private information of over 860,000 of its subscribers. This data was subsequently published on WikiLeaks as the "Global Intelligence Files."

**RELATED STORIES**


Bail denied for LulzSec hacker Jeremy Hammond

The presiding judge in question is Loretta Preska, chief judge of the United States District Court for the Southern District of New York. Judge Preska denied the defense's request for house arrest at the aforementioned bail hearing because she considered Hammond a flight risk due to the severe sentence he faced—a possible 37 years to life in prison—and because the hacker displayed a "lack of regard for legal authority." Preska also cited Hammond's incomparable hacking skills as a reason for her ruling.



LulzXmas culminates for Anonymous with controversial hack of Stratfor

Anonymous responded to Judge Preska's verdict by doxing her, publishing personal information that included various telephone numbers and her home address.

Also released in the dox was information on her husband, Thomas Kavaler. Mr. Kavaler is a partner at Cahill Gordon & Reiner LLP, a firm where Preska was once an associate. As it turns out, he was also one of the 860,000 individuals whose data was revealed in the Stratfor hack.

Anonymous linked Kavaler to Stratfor by his work email, which is publicly available on his law firm's site. A member of the collective took that email address and looked it up in a database of compromised Stratfor accounts published by the Web development firm Dazzlepod to see if it yielded a result. It did.

Anonymous published a press release on Nov. 23 detailing their findings and blasting Preska for her vilification of Hammond.

> "During Jeremy's bail hearing Judge Preska portrayed Jeremy as a terrorist more dangerous than murders [sic] and sexual predators, denied his bail and, before Jeremy and a gathering of his friends and family, announced the sentence he would face if found guilty: 360 months to life.

> "What Judge Preska did not disclose at this hearing was that she is bound by law to recuse herself of this case due to a direct conflict of interest."

"John," an Anonymous member who agreed to speak to the Daily Dot via phone to recount how they were able to tie Preska to Stratfor via her husband, told us that the discovery was a fortuitous one, equating it to finding a needle in a haystack.

The Daily Dot also reached out via email to Mr. Kavaler seeking comment on the story. He contacted us on Nov. 28 via telephone and denied ever having a Stratfor account. Kavaler also dismissed Anonymous' claims as falsehoods.

But the evidence indicates otherwise. And, according to court reporters who spoke with The Sparrow Project, Preska herself was fully aware of her husband's connection to Stratfor even before Anonymous linked him to the private intelligence firm.

Despite the Stratfor association, Preska has refused to recuse herself from the Hammond case. As a result, the defense attorneys are planning on filing a motion for recusal and a motion to reset a bail hearing as early as today, per a Jeremy Hammond supporter who communicates with the legal team who asked to be kept anonymous.

*Photo via Jason Reed*

SUGGESTED STORIES

### Instagram shuts off Twitter photo previews



Having trouble previewing Instagram photos on Twitter's website or mobile apps? You're not alone.
news/

### Reddit Digest: Intimate questions about Victorian women



See also: Should gerrymandering be banned? And for all your foodporn needs, watch the story of one delicious steak.
news/

### Activists hold cute cat hostage for open Internet



A bizarre website hopes to raise awareness for Internet freedom by appealing to the Web's fondness for cats.
news/

# Hacker Jeremy Hammond Faces Life in Prison

**In response, Anonymous notes that Judge Loretta Preska's husband is a victim of the Stratfor hack for which Hammond is on trial.**

By Jeff Goldman | November 27, 2012

At a recent pre-trial hearing, U.S. District Court Judge Loretta A. Preska warned that alleged Stratfor hacker Jeremy Hammond faces 30 years to life in prison if found guilty of all the charges filed against him, and denied his request for bail. Hammond, who has already been held for eight months without bail or trial, has also apparently been added to the FBI's terrorist watchlist.

"Preska told Hammond in a Manhattan courtroom on Tuesday that he could be sentenced to serve anywhere from 360 months to life if convicted on all charges relating to last year's hack of Strategic Forecasting, or Stratfor, a global intelligence company whose servers were infiltrated by an offshoot of the hacktivist collective Anonymous," RT reports.

"More specifically, the government alleges that starting last December, Hammond and others from AntiSec stole information from about 860,000 Stratfor subscribers, including emails, account information, and data from about 60,000 credit cards," writes CSO Online's Taylor Armerding. "The government alleges that he published some of that information online, and used some of the stolen credit card data to run up at least $700,000 in unauthorized charges. He is also accused of giving about five million internal emails to WikiLeaks, which were published under the name The Global Intelligence Files."

"Roughly 30 supporters of Hammond seated in the courtroom turned somber as the judge read her ruling," writes Courthouse News Service's Adam Klasfeld. "The possibility of a 37-year sentence, combined with Hammond's 'lack of regard for legal authority,' make him a flight risk, Preska said. She also said Hammond's peerless computer savvy puts him in a different class compared with defendants who make bail while facing other computer crimes. 'The application for bail is denied,' she said."

"However, members of Anonymous have since drawn attention to Judge Preska and her relationship with the Stratfor hack," writes ZDNet's Michael Lee. "Preska's husband, Thomas Kavaler, is among the victims of the breach. Kavaler's work email address at Cahill Gordon & Reindel was among the information leaked from the attack on Stratfor, matching his profile on the CG&R website. Anonymous has since issued a statement, saying that in the interest of justice, Judge Preska must step down due to a direct conflict of interest."

"Judge Preska by proxy is a victim of the very crime she intends to judge Jeremy Hammond for," the statement reads. "Judge Preska has failed to disclose the fact that her husband is a client of Stratfor and recuse herself from Jeremy's case, therefore violating multiple Sections of Title 28 of the United States Code. Judge Loretta Preska's impartiality is compromised by her Husband's involvement with Stratfor and a clear prejudice against Hammond exists, as evident by her statements."

Elizabeth M. Fink, Hammond's defense attorney, is also suggesting that Hammond may have been a victim of FBI entrapment. "At the time that Hammond allegedly hacked into Stratfor and sent the data to LulzSec leader Sabu -- whose real name is Hector Xavier Monsegur -- Sabu was already an FBI informant, and his

activities were reportedly being monitored by agents around the clock," writes InformationWeek's Mathew J. Schwartz. "Interestingly, Sabu turned FBI informant after his arrest on June 7, 2011, but then launched the group known as AntiSec, before announcing that LulzSec was retiring. In other words, the bureau appeared to keep Sabu's hacktivist campaigns running, to see who else they could catch."



# Human Events®

## POWERFUL CONSERVATIVE VOICES

*TODAY IS: DECEMBER 5, 2012 | 10:19 AM*

**HUMAN EVENTS BLOG**

# FAR LEFT ANONYMOUS HACKER COULD GET LIFE IN PRISON

*By:* **Jim Hoft**

*11/24/2012 01:13 PM*

**Anonymous hacker may get life in prison.**



Federal Judge Loretta Preska rejected a request by Hammond's defense team to release him under house arrest with family. (Chicagoist)

Russia Today reported:

---

A pretrial hearing in the case against accused LulzSec hacker Jeremy Hammond this week ended with the 27-year-old Chicago man being told he could be sentenced to life in prison for compromising the computers of Stratfor.

Judge Loretta Preska told Hammond in a Manhattan courtroom on Tuesday that he could be sentenced to serve anywhere from 360 months-to-life if convicted on all charges relating to last year's hack of Strategic Forecasting, or Stratfor, a global intelligence company whose servers were infiltrated by an offshoot of the hacktivist collective Anonymous.

Hammond is not likely to take the stand until next year, but so far has been imprisoned for eight months without trial. Legal proceedings in the case might soon be called into question, however, after it's been revealed that Judge Preska's husband was a victim of the Stratfor hack.

According to the indictment filed in March, Hammond illegally obtained credit card information stolen from Stratfor and uploaded it to a server that was unbeknownst to him maintained by the federal government. Months earlier the FBI had arrested Hector Xavier Monsegur, a New York hacker who spearheaded LulzSec under the alias "Sabu,"

and relied on from thereon out to help the authorities nab other individuals affiliated with Anonymous and LulzSec. The feds say Hammond openly admitted to compromising Stratfor's data in online chats with their informant and unsealed a three count indictment against him relating to hacking back in March.

After Anons gained access to Stratfor's servers, they collected a trove of internal emails and more thousands of credit card details belonging to the firm's paid subscribers that were released last Christmas. A class action suit was filed against Strafor over the breach of security, and in June the company settled with its customers at an estimated cost of $1.75 million.

where computer science meets social science

search...

**{SILICON ANGLE}**

CLOUD ANGLE

MOBILE ANGLE

SOCIAL ANGLE

SERVICES ANGLE

NEW DEVOPS ANGLE

RESEARCH ANGLE

TOPICS:

ALL
CLOUD
MOBILIZE
SOCIALIZE
BIG DATA

EVENT ANGLE:

2012
NODE SUMMIT
NAB
STRATA
EMC WORLD
SAPPHIRE
HADOOP SUMMIT
IBM EDGE
DELL STORAGE
FORUM
HP DISCOVER
2011
HADOOP WORLD
EMCWORLD
SAPPHIRE
CITRIX SYNERGY
DELL STORAGE
FORUM
HP DISCOVER
ORACLE OPENWORLD
VMWORLD

SiliconANGLE » Hacker Jeremy Hammond Faces Life In Prison For Hack On Stratfor

# Hacker Jeremy Hammond Faces Life in Prison for Hack on Stratfor

ISHA SURI | NOVEMBER 28TH

READ MORE

| Tweet | 12 | | 3 | | Like | 32 | Share | 5 |

LulzSec hacker Jeremy Hammond,

who is **accused in the Stratfor attacks could be sentenced to life in prison**. The hearing was carried out in a Manhatton courtroom, where Judge Loretta Preska told Hammond that he could be sentenced to serve anywhere from 360 months-to-life, if convicted on all charges relating to last year's Stratfor hacking.



So far, Hammond has been imprisoned for eight months without trial. And an interesting fact that came out in the entire scenario is that Judge Preska's husband was also a victim of the Stratfor hack. What Hammond did was that he **illegally obtained credit card information stolen from Stratfor** and uploaded it to a server that was unbeknownst to him maintained by the federal government.

A class action suit was filed against Strafor over the breach of security, and the company settled with its customers at an estimated cost of $1.75 million. So, that's a reason that Judge Preska may have a vested interest in seeking a prosecution. Plus, **Stratfor CEO also had to resign after Wikileaks released 5M emails**, where Anonymous members boasted of their partnership with Wikileaks in releasing this information.

But Anonymous group is saying that the **trial against Hammond is partially unfair**, and also issued a statement stating,

> "Judge Loretta Preska's impartiality is compromised by her husband's involvement with Stratfor and a clear prejudice against Hammond exists, as evident by her statements. Judge Preska by proxy is a victim of the very crime she intends to judge Jeremy Hammond for. Judge Preska has failed to disclose the fact that her husband is a client of Stratfor and recuse herself from Jeremy's case, therefore violating multiple sections of Title 28 of the United States Code."

> "In the interest of justice, the public, media, and defense should demand Judge Preska remove herself from Hammond's case, or if she will not, demand a superior court provide a writ of prohibition forcing her to step down. Without justice being freely, fully, and impartially administered, neither our persons, nor our rights, nor our property, can be protected."

"While Anonymous and its cells have gotten a lot of press, the world of hacking isn't always sunshine and roses," adds Kyt Dotson, HackANGLE editor. "Laws governing sentencing and damages involved in national security and other events are a strange hodgepodge of bygone eras that still think in telephones and wires–as a result, it's very easy for a judge to 'throw away the key.' We can look back on Kevin Mitnick's sentence for that.

"This era of the hacktivist, however, opens up an entire new can of worms where a multitude of sites are vulnerable to very simple attacks, the virtual crowbar through the window (without the sense of violence involved.) As a result, we're seeing a new breed of cybercriminality rise that has a hint of mischief and that's exactly what Anonymous latches onto."

Add in the media frenzy surrounding anything involving Anonymous, Dotson adds, and even the smallest manifesto about a hacker who identifies with the collective can become viral. The recent trials of other hackers from LulzSec, Anonymous, and others will continue to define this era as law enforcement and the newfound underground provided by a changing social undercurrent as even more hackers arise to follow in their footsteps and carve out their own legacy.

*Photo: A clipped "propaganda" illustration published to a website dedicated to raising money for the defense of alleged LulzSec hacker Jeremy Hammond. Creative Commons licensed.*

---

**About Isha Suri**

Isha Suri is a staff writer for SiliconANGLE covering social news and security trends. If you have a story idea or news tip, send it to @SiliconAngle on Twitter.

View all posts by Isha Suri →

---

**0 comments   2 people listening**

**Sign in**                                                          livefyre 🔥



+ Follow conversation                     Post to ☐ ⓣ ☐ ⓕ        Post comment as

Sponsored by:



This story appeared on Network World at
http://www.networkworld.com/news/2012/112712-lulzsec-hacker-faces-30-years-264545.html

[News](#)

# LulzSec hacker faces 30 years to life

## Jeremy Hammond is denied bail, placed on terrorist watch list

By Taylor Armerding, CSO
November 27, 2012 07:45 AM ET

CSO - Jeremy Hammond is in really big trouble. Or, perhaps, the government is just trying to "scare the (expletive) out of him," in the words of Kevin Mitnick, formerly known as the world's "most-wanted hacker" and now a security consultant.

Sponsored by:

[12 white hat hackers you should know](#)

Either way, a potential sentence of 30 years to life for alleged hacking crimes is probably enough to get the attention of most 27-year-olds. And that is what U.S. District Judge Loretta Preska told Hammond last week that he could face if he is convicted on all counts.

Hammond, much better known in the world of hactivism by various online aliases including "Anarchaos," "sup_g," "burn," "yohoho," "POW," "tylerknowsthis," and "crediblethreat," has been held without bail since his arrest in March on charges connected with last year's hacking of Strategic Forecasting, or Stratfor, an Austin, Texas-based international intelligence broker, by [AntiSec](#), an offshoot of LulzSec, which is in turn an offshoot of the hacktivist collective Anonymous.

The [three-count federal indictment](#), brought in the Southern District of New York, charged him with conspiracy to commit computer hacking, computer hacking and conspiracy to commit access device fraud.

More specifically, the government alleges that starting last December, Hammond and others from AntiSec stole

information from about 860,000 Stratfor subscribers, including emails, account information, and data from about 60,000 credit cards. The government alleges that he published some of that information online, and used some of the stolen credit card data to run up at least $700,000 in unauthorized charges.

He is also accused of giving about five million internal emails to WikiLeaks, which were published under the name The Global Intelligence Files.

Apparently unknown to Hammond, however, was that the then-leader of AntiSec, Hector Xavier Monsegur, a New York hacker known by the alias "Sabu," had been arrested the previous June and agreed to cooperate with the FBI. So, at least some of the Stratfor information Hammond uploaded was to a honey pot server maintained by the FBI.

At a hearing last week, Hammond was denied bail, based on Judge Preska's determination that he was both a danger to the community and a flight risk. He had also recently been added to the Terrorist Watch List, said Sue Crabtree, a member of the Jeremy Hammond Solidarity Network and a spectator at his bail hearing. Crabtree said Hammond didn't even have a passport.

The bail denial sparked another round of protest from Hammond's supporters. Anonymous published a message on Pastebin demanding that Preska recuse herself for conflict of interest. The group said her husband, Thomas J. Kavaler, was among Stratfor's clients, and therefore one of the alleged victims of the hack. Kavaler is a partner at Cahill Gordon & Reindel LLP in New York City.

[See slide show: Anonymous and LulzSec - 10 greatest hits]

"Judge Preska by proxy is a victim of the very crime she intends to judge Jeremy Hammond for," Anonymous wrote in a message posted last Friday. "Judge Preska has failed to disclose the fact that her husband is a client of Stratfor and recuse herself from Jeremy's case, therefore violating multiple Sections of Title 28 of the United States Code."

Beyond that, a writer identified only as "NA" on the website FreeHammond.com, argued that "Hacktivists are not criminals! Jeremy is alleged of a crime that has exposed the corruption and exploitation of the very State prosecuting him," and suggested entrapment by the FBI as well.

"A time line published only days after Jeremy's arrest suggests that Operation AntiSec [the Stratfor hack] was orchestrated by the FBI through the agency of FBI informant Hector Monsegur," NA wrote.

Hammond himself, in a posting last July on YourAnonNews, claimed that "even the warden of MCC New York has in surprising honesty admitted that, 'the only difference between us officers here and you prisoners is we just haven't been caught.' The(y) call us robbers and fraudsters when the big banks get billion dollar bailouts and kick us out of our homes ... And they call us cyber criminals when they themselves develop viruses to spy on and wage war against infrastructure and populations in other countries."

Chester Wisniewski, senior security adviser at Sophos, said while he is no legal expert, he thinks the Hammond supporters have a valid point about a possible conflict of interest for Judge Preska, although he thinks the claim that hacktivists are, by definition, not criminals is absurd. But he also said the potential sentence looks to be out of proportion to the crime.

"If you physically broke into Stratfor and stole all of that information, you'd get 90 days maybe," he said. "But when it becomes a computer crime, suddenly it goes way up. I don't understand why electronic crimes are

getting so much longer sentences than physical crimes."

Kevin Mitnick, noting that the crimes with which he was charged during his hacking career could have brought 400 years in prison, said he expects Hammond's case will be settled by a plea agreement for much less than the possible maximum.

"But what concerns me is even if they drop some counts, the sentence for most federal crimes can range from 10 to 20 years," he said. "How they come up with 30 years to life is beyond me."

Mitnick said it is possible that the government is trying to scare Hammond to get him to cooperate. Or, it could be designed to send a message to Anonymous members that what they view as sticking it to the man could yield some very serious consequences.

Wisniewski said that while the vast majority of those affiliated with Anonymous are not skilled, the members of Lulzsec generally were. "They were talented, and then they got busted," he said. "So, the average Joe is saying, 'Look what happened. Maybe I shoud get out of this."

Hammond is scheduled to go to trial sometime next year.

All contents copyright 1995-2012 Network World, Inc. http://www.networkworld.com



# Accused LulzSec Hacker Could Face Life Imprisonment

**Judge calls alleged Stratfor data breach mastermind 'flight risk,' denies bail; defense attorney suggests FBI entrapment.**

By Mathew J. Schwartz,  InformationWeek
November 27, 2012
URL: http://www.informationweek.com/security/attacks/accused-lulzsec-hacker-could-face-life-i/240142628

Accused LulzSec participant Jeremy Hammond faces a potential prison sentence of more than 30 years if found guilty of all charges filed against him.

That warning was made last week by U.S. District Court chief judge Loretta Preska, who presided over a bail hearing for Hammond.

In early May 2012, a federal grand jury handed down a superseding indictment in the case against alleged LulzSec and Anonymous leaders, accusing Hammond of masterminding the LulzSec and Anonymous attacks against the website of Stratfor (a.k.a. Strategic Forecasting), beginning in December 2011. Hammond (a.k.a. Anarchaos, burn, POW, ghost, and anarchaker) was also charged with using some of the stolen credit card data to help make $700,000 in unauthorized charges, and accused of participating in a hack of the Arizona Department of Public Safety website.

In May 2012, Hammond entered a not guilty plea to all of the charges filed against him.

**[ In the heat of the crisis in Gaza, Anonymous launches DDoS attacks against Israeli websites. See Anonymous Steps Into Gaza Crisis. ]**

The Stratfor breach led to the disclosure of information on 860,000 of the company's clients, including the release of 5 million emails by WikiLeaks, as part of its Global Intelligence Files project. Stratfor ultimately offered about $1.75 million -- in the form of free subscriptions and e-books -- to settle several consolidated class action lawsuits filed in the wake of the breach.

At last week's hearing in a Southern District of New York federal courtroom, Hammond's defense attorney, Elizabeth Fink, suggested that the FBI may have used entrapment to catch her client, reported Courthouse News Service. That led Judge Preska to tell Fink that she should "feel free" to use entrapment as a defense, but that it had no bearing on Hammond's bail hearing. She ruled that with Hammond exhibiting a "lack of regard for legal authority" and facing a prison sentence of between 30 years and life imprisonment, the alleged hacktivist would

be a flight risk. Accordingly, Preska denied Hammond's request for bail.

Shortly thereafter, a Pastebin post attributed to Anonymous has argued that Judge Preska should recuse herself from the case, on the grounds that her spouse, attorney Thomas J. Kavaler, was himself affected by the Stratfor data breach. According to information released in the Stratfor breach, Kavaler may have been a Stratfor customer.

How might an entrapment defense for Hammond proceed? At the time that Hammond allegedly hacked into Stratfor and sent the data to LulzSec leader Sabu -- whose real name is Hector Xavier Monsegur -- Sabu was already an FBI informant, and his activities were reportedly being monitored by agents around the clock. Interestingly, Sabu turned FBI informant after his arrest on June 7, 2011, but then launched the group known as AntiSec, before announcing that LulzSec was retiring. In other words, the bureau appeared to keep Sabu's hacktivist campaigns running, to see who else they could catch.

This isn't the only U.S. case being made against alleged LulzSec members, apparently with the help of Sabu. Cody Kretsinger (aka Recursion) was arrested in September 2011 on charges of participating in a SQL injection attack against the Sony Pictures Entertainment website, then posting 150,000 stolen usernames and passwords to the LulzSec website and Twitter channels. After initially entering a not guilty plea, Kretsinger pled guilty to the charges, and was originally due to be sentenced last month, but that sentencing hearing has been postponed to March 7, 2013.

Meanwhile, LulzSec hacker Raynaldo Rivera pled guilty last month to one of two charges against him, both of which related to an attack against the website of Sony Pictures Entertainment. As part of a plea agreement, prosecutors agreed to drop the other charge against Rivera and to reduce the maximum jail time he faces to five years. Rivera has also agreed to pay restitution to Sony.

*Benchmarking normal activity and then monitoring for users who stray from that norm is an essential strategy for getting ahead of potential data and system breaches. But choosing the right tools is only part of the effort. Without sufficient training, efficient deployment and a good response plan, attackers could gain the upper hand. Download our Fundamentals Of User Activity Monitoring report. (Free registration required.)*



Copyright © 2012 United Business Media LLC, All rights reserved.

Infosecurity – LulzSec hacker Hammond faces 30 years                    12/5/12 10:09 AM

We use cookies to operate this website and to improve its usability. Full details of what cookies are, why we use them and how you can manage them can be found by reading our Privacy & Cookies page. Please note that by using this site you are consenting to the use of cookies.

STRATEGY /// INSIGHT /// TECHNIQUE

You are here:  Home  /  News  /  LulzSec hacker Hammond faces 30 years

# News

## LulzSec hacker Hammond faces 30 years

28 November 2012

At a bail hearing last week, Chief U.S. District Judge Loretta Preska denied bail and warned LulzSec's Hammond that he faces a custodial sentence of 30 years.

Hammond is accused of taking part in the Stratfor hack led by Hector Monsegur (Sabu). At the time, Sabu was acting as an FBI informant. The hack itself ultimately led to the publication of the 'Global Intelligence Files' by WikiLeaks, and included about 5 million emails and the private information of 860,000 Stratfor clients.

During the bail hearing, Hammond's defense attorney, Elizabeth Fink, made it clear that she considered Hammond to be the victim of an FBI sting operation, but made no headway against the judge. According to Courthouse news, Judge Preska responded with comments such as entrapment being irrelevant to bail, "It's not going to help your case to tell me that," and "What's the relevance of that to the bail factor?"

The possibility of a 37-year sentence, combined with Hammond's 'lack of regard for legal authority,' make him a flight risk, Preska said, according to Courthouse News. "The application for bail is denied," said the judge.

The outcome of this bail hearing has surprised and shocked many. Anonymous posted a message on Pastebin demanding that Preska recuse herself on the basis that she is married to one of the 'victims' of the Stratfor hack. "Judge Preska by proxy is a victim of the very crime she intends to judge Jeremy Hammond for. Judge Preska has failed to disclose the fact that her husband is a client of Stratfor and recuse herself from Jeremy's case, therefore violating multiple Sections of Title 28 of the United States Code," it declared. "Judge Loretta Preska's impartiality is compromised by her Husband's involvement with Stratfor and a clear prejudice against Hammond exists, as evident by her statements."

According to CSO, ex-hacker Kevin Mitnick suspects the US government might be "just trying to 'scare the (expletive) out of him'." He believes that in the end the case will be settled by a plea bargain for much less than the possible maximum sentence. But he is also surprised by the threatened term, noting that the sentence for most federal crimes range from 10 to 20 years. "How they come up with 30 years to life is beyond me," he said.

CSO also notes that Sophos senior security advisor Chester Wisniewski has some sympathy both with a possible conflict of interest involving Judge Preska, and also the 30 years threat. "If you physically broke into Stratfor and stole all of that information, you'd get 90 days maybe," he said. "But when it becomes a computer crime, suddenly it goes way up. I don't understand why electronic crimes are getting so much longer sentences than physical crimes."

*This article is featured in:*
Internet and Network Security

## Comment on this article

You must be registered and logged in to leave a comment about this article.

## Share

More services
## Related Links

**LulzSec hacker faces 30 years to life - CSO Online**

Elsevier Ltd is not responsible for the content of external websites.

## Related Stories

**Second LulzSec member arrested over Sony hacks**
Raynaldo Rivera (aged 20), aka neuron, royal and wildicv, has been taken into custody following his indictment last week charging him with conspiracy and unauthorized impairment of a protected computer; that is, last year's Sony hacks.

**Six months' reprieve for LulzSec's Sabu**
Hector Xavier Monsegur, aka 'Sabu' and former lead figure in LulzSec, has been granted six months' reprieve before sentencing for his continuing co-operation with the authorities.

**Imperva analyzes LulzSec's attack tool**
In its latest Hacker Intelligence Initiative report, Imperva analyzes remote and local file inclusion (RFI/LFI) attacks as favored by LulzSec.

**LulzSec leader Sabu turns FBI informant**
It's been a tempestuous week in the battle between Anonymous and the law: 25 arrests, the poisoning of the Anonymous DDoS tool, and now the LulzSec leader, Sabu, has been named an FBI informant.

**WikiLeaks redux: Site teams with hacktivists to publish Stratfor emails**
WikiLeaks is back in the news. The site dedicated to leaking state secrets has teamed with Anonymous to disclose emails from intelligence firm Stratfor, which Anonymous offshoot LulzSec breached in December.

## Top 5 Stories

1. Crystal ball time: Top 2013 risks include cyber war, cloud and BYOD

2. FBI explores $150,000 payroll hack at Wisconsin school

3. Anti-virus vendors warn users to beware of the ChangeUp worm

4. Clickjacking threatens one-third of top 20 banking sites

5. Shylock malware evolves to evade security lab environments

- - Risk Management
  - Compliance
  - Privacy
  - Whitepapers
- ▼ Security Infrastructure
  - Cloud Security
  - Identity & Access
  - Data Protection
  - White Papers
  - Network Security
  - Application Security
- ▼ Management & Strategy
  - Risk Management
  - Security Architecture
  - Disaster Recovery
  - Incident Management
  - Training & Certification
- - Black Hat

Home › Tracking & Law Enforcement



# Judge in Anonymous Supporter's Trial Has Alleged Conflict of Interest in Case

By Steve Ragan on November 26, 2012

Share  2    0    Tweet  32    Recommend  7    RSS   **Judge Loretta Preska**, who is presiding over **Jeremy Hammond's** trial for his role in the Christmas Eve attack on Stratfor in 2011, is being accused of having a conflict of interest in the case – as she is married to a victim of the Stratfor breach. Word of the alleged conflict comes from a notice posted online by Anonymous; on the same day it was revealed that Hammond could face life in prison for his crimes.

Last week, during a pre-trial hearing for Jeremy Hammond, Judge Preska told the defendant that he could face anywhere from 360 months to life in prison if he is found guilty. After being imprisoned for 8 months, Hammond was told at the hearing that his request for bail was denied, and he will remain behind bars until his trial next year.

Hammond was arrested in March, after the FBI learned from an informant (Anonymous' Sabu) that he was behind the Christmas Eve attacks on Stratfor. Hammond, claiming affiliation with the AntiSec movement, and others targeted Stratfor last December, exploiting weak network security in order to walk away with 860,160

usernames (email addresses) and passwords, in addition and 60,000 credit card records. FBI records attributed $700,000 worth of charge fraud to the stolen cards.

In an interesting twist in Hammond's case, Judge Preska appears on paper to be married to one of the victims in the Stratfor case. Last June, Stratfor settled a class action lawsuit filed against the company by those who had personal information exposed due to the breach. Based on public archives of the stolen data, one of the Stratfor subscribers who qualified for class action settlement is Thomas J. Kavaler, a partner at the law firm of Cahill Gordon & Reindel LLP.

Additional public details, including Mr. Kavaler's corporate email address (listed on the firm's website and WikiLeaks' copy of the Stratfor records), and marriage notices confirm what seems to be a clear conflict of interest for Hammond's judge. It is unknown why she has continued with the trial thus far.

"Judge Preska by proxy is a victim of the very crime she intends to judge Jeremy Hammond for. Judge Preska has failed to disclose the fact that her husband is a client of Stratfor and recuse herself from Jeremy's case, therefore violating multiple Sections of Title 28 of the United States Code," a statement on the case from Anonymous notes.

"Judge Loretta Preska's impartiality is compromised by her Husband's involvement with Stratfor and a clear prejudice against Hammond exists, as evident by her statements."

Hammond was denied bail due to the perception of being a flight risk. He remains in custody in New York.



| Share | 2 | | 0 | Tweet | 32 | | Recommend | 7 | | RSS |



**Steve Ragan** is a security reporter and contributor for SecurityWeek. Prior to joining the journalism world in 2005, he spent 15 years as a freelance IT contractor focused on endpoint security and security training.
Previous Columns by Steve Ragan:
Tenable Adds IPv6 Support to Vulnerability Management Solution
DARPA to Hunt for Malicious Functions in Hardware and Software
FTC Kills "Robocall" Operation
Screen Watchers Are Real And You're Handing Out Your Information
Security Researcher Discloses New Batch of MySQL Vulnerabilities

sponsored links

The Five Key Benefits of Application Control and How to Achieve Them

Building Firewalls for Embedded Systems w/ Free Software Trial

Mitigation of Security Vulnerabilities on Android & Other Open Handset Platforms

Designing Security for Newly Networked Devices

Attacks on Mobile and Embedded Systems: Current Trends

Eliminate Mobile Device Risks w/ Mobilisafe - Start Your 14 Day Free Trial!

**Tags:**

NEWS & INDUSTRY        Tracking & Law Enforcement        Cybercrime

Judge Preska | Jeremy Hammond | Life for Stratfor Leaks?

**USA News, Lawyer Help and USA Law Attorneys for Change**

United States Of America: Laws, Attorneys and News

## Judge Preska | Jeremy Hammond | Life for Stratfor Leaks?

Posted on November 23, 2012 by james

| Like | 0 | | 0 | Tweet | Share |

- Star

A pretrial hearing in the case against Jeremy Hammond this week ended with the 27-year-old being told he is facing life in prison for hacking the computers of Stratfor.

Judge Loretta Preska announced Hammond could serve anywhere from 360 months, up to life if convicted on all charges relating to last year's hack of Strategic Forecasting, or Stratfor, a global intelligence company whose servers were infiltrated by an offshoot of the hacktivist collective Anonymous.

CLICK HERE TO VIEW YOUR ARREST RECORD NOW.

Hammond has been imprisoned for eight months without trial and Judge Preska's husband was a victim of the Stratfor hack, creating further agony for Jeremy Hammond as he faces a well known and very corrupt military industrial complex.

According to the indictment filed in March, Hammond illegally obtained credit card information stolen from Stratfor and uploaded it to a server that was unbeknownst to him maintained by the federal government. Months earlier the FBI had arrested Hector Xavier Monsegur, a New York hacker who spearheaded LulzSec under the alias "Sabu," and relied on from thereon out to help the authorities nab other individuals affiliated with Anonymous and LulzSec. The feds say Hammond openly admitted to compromising Stratfor's data in online chats with their informant and unsealed a three count indictment against him relating to hacking back in March.

Hammond's faces accusations that he and other hackers gained access to Stratfor's servers, where they collected internal emails and thousands of credit cards belonging to the firm's paid subscribers. A class action suit was filed against Strafor over the security breach, and in June, Stratfor settled with customers at an estimated cost of $1.75 million. Just now, though, it's being reported that Judge Preska may have a vested interest in seeking a prosecution by any means necessary.

Among the thousands of Statfor client's whose credit card data was compromised in the hack alleged to be linked to Hammond is Thomas J. Kavaler, a partner at the law firm of Cahill Gordon & Reindel LLP and the husband of Judge Preska. The archived document dump released by LulzSec last year includes personal information for Mr. Kavaler that suggests he was victimized in the attack and thus qualifies for the class action settlement.

In a press release, supporters for Hammond call for Judge Preska's immediate resignation from the case.

"Judge Preska by proxy is a victim of the very crime she intends to judge Jeremy Hammond for. Judge Preska has failed to *disclose the fact that her husband is a client of Stratfor and recuse herself from Jeremy's case, therefore violating multiple Sections of Title 28 of the United States Code*," the statement reads.

*"Judge Loretta Preska's impartiality is compromised by her Husband's involvement with Stratfor and a clear prejudice against Hammond exists, as evident by her statements,"* it continues. *"Without justice being freely, fully, and impartially administered, neither our persons, nor our rights, nor our property, can be protected."*

According to Sue Crabtree, a member of the Jeremy Hammond Solidarity Network and a witness to his bail hearing this week, Judge Preska ordered the continue incarceration of Hammond on the basis that he is a danger to the community and likely to flee the country if released from holding. Crabtree notes that Hammond does not now nor has he ever had a passport, though, and has also since been added to a terrorist watch list.

*"In the end, Jeremy was denied bail because he was deemed a flight risk and more dangerous than [a] sexual predator. And yes, if you are asking yourself if this was said, it was said. Jeremy's legal team stated they would appeal this denial of bail,"* she writes on a Facebook group for Hammond.

After Anonymous went public with the hack of Strafor in December 2011, the internal emails from the intelligence firm were handed off to WikiLeaks, who soon after began publishing the findings. Among the information stored in the emails was documentation alleging that law enforcement agencies spied on Occupy Wall Street protesters and proof of an international surveillance system called Trapwire. Hammond is at this point likely to be the first US citizen tried in a civilian court for crimes relating to the whistleblower site.

Michael Ratner of the Center for Constitutional Rights (CCR) tells The Real News network this week that the denial of bail is both *"very disturbing"* and *"legally wrong."*

*"The bigger story is what they've done in this country to Jeremy Hammond, Bradley Manning, and what they have proposed to do to Julian Assange, and that's really say that they're going to come down as heavily as they can on people who expose government secrets, whistleblowers,"* Ratner says.

**Comments**

0

AdChoices

**Personal Injury Lawyer**
Injured? Speak to a Local Attorney. Helping Injured Victims Since 1984.
www.InjuryHelpLineLawyer.com

**Talk to a Lawyer For Free**
All Types of Accidents & Injuries You don't pay until we win!
www.taublawfirm.com

**Workers Compensation Law**
Experienced Attorney at law at your service. Alex C. Dell, ESQ.
www.alexdell.com

**Experienced Tenant Lawyer**
24/7 Free Consultation 212-921-1600 Former NYC Housing HPD Attorney

**NYC Real Estate Attorneys**
Specializing in Co-Ops and Condos New Developments and 1031 Exchanges
AlmazanAssociates.com

## Newsmax

## Chicago Man Faces Life for Hacking Private Intelligence Company

Saturday, November 24, 2012 03:49 PM

**By: Stephen Feller**

A computer hacker connected to the group Anonymous could face life in prison for stealing credit card, email, and other personal information from a private intelligence company, and posting it on the Internet.

The compromised information already has cost the company, Strategic Forecasters, several million dollars in a class-action lawsuit with its customers, one of which is the judge overseeing the criminal case against alleged hacker Jeremy Hammond's, reported RT.com.

Hammond, a member of LulzSec, an offshoot of the hacktivist collective Anonymous, is accused of breaking into Strategic Forecasters' servers and collecting thousands of emails, credit card numbers and pieces of sensitive information related to the company's customers.

He was caught after uploading the information to a government run server and discussing the information with another hacker, Hector Xavier Monsegur, who turned out to be a government informant. Monsegur was responsible for several members of LulzSec and Anonymous being caught by the FBI in March, reported Fox News at the time.

According to RT, Judge Loretta Preska, who is handling the case, may have a personal connection to the case because her husband, Thomas J. Kavaler, was one of the Strategic Forecasters' customers whose information was stolen.

Based on the information released by LulzSec after the break-in, Kavaler may be eligible for a payout in the class-action suit, which would provide Preska a personal reason to push harder on any outcome in Hammond's trial.

Hammond, whose trial will not expected to start until sometime next year, has been held without bail as the government case is built against him.

Several members of the activist community he belongs to, both online and offline, have questioned Preska's ability to conduct a fair trial.

"Judge Preska by proxy is a victim of the very crime she intends to judge Jeremy Hammond for. Judge Preska has failed to disclose the fact that her husband is a client of Stratfor and recuse herself from Jeremy's case, therefore violating multiple sections of Title 28 of the United States Code," reads a press release from Anonymous.

"Judge Loretta Preska's impartiality is compromised by her husband's involvement with Stratfor and a clear prejudice against Hammond exists, as

evident by her statements," it continues. "Without justice being freely, fully, and impartially administered, neither our persons, nor our rights, nor our property, can be protected."

© 2012 Newsmax. All rights reserved.



Judge in case of alleged hacker, Jeremy Hammond, is married to Strafor - Indybay

About        Contact        Subscribe        Calendar        Publish        Print        Donate

**Regions**
north coast
central valley
north bay
east bay
south bay
san francisco
peninsula
santa cruz
california
us
international

**Topics**
animal lib
anti-war
arts + action
drug war
education
en español
environment
global justice
government
health/housing
immigrant
media
labor
lgbti / queer
police state
racial justice
womyn

**International**
americas
haiti
iraq
palestine
afghanistan

**More**
make media
get involved
calendar
gallery
archives
chat
links

[Search]

**Donate**
Help support grassroots independent media.

$47.00 donated in past month

**IMC Network**

printable version - fixed-width version

**U.S.** | **Police State and Prisons**

### Judge in case of alleged hacker, Jeremy Hammond, is married to Stratfor
by indyradio.nu
*Thursday Nov 22nd, 2012 4:30 PM*

Last Christmas, Stratfor, a private intelligence firm suffered a security breach and eventually had their corporate emails published on Wikileaks. It was later learned that the job was accomplished by FBI provovateurs, while Strafor stood down. Jeremy Hammond stands accused of the breach, and is currently being held on bond while he awaits trial by the wife of a Strafor client. The lastest news has just been released.

**CAHILL**

cahill.com  |  New York  |  Washington D.C.  |  London

**Thomas J. Kavaler**
PARTNER

212.701.3406 Phone
212.378.2230 Fax
tkavaler@cahill.com

**Cahill Gordon & Reindel** LLP
Eighty Pine Street
New York, NY 10005-1702

Thomas J. Kavaler is a member of the Firm's Executive Committee and its litigation practice group.

Tom joined Cahill in 1975 after clerking for Judge Milton Pollack of the United States District Court for the Southern District of New York. He became a partner in 1980 and was elected as a Fellow of the International Academy of Trial Lawyers in 1996.

Tom has successfully litigated a variety of high-visibility matters for a roster of leading companies (and their boards, officers and directors) in virtually every major field, including financial services, entertainment, energy, telecommunications, publishing, professional services, insurance, food and agriculture, healthcare and heavy manufacturing.

His practice is as varied as his clientele, with a long track record of victories in commercial litigation, securities, class actions, insurance, intellectual property, antitrust, employment, tax,

screenshot_from_2012-11-2...

Today we learn that Hammond has been denied bail by the wife of Strafor client, Thomas J. Kavaler.

"A judge at Tuesday's bail hearing, Loretta A. Preska, portrayed Jeremy as a terrorist more dangerous than murders and sexual predators, denied his bail and, before Jeremy and a gathering of his friends and family, announced the sentence he would face if found guilty: 360 months to life. It is very difficult to find the words to express the pain we feel after the court's decision Tuesday to deny bail for Jeremy Hammond." **freeanons.org**

(version 1.0, revisit **this page** for updates)

## Jeremy Hammond to be tried by wife of Straftfor client

STATEMENT FROM THE FREE JEREMY HAMMOND SUPPORT NETWORK (https://www.facebook.com/supporthammond) This is what we know for certain surrounding the unfortunate circumstances of Jeremy Hammond's ongoing prosecution. A time line published only days after Jeremy's arrest suggests that Operation AntiSec was orchestrated by the FBI through the agency of FBI informant Hector Monsegur; http://www.scribd.com/doc/85351496/Timeline-of-ANTISEC-as-Created-and-Operated-Under-FBI-Supervision. As if this were not unfortunate enough, new evidence suggests that Loretta A. Preska, the federal judge currently presiding over Jeremy's case, has an undisclosed conflict which could potentially influence her decisions regarding Jeremy's trial. Loretta A. Preska is the Chief Judge of the United States District Court for the Southern District of New York and a former nominee to the U.S. Court of Appeals for the Second Circuit. Preska is married to Thomas J. Kavaler, with whom she

a former nominee to the U.S. Court of Appeals for the Second Circuit. Preska is married to Thomas J. Kavaler, with whom she attended law school. Information leaked from the very hack Jeremy is being prosecuted for having committed show that Thomas J. Kavaler is affiliated with Stratfor; http://archive.org/details/Stratfor. Sensitive information belonging to Kavaler was leaked along with the sensitive information of more than eight hundred thousand other Stratfor users and millions of internal emails. We demand that Loretta A. Preska, Chief Judge of the United States District Court for the Southern District of New York, excuse herself from Jeremy case immediately. We demand that all previous rulings made by Chief Judge Preska be dismissed. We demand an investigation into the tactics used by law enforcement officials to entrap hacktivists. We demand an investigation into the circumstances which allowed for Chief Judge Preska to preside over Jeremy's case. We demand a fair trial for Jeremy Hammond! We will not be silent in the presence of such great injustices. If those prosecuting Jeremy deny him a voice, they will hear ours!

press release from: http://www.anonpaste.me/anonpaste2/index.php?a4b22dfc9f0049ef#eN8cePSvMPpIauK0Fe9t78tGBPZgHMA6OAUmcP29gHU=

###

## INDYRADIO

The future of radio comes not from the Tower of Corporate Media but through WiFi and cellphone it now belongs to us. Circa 2011 we have a window of opportunity since web radio is received on desktops, mobiles and phones without added charges, and there are more than 50,000 free independent stations you can access with simple software. You don't need to download files, or worry about how much storage your device has available.

8 streams, what's playing now is at http://indyradio.nu:2012

**LIKE our Facebook page**, and get continuous updates https://facebook.com/IndyRadio

http://www.indyradio.nu/content/judge-case...

Add Your Comments

© 2000–2012 San Francisco Bay Area Independent Media Center. Unless otherwise stated by the author, all content is free for non-commercial reuse, reprint, and rebroadcast, on the net and elsewhere. Opinions are those of the contributors and are not necessarily endorsed by the SF Bay Area IMC. Disclaimer | Privacy | Contact

Anonymous Asks Judge to Step Down from Case Against Alleged Stratfor Hacker - Softpedia

This site uses cookies to offer you a complete experience. Find out more or close (×) this notification permanently.



BOOKMARK THIS SITE    SEARCH    Keywords    GO    DOWNLOAD BASKET    YOUR ACCOUNT

WINDOWS  GAMES  DRIVERS  MAC  LINUX  SCRIPTS  MOBILE  HANDHELD  NEWS

**NEWS CATEGORIES:**

Latest News
NEW! Oddiverse
Games
Microsoft
Science
Telecoms
Technology and Gadgets
Reviews
Apple
Linux
Life and Style
Webmaster
Security
Editorials
Interviews
Green

NEWS ARCHIVE >>
SOFTPEDIA REVIEWS >>
MEET THE EDITORS >>



I ❤ SOFTPEDIA

15k

Find us on Google+

Like  123k

Follow @softpedia

**TRENDING TODAY**

• LeAnn Rimes Has Serious Pill Problem, Eating Disorder, Is Unstable
• Software Discounts Are Taking Over
• Download UC Browser 8.7 for Java
• Download UC Browser 8.7.1 for Java
• There's a New KDE Sheriff in Town, Linux Mint Nadia 14.0 RC – Screenshot Tour
• Download UC Browser 8.7.1 for Symbian
• HTC M7 with 5-Inch Display and Quad-Core CPU Pegged for Q1 2013 Release
• Mexican Themed Sorority Party

Home > News > Security > Incidents

November 26th, 2012, 14:19 GMT · By **Eduard Kovacs**

# Anonymous Asks Judge to Step Down from Case Against Alleged Stratfor Hacker



SHARE:   2      Like  4    Send  Tweet      Adjust text size:



**Last week we learned that a judge refused to allow Jeremy Hammond – former member of the notorious LulzSec hacker collective – to be released on bail. Shortly after the news broke out, Anonymous hacktivists came forward asking the judge to "remove herself" from the case.**

Judge Loretta Preska argued that Hammond's advanced ⧉ computer skills and the fact that he faced a sentence that would put him behind bars for life made him a flight risk.

However, Anonymous hackers highlight the fact that the judge shouldn't be allowed to handle the case because of a "direct conflict of interest."

"We believe a great injustice is occurring in Jeremy's trial ⧉ and that the public and media deserves to be aware of it. Jeremy is entitled to a fair and public hearing by a competent, independent and impartial tribunal established by law. Under the current circumstances, that cannot be possible," the hackers explained.

They claim that Preska's husband is currently a partner at the Cahill Gordon & Reindel LLP law firm. The problem is that the Stratfor files contain the man's official corporate email ⧉ address, which



Photo Is Dubbed Racist
• Brooke Burke Is Staying Positive Ahead of Cancer Surgery
• Grand Theft Auto: Vice City for Android Unleashed on Google Play, Sort of (UPDATED)


CHECK OUT THE MOBILE SITE AND GET OUR STORIES ON YOUR PHONE

means that the law firm is a client of the think tank and that he has been affected by the breach.

"Judge Preska by proxy is a victim of the very crime she intends to judge Jeremy Hammond for. Judge Preska has failed to disclose the fact that her husband is a client of Stratfor and recuse herself from Jeremy's case, therefore violating multiple Sections of Title 28 of the United States Code," the hackers state.

"Judge Loretta Preska's impartiality is compromised by her Husband's involvement with Stratfor and a clear prejudice against Hammond exists, as evident by her statements."

As a result, they ask her to step down and allow someone else to take over Jeremy Hammond's case.

Follow @EduardKovacs    1,750 followers        Add me on Google+

**FILED UNDER:**    ANONYMOUS    LAW SUIT    LULZSEC    STRATFOR    CONTROVERSY


Straight Talk wireless
$45 A MONTH FOR UNLIMITED TALK, TEXT & DATA
Save nearly $1,000 per year on wireless.
SHOP NOW
Actual savings is $974. See offer for details.

Share your thoughts on this story...

POST YOUR COMMENT    1,659 hits

Link to this article · Print article · Send to friend

## MUST-READ RELATED ARTICLES:


LulzSec's Raynaldo Rivera Admits Hacking Sony Pictures


"We Are Legion" Anonymous Documentary Released Online – Video


LulzSec Hacker Jeremy Hammond Denied Bail


Trial Against 10 Alleged Members of the RedHack Hacker Group Begins


Utah Police Claim ItsKahuna Hacker Caused Damages of $180,000 (€140,000)

## READER COMMENTS:


No user comments yet.