EXHIBIT C

S. HRG. 102-505, PT. 9

# CONFIRMATION HEARINGS ON FEDERAL APPOINTMENTS

# HEARINGS

BEFORE THE

## COMMITTEE ON THE JUDICIARY
## UNITED STATES SENATE

ONE HUNDRED SECOND CONGRESS

SECOND SESSION

ON

CONFIRMATION HEARINGS ON APPOINTMENTS
TO THE FEDERAL JUDICIARY

MAY 14, JUNE 4, 18, AND JULY 1, 1992

## Part 9

Serial No. J-102-7

Printed for the use of the Committee on the Judiciary



U.S. GOVERNMENT PRINTING OFFICE
60-251　　　　　　　　WASHINGTON : 1993

For sale by the U.S. Government Printing Office
Superintendent of Documents, Congressional Sales Office, Washington, DC 20402
ISBN 0-16-040276-X

/

## COMMITTEE ON THE JUDICIARY

JOSEPH R. BIDEN, JR., Delaware, *Chairman*

EDWARD M. KENNEDY, Massachusetts
HOWARD M. METZENBAUM, Ohio
DENNIS DeCONCINI, Arizona
PATRICK J. LEAHY, Vermont
HOWELL HEFLIN, Alabama
PAUL SIMON, Illinois
HERBERT KOHL, Wisconsin

STROM THURMOND, South Carolina
ORRIN G. HATCH, Utah
ALAN K. SIMPSON, Wyoming
CHARLES E. GRASSLEY, Iowa
ARLEN SPECTER, Pennsylvania
HANK BROWN, Colorado

RONALD A. KLAIN, *Chief Counsel*
CYNTHIA C. HOGAN, *Staff Director*
THADDEUS E. STROM, *Minority Chief Counsel and Staff Director*

(II)

# CONTENTS

## Hearings Held

|  | Page |
|---|---|
| Thursday, May 14, 1992 | 1 |
| Thursday, June 4, 1992 | 195 |
| Thursday, June 18, 1992 | 397 |
| Wednesday, July 1, 1992 | 597 |

## THURSDAY, MAY 14, 1992

### Statements

| | |
|---|---|
| DeConcini, Hon. Dennis | 1 |
| Exon, Hon. J. James | 1 |
| Hoagland, Hon. Peter, Representative from Nebraska | 2 |
| Barrett, Hon. Bill, Representative from Nebraska | 4 |
| Kerrey, Hon. J. Robert | 5 |
| Bradley, Hon. Bill | 5 |
| Lautenberg, Hon. Frank R | 6 |
| Bumpers, Hon. Dale | 7, 9 |
| Pryor, Hon. David | 12, 13 |
| Mack, Hon. Connie | 15 |
| Hammerschmidt, Hon. John Paul, Representative from Arkansas | 15 |
| Thornton, Hon. Ray, Representative from Arkansas | 16 |
| Kennedy, Hon. Edward M | 28 |
| Kerry, Hon. John | 29 |

### Testimony of Nominees

| | |
|---|---|
| Arnold, Judge Morris S., to be a U.S. circuit judge for the eighth circuit | 17 |
| Boudin, Judge Michael, to be a U.S. circuit judge for the first circuit | 30 |
| Simandle, Judge Jerome B., to be a U.S. district judge for the District of New Jersey | 31 |
| Kopf, Judge Richard G., to be a U.S. district judge for the District of Nebraska | 35 |

### Questionnaires and Other Submissions

| | |
|---|---|
| Arnold, Judge Morris S.: | |
|   Testimony | 17 |
|   Letter to Senator Thurmond in answer to question about sentencing guidelines | 23 |
|   Letter to Chairman Biden from Richard L. Gill, in support of nominee | 26 |
|   Questionnaire | 38 |
| Boudin, Judge Michael: | |
|   Testimony | 30 |
|   Questionnaire | 69 |
| Kopf, Judge Richard G.: | |
|   Testimony | 35 |
|   Questionnaire | 163 |
| Simandle, Judge Jerome B.: | |
|   Testimony | 31 |
|   Questionnaire | 130 |

(III)

Case 1:12-cv-00185-AP Document 31-3 Filed 12/06/12 Page 4 of 7
Case 1:08-cv-04772-LTS-DCF Document 149-15 Filed 11/13/08 Page 5 of 8

IV

## THURSDAY, JUNE 4, 1992

### STATEMENTS

| | Page |
|---|---|
| Kennedy, Hon. Edward M. | 195 |
| Graham, Hon. Bob | 196 |
| Mack, Hon. Connie | 197 |
| Moynihan, Hon. Daniel Patrick | 198 |
| Rockefeller, Hon. John D., IV | 209, 224 |
| D'Amato, Hon. Alfonse M. | 213, 215 |

### TESTIMONY OF NOMINEES

| | Page |
|---|---|
| Black, Judge Susan H., to be a U.S. circuit judge for the eleventh circuit | 199 |
| Sotomayor, Sonia, to be a U.S. district judge for the Southern District of New York | 202 |
| Preska, Loretta A., to be a U.S. district judge for the Southern District of New York | 204 |
| Keeley, Irene M., to be a U.S. district judge for the Northern District of West Virginia | 207 |

### QUESTIONNAIRES AND OTHER SUBMISSIONS

| | Page |
|---|---|
| Black, Judge Susan H.: | |
|     Testimony | 199 |
|     Questionnaire | 226 |
| Keeley, Irene M.: | |
|     Testimony | 207 |
|     Questionnaire | 354 |
| Preska, Loretta A.: | |
|     Testimony | 204 |
|     Questionnaire | 317 |
| Sotomayor, Sonia: | |
|     Testimony | 202 |
|     Questionnaire | 281 |

## THURSDAY, JUNE 18, 1992

### STATEMENTS

| | Page |
|---|---|
| Metzenbaum, Hon. Howard M. | 397 |
| Levin, Hon. Carl | 398 |
| Riegle, Hon. Donald W., Jr | 399 |
| Henry, Hon. Paul B., Representative from Michigan | 407 |
| Upton, Hon. Frederick S., Representative from Michigan | 407 |
| Rudman, Hon. Warren | 408 |
| Dole, Hon. Robert | 409 |
| Smith, Hon. Bob | 411 |
| Specter, Hon. Arlen | 412 |
| Wofford, Hon. Harris | 413 |
| Warner, Hon. John W | 414, 415 |
| de Lugo, Hon. Ron | 417 |
| Hodge, Hon. Derek, Lt. Gov., U.S. Virgin Islands | 418 |

### TESTIMONY OF NOMINEES

| | Page |
|---|---|
| Stahl, Judge Norman H., to be a U.S. circuit judge for the first circuit | 422 |
| Robreno, Eduardo C., to be a U.S. district judge for the Eastern District of Pennsylvania | 426 |
| Quist, Gordon J., to be a U.S. district judge for the Western District of Michigan | 428 |
| Moore, Thomas K., to be a U.S. district judge for the District of the Virgin Islands | 432 |

## Questionnaires and Other Submissions

| | Page |
|---|---|
| Moore, Thomas K.: | |
|     Testimony | 432 |
|     Responses to written questions | 440 |
|     Questionnaire | 563 |
| Quist, Gordon J.: | |
|     Testimony | 428 |
|     Letters supporting the nominee | 402 |
|     Responses to written questions | 443 |
|     Questionnaire | 521 |
| Robreno, Eduardo C.: | |
|     Testimony | 426 |
|     Questionnaire | 485 |
| Stahl, Judge Norman H.: | |
|     Testimony | 422 |
|     Biography | 420 |
|     Responses to written questions | 437 |
|     Questionnaire | 446 |

## WEDNESDAY, JULY 1, 1992

### Statements

| | |
|---|---|
| Kohl, Hon. Herbert | 597 |
| Nickles, Hon. Don | 598 |
| Boren, Hon. David L. | 598 |
| Bond, Hon. Christopher | 599 |
| Kasten, Hon. Robert W., Jr. | 600 |
| Seymour, Hon. John | 602 |
| DeConcini, Hon. Dennis | 604 |

### Testimony of Nominees

| | |
|---|---|
| Leonard, Timothy D., to be a U.S. district judge for the Western District of Oklahoma | 610 |
| Baird, Lourdes G., to be a U.S. district judge for the Central District of California | 614 |
| Gonzalez, Irma E., to be a U.S. district judge for the Southern District of California | 618 |
| Randa, Rudolph T., to be a U.S. district judge for the Eastern District of Wisconsin | 622 |

### Questionnaires and Other Submissions

| | |
|---|---|
| Baird, Lordes G.: | |
|     Testimony | 614 |
|     Questionnaire | 661 |
| DeConcini, Hon. Dennis: | |
|     Letters in support of nominee, Judge Irma Gonzalez | 604 |
| Gonzalez, Irma E.: | |
|     Testimony | 618 |
|     Questionnaire | 696 |
| Leonard, Timothy D.: | |
|     Testimony | 610 |
|     Questionnaire | 627 |
| Randa, Rudolph T.: | |
|     Testimony | 622 |
|     Questionnaire | 727 |

Case 1:08-cv-04772-LTS-DCF Document 143-15 Filed 11/13/08 Page 7 of 8
Case 1:12-cv-00185-ALC Document 143-15 Filed 12/06/12 Page 6 of 7

VI

ALPHABETICAL LISTING OF NOMINEES FOR FEDERAL APPOINTMENTS

| | Page |
|---|---|
| Arnold, Judge Morris S., to be a U.S. circuit judge for the eighth circuit | 17 |
| Baird, Lourdes G., to be a U.S. district judge for the Central District of California | 614 |
| Black, Judge Susan H., to be a U.S. circuit judge for the eleventh circuit | 199 |
| Boudin, Judge Michael, to be a U.S. circuit judge for the first circuit | 30 |
| Gonzalez, Irma E., to be a U.S. district judge for the Southern District of California | 618 |
| Keeley, Irene M., to be a U.S. district judge for the Northern District of West Virginia | 207 |
| Kopf, Judge Richard G., to be a U.S. district judge for the District of Nebraska | 35 |
| Leonard, Timothy D., to be a U.S. district judge for the Western District of Oklahoma | 610 |
| Moore, Thomas K., to be a U.S. district judge for the District of the Virgin Islands | 432 |
| Preska, Loretta A., to be a U.S. district judge for the Southern District of New York | 204 |
| Quist, Gordon J., to be a U.S. district judge for the Western District of Michigan | 428 |
| Randa, Rudolph T., to be a U.S. district judge for the Eastern District of Wisconsin | 622 |
| Robreno, Eduardo C., to be a U.S. district judge for the Eastern District of Pennsylvania | 426 |
| Simandle, Judge Jerome B., to be a U.S. district judge for the District of New Jersey | 31 |
| Sotomayor, Sonia, to be a U.S. district judge for the Southern District of New York | 202 |
| Stahl, Judge Norman H., to be a U.S. circuit judge for the first circuit | 422 |

331

-15-

II. FINANCIAL DATA AND CONFLICT OF INTEREST (PUBLIC)

1. List sources, amounts and dates of all anticipated receipts from deferred income arrangements, stock, options, uncompleted contracts and other future benefits which you expect to derive from previous business relationships, professional services, firm memberships, former employers, clients, or customers. Please describe the arrangements you have made to be compensated in the future for any financial or business interest.

   My law firm has traditionally paid out the capital accounts of its departing partners over a period of approximately one year. I will try to accelerate the process in this instance, but I would expect to recuse myself from cases involving my firm in any event, at least for a period of time. The present amount of my capital account is estimated to be about $60,000. I also am the trustee and beneficiary of a Keogh retirement account with Hertzog Calamari & Gleason which will be rolled over into an IRA Rollover account when I leave that firm.

   In addition, through my husband, I might be thought to have an indirect financial interest in the profits of the law firm of Cahill Gordon & Reindel.

2. Explain how you will resolve any potential conflict of interest, including the procedure you will follow in determining these areas of concern. Identify the categories of litigation and financial arrangement that are likely to present potential conflicts-of-interest during your initial service in the position to which you have been nominated.

   I expect to recuse myself in all cases in which either of the two law firms with which I have been associated represents a party. That recusal with respect to Cahill Gordon & Reindel would continue for so long as my husband continues as a member of that firm. I might reconsider the recusal with respect to Hertzog, Calamari & Gleason after the passage of some appropriate amount of time. I also expect to recuse myself with respect to clients I have regularly represented and clients for whom my husband does a significant amount of work. In sum, I expect to follow the Code of Judicial Conduct with respect to recusal.