

Cited in US v Hammond
12Crim185 Decided on 2/25/13
Archived on 2/25/13
This document is protected by copyright.
Further reproduction is prohibited without permission.