- **Home**
- **Disclosures**
    - **2012** Feb. 3 - Nov. 22
        - **EuroGunz** Nov. 22, 2012
        - **narkop.com** Nov. 21, 2012
        - **unclesam.de** Nov. 5, 2012
        - **Punto.pe** Oct. 20, 2012
        - **Apple** Sep. 4, 2012
        - **Yahoo!** Jul. 12, 2012
        - **LinkedIn** Jun. 6, 2012
        - **militarysingles.com** Mar. 25, 2012
        - **Digital Playground** Mar. 12, 2012
        - **YouPorn** Feb. 21, 2012
        - **Bkav** Feb. 3, 2012
    - 
    - **2011** Feb. 6 - Dec. 25
        - **STRATFOR** Dec. 25, 2011
        - **hemmelig.com** Dec. 21, 2011
        - **CSDN** Dec. 21, 2011
        - **clearusa.org** Dec. 12, 2011
        - **napsu.fi** Dec. 3, 2011
        - **helistin.fi** Nov. 28, 2011
        - **LulzSleigh** Nov. 12, 2011
        - **OhMedia** Nov. 7, 2011
        - **Booz Allen Hamilton** Jul. 11, 2011
        - **pepper.nl** Jul. 3, 2011
        - **LulzSec (final release)** Jun. 26, 2011
        - **LulzSec** Jun. 16, 2011
        - **Sony Pictures** Jun. 3, 2011
        - **rootkit.com** Feb. 6, 2011
    - 
    - **Subscribe to our Disclosure Alert**
- reusable.py
- passwords.txt (19.2MB)
- UNIQPASS

# STRATFOR

cleartext passwords  

On December 25, 2011, the Anonymous group hacked into a private intelligence agency, Strategic Forecasting Inc. or STRATFOR, based in Austin, Texas. The attack began with the release of STRATFOR's client list announced at

https://twitter.com/#!/AnonymousIRC/status/150679351589998593 followed by release of accounts in batches believed to belong to STRATFOR's customers. The release announced in another Twitter post at https://twitter.com/#!/AnonymousIRC/status/150985258999885824 includes emails, passwords (hashed with MD5), home/office addresses and credit card information (full 16-digit number, expiry date and CVV number). The table below is the list of the leaked accounts with the passwords removed.

### 10 Best - 0% Credit Cards

www.comparecards.com

Get 0% APR for 18 Months Today. Best Credit Card Offers for 2013!



STRATFOR has brought down their site following the attack but kept their members posted on the status of the attack via their Facebook page.

**UPDATE (February 23, 2013):** Following an email from STRATFOR today, we would like to clarify that the list below contains a mix of STRATFOR's current and former free and paid subscribers. A subscriber receives free geopolitical news and analysis via email or purchases access to the full website content. They do not necessarily represent STRATFOR's consulting clients.

**UPDATE (February 27, 2012):** WikiLeaks announced today the release of "The Global Intelligence Files" which will make public the dump of STRATFOR's 5 million emails. Browse, search and read the emails at "The Global Intelligence Files" page.

**UPDATE (January 2, 2012):** We have processed all 860,000 STRATFOR's registered users and added them into the table below. These users do not have their credit card information leaked. The earlier accounts with credit card information leaked are now tagged with cc in the table below.

**UPDATE (December 30, 2011):** The Anonymous group has just released the remaining accounts making the total of leaked STRATFOR's accounts with credit card information to a total of approx. 75,000. The table below has been updated to include these accounts. Additionally, login information for approx. 860,000 STRATFOR's registered users have been leaked as well but they don't include credit card information; we may update the table below to include these users later.

This disclosure was mentioned in PCWorld, Forbes, CNN, MSNBC, FOX News and TheBlaze.

What should you do?
Use the search box below to find out if your email is in the list. If yes, you are advised to change your password immediately if it is still in use elsewhere. For your privacy, do not enter your complete email in the search box. Try using the first part of your email instead, e.g. `example` instead of `example@domain.com`.

If you wish to have your entry removed from the list below, please send an empty email to disclosure@dazzlepod.com with subject "stratfor removal request". The removal is done automatically within 24 hours if you use the same email as the one appeared in the list. This page may be cached for up to 24 hours.

Search

**Search email**

e.g. example@domain.com, example

Page 1 of 4280 next (855851 accounts)

| ID | Email / Username | Password |
|----|------------------|----------|
| 1  | cc m.weible@weiblecahill.com | *** |
| 2  | cc gpsnodgrass@cox.net | *** |
| 3  | cc bertfilm@me.com | *** |
| 4  | cc gchiappe@pacbell.net | *** |
| 5  | cc gwmson@austin.rr.com | *** |
| 6  | cc sezammel@gmail.com | *** |
| 7  | cc rob.burton@bwpglobal.com | *** |
| 8  | cc rodvic66@yahoo.co.uk | *** |
| 9  | cc hootervl@infi.net | *** |
| 10 | cc mwalkr@ktc.com | *** |
| 11 | cc michaelhatton@mac.com | *** |
| 12 | cc michaelhatton@me.com | *** |
| 13 | cc jack.witkin@comcast.net | *** |
| 14 | cc pagan@comline.com | *** |
| 15 | cc tgkoch@web.de | *** |
| 16 | cc lauren@thinkgardens.net | *** |
| 17 | cc faldumande@netspace.net.au | *** |
| 18 | cc pilgrimpatriot@aol.com | *** |
| 19 | cc tkerbs@iatre.com | *** |
| 20 | cc bwrisley@gmail.com | *** |
| 21 | cc bww@packetsink.com | *** |

Cited in US v Hammond 12Crim185 Decided 2/21/13
Archived on 2/25/13
This document is protected by copyright. Further reproduction is prohibited without permission.

| | | | |
|---|---|---|---|
| 22 | cc | gwoods3@msn.com | *** |
| 23 | cc | andrej_duma@hotmail.com | *** |
| 24 | cc | frank.bernard@rbc.com | *** |
| 25 | cc | marcus.stern@copleydc.com | *** |
| 26 | cc | mzelnick@thezelnickgroup.com | *** |
| 27 | cc | qiworks811@gmail.com | *** |
| 28 | cc | ad@delucatx.com | *** |
| 29 | cc | darren.horvath@gmail.com | *** |
| 30 | cc | Fredvmc@earthlink.net | *** |
| 31 | cc | jenwright@apollosecurity.com | *** |
| 32 | cc | Camaryth@Me.Com | *** |
| 33 | cc | John.Anderson@bkkpartners.com | *** |
| 34 | cc | jacquie@cameldale.com | *** |
| 35 | cc | ray.fitzgerald@2wglobal.com | *** |
| 36 | cc | bob.haferl-jr@verizonwireless.com | *** |
| 37 | cc | daniel137@centurytel.net | *** |
| 38 | cc | aacosta@barksdale.com | *** |
| 39 | cc | mbruns@harthosp.org | *** |
| 40 | cc | morson.peter@gmail.com | *** |
| 41 | cc | growingoldoffensively@gmail.com | *** |
| 42 | cc | rads4cure@aol.com | *** |
| 43 | cc | rstromstad@ducks.org | *** |
| 44 | cc | damcclusky@hotmail.com | *** |
| 45 | cc | JRJAMESF@CS.COM | *** |
| 46 | cc | lpoleski@gmail.com | *** |
| 47 | cc | ron_cook@tamko.com | *** |
| 48 | cc | strachan.justin@gmail.com | *** |
| 49 | cc | dmcierman@hotmail.com | *** |
| 50 | cc | lonny.smith@agroliquid.com | *** |
| 51 | cc | jmalone@21technologies.com | *** |
| 52 | cc | sudhirseth@yahoo.com | *** |
| 53 | cc | doug.doug.garrett@gmail.com | *** |
| 54 | cc | trinen@mindspring.com | *** |
| 55 | cc | j2blkazn@yahoo.com | *** |
| 56 | cc | jliburt@msn.com | *** |
| 57 | cc | odajima-hisashi@mitsubishi-sec.co.jp | *** |
| 58 | cc | xian893@cox.net | *** |

Cited in US v Hammond
12 Crim 185 Decided 2/21/13
Archived on 2/25/13
This document is protected by copyright.
Further reproduction is prohibited without permission.

| | | | |
|---|---|---|---|
| 59 | cc | ifokuo@bothoadvisorygroup.com | *** |
| 60 | cc | anixon6@cox.net | *** |
| 61 | cc | tb4736@hotmail.com | *** |
| 62 | cc | rthornton21@verizon.net | *** |
| 63 | cc | u@u.com | *** |
| 64 | cc | sawillis@bigpond.com | *** |
| 65 | cc | tarek.mooro@heptagon-capital.com | *** |
| 66 | cc | bamitise@yahoo.com | *** |
| 67 | cc | marq.witt@google.com | *** |
| 68 | cc | jkessick@protradesteel.com | *** |
| 69 | cc | axhoaxho@yahoo.com | *** |
| 70 | cc | grunge@olynet.com | *** |
| 71 | cc | frrusso@deloitte.com | *** |
| 72 | cc | darrenlev@aol.com | *** |
| 73 | cc | benng1@gmail.com | *** |
| 74 | cc | rscobie@earthlink.net | *** |
| 75 | cc | joe.p.porto@gmail.com | *** |
| 76 | cc | jddale@verizon.net | *** |
| 77 | cc | josayma@gmail.com | *** |
| 78 | cc | gary65@optonline.net | *** |
| 79 | cc | raheman.meghji@db.com | *** |
| 80 | cc | mrayrobinson@hotmail.com | *** |
| 81 | cc | dpking@hughes.net | *** |
| 82 | cc | bluewalrus@yahoo.com | *** |
| 83 | cc | tubeaudio@msn.com | *** |
| 84 | cc | ldjfoley@gmail.com | *** |
| 85 | cc | ajennings5@yahoo.com | *** |
| 86 | cc | ptweyrauch@suddenlink.net | *** |
| 87 | cc | SHERIF.raafat@concordcf.com | *** |
| 88 | cc | stinsons@central-realty.com | *** |
| 89 | cc | Peter_danas@ml.com | *** |
| 90 | cc | draggn66@aol.com | *** |
| 91 | cc | rotc_chief@yahoo.com | *** |
| 92 | cc | snip@aol.com | *** |
| 93 | cc | gvjroscoe@aol.com | *** |
| 94 | cc | warcomdr6@msn.com | *** |
| 95 | cc | novak06@comcast.net | *** |

Cited in US v Hammond 12Crim185 Decided 2/21/13
Archived on 2/25/13
This document is protected by copyright.
Further reproduction is prohibited without permission.

| | | | |
|---|---|---|---|
| 96 | cc | matt@flynngroup.com | *** |
| 97 | cc | dlbrower1973@hotmail.com | *** |
| 98 | cc | ajgill@email.com | *** |
| 99 | cc | mike@nevens.net | *** |
| 100 | cc | 36firewalker@atlanticbb.net | *** |
| 101 | cc | wvwmaster@gmail.com | *** |
| 102 | cc | seligmanandassociates@verizon.net | *** |
| 103 | cc | dlubin@radiusventures.com | *** |
| 104 | cc | ccachia@tpg.com.au | *** |
| 105 | cc | m_warmbir@yahoo.com | *** |
| 106 | cc | ted.arnst@gmail.com | *** |
| 107 | cc | crtee2@gmail.com | *** |
| 108 | cc | charlesoghomwen@yahoo.com | *** |
| 109 | cc | bsrodgers@cox.net | *** |
| 110 | cc | davidwash28@yahoo.co.uk | *** |
| 111 | cc | greyeagle@swtexas.net | *** |
| 112 | cc | ron@laugherys.com | *** |
| 113 | cc | rmccon@flash.net | *** |
| 114 | cc | steve@sog.org | *** |
| 115 | cc | rguerard@Comcast.net | *** |
| 116 | cc | andrew.bosomworth@pimco.com | *** |
| 117 | cc | john@johnlittle.us | *** |
| 118 | cc | richard.a.walsh@aib.ie | *** |
| 119 | cc | anniemschmidt@mac.com | *** |
| 120 | cc | JUDITH.JOHNSTON@GMAIL.COM | *** |
| 121 | cc | akamha@bigpond.net.au | *** |
| 122 | cc | nugrange@att.net | *** |
| 123 | cc | jmejiau@hotmail.com | *** |
| 124 | cc | fred@arosurgical.com | *** |
| 125 | cc | tammy@altuscapital.us | *** |
| 126 | cc | NachmanSaar@aol.com | *** |
| 127 | cc | wirthco1@earthlink.net | *** |
| 128 | cc | yyoshida1@pop21.odn.ne.jp | *** |
| 129 | cc | julieishen@yahdfsdfoo.com | *** |
| 130 | cc | ebsmythe@sympatico.ca | *** |
| 131 | cc | wkane@wellesley.edu | *** |
| 132 | cc | joeaus@erfw.net | *** |

Cited in US v Hammond 12Crm185 Decided 2/21/13
Archived on 2/25/13
This document is protected by copyright.
Further reproduction is prohibited without permission.

| | | |
|---|---|---|
| 133 | cc rabmstd49@gmail.com | *** |
| 134 | cc frank_caruso@yahoo.com | *** |
| 135 | cc hunt.smith@gmail.com | *** |
| 136 | cc rome10@telus.net | *** |
| 137 | cc rsteinberg@avenuecapital.com | *** |
| 138 | cc slbaer@earthlink.net | *** |
| 139 | cc vinceturcotte@gmail.com | *** |
| 140 | cc morrassoc@aol.com | *** |
| 141 | cc nicolas.atkins@mac.com | *** |
| 142 | cc kez_22@me.com | *** |
| 143 | cc randy@rbfinancial.org | *** |
| 144 | cc sp7593@gmail.com | *** |
| 145 | cc ipb7@comcast.net | *** |
| 146 | cc soskem@yahoo.com | *** |
| 147 | cc doug@gravismarketing.com | *** |
| 148 | cc stephen.mack@frontauracapital.com | *** |
| 149 | cc latzer@hotmail.com | *** |
| 150 | cc kimh2000@msn.com | *** |
| 151 | cc listemml@airproducts.com | *** |
| 152 | cc elena@goldwynstrategies.com | *** |
| 153 | cc rritenbaugh@cgg.org | *** |
| 154 | cc glewinski@gmail.com | *** |
| 155 | cc venstratfor@sdatechnology.com | *** |
| 156 | cc gregoryholt@comcast.net | *** |
| 157 | cc jblifton@gmail.com | *** |
| 158 | cc matt.watts@bigfoot.com | *** |
| 159 | cc tonychristy58@gmail.com | *** |
| 160 | cc deerisle2@yahoo.com | *** |
| 161 | cc bryantr@uu.net | *** |
| 162 | cc seemamustafa@gmail.com | *** |
| 163 | cc ganderson@gmail.com | *** |
| 164 | cc fullerjt@mymail.vcu.edu | *** |
| 165 | cc djbrown@comcast.net | *** |
| 166 | cc harrycampbell18@ymail.com | *** |
| 167 | cc andy2wood@gmail.com | *** |
| 168 | cc rick@foevansjr.com | *** |
| 169 | cc james.callahan@metsteco.com | *** |

Cited in US v Hammond 12 Crim 185 Decided 2/21/13
Archived on 2/25/13
This document is protected by copyright.
Further reproduction is prohibited without permission.

| | | | |
|---|---|---|---|
| 170 | cc | ross_getman@hotmail.com | *** |
| 171 | cc | jmdehousse@teledisnet.be | *** |
| 172 | cc | charlie-corbett@live.com | *** |
| 173 | cc | Carole.lewis@firstplace4health.com | *** |
| 174 | cc | jackelliston@gmail.com | *** |
| 175 | cc | geoffball213@gmail.com | *** |
| 176 | cc | alex.doyle@worldnet.att.net | *** |
| 177 | cc | tych13@hotmail.com | *** |
| 178 | cc | tim@hamano.com | *** |
| 179 | cc | philip.sopher@worldcom.ch | *** |
| 180 | cc | lcmathieu@sbcglobal.net | *** |
| 181 | cc | jnewell@nwlink.com | *** |
| 182 | cc | elizabeth.villarroel@gmail.com | *** |
| 183 | cc | mmyblood@yahoo.com | *** |
| 184 | cc | jstevens@tfhd.com | *** |
| 185 | cc | ben489@gmail.com | *** |
| 186 | cc | jklubin@gmail.com | *** |
| 187 | cc | bohlerdieter9@gmail.com | *** |
| 188 | cc | michaelwbunt@gmail.com | *** |
| 189 | cc | heidi@winecountry.com | *** |
| 190 | cc | williamnathan@yahoo.com | *** |
| 191 | cc | lescanter@me.com | *** |
| 192 | cc | wcalexander@yahoo.com | *** |
| 193 | cc | lee@mdaguam.com | *** |
| 194 | cc | crcostin@shaw.ca | *** |
| 195 | cc | raj_khandwalla@yahoo.com | *** |
| 196 | cc | wdsheward@yahoo.com | *** |
| 197 | cc | ertan.f.yenicay@baml.com | *** |
| 198 | cc | antony@tacticalsolutions.de | *** |
| 199 | cc | Shafnet@aol.com | *** |
| 200 | cc | alysin1961@yahoo.com | *** |

Cited in US v Hammond
12Crim185 Decided 2/21/13
Archived on 2/25/13
This document is protected by copyright.
Further reproduction is prohibited without permission.

Page 1 of 4280 **next** (**855851 accounts**)

**Ads by Google**   Sequestration   Intelligence   Password Generator   Password Security

© 2013 Dazzlepod · Terms · Privacy

**DISCLAIMER**

https://dazzlepod.com/stratfor/[2/25/2013 2:10:37 PM]

Dazzlepod is in no way associated with individual or group that has originally leaked the information disclosed on this page. This disclosure is brought to the public to allow affected users to be aware of the leak and take the appropriate steps to secure their accounts and personal information.