

# U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 16, 2013

**BY FACSIMILE**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-20-13
```

   Re:  United States v. Jeremy Hammond
        S1 12 Cr. 185 (LAP)

Dear Judge Preska:

   The Government respectfully submits this letter, jointly with defense counsel, to request that the conference currently scheduled in this matter for Friday, May 17 at 10:30 a.m. be adjourned until May 28, 2013. We have been advised by Sarah Kunstler, Esq., counsel for defendant Jeremy Hammond, that, due to health reasons, the defense needs additional time to prepare for the conference. Your deputy has advised the parties that the Court is available on May 28, 2013. Accordingly, the parties respectfully request that the next appearance be rescheduled to May 28, 2013, *at 10:00 a.m.,* and the time between May 17, 2013, and May 28, 2013, be

Hon. Loretta A. Preska
May 16, 2013
Page 2 of 2

② excluded, in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A), as the additional time is necessary for the defense to prepare for the conference.

*[signature]* LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

May 16, 2013

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *[signature]*
Rosemary Nidiry/Thomas Brown
Assistant U.S. Attorneys
(212) 637-1063/2194

cc (By E-mail):
Sarah Kunstler, Esq.