**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**--------------------------------------------------------**

**UNITED STATES OF AMERICA,**


       **-against-**                **Case No. 12 Cr. 185 (LAP)**


**JEREMY HAMMOND,**

          **Defendant.**
**---------------------------------------------------------**




**EXHIBIT H  ADDITIONAL RELEVANT CONDUCT**

# LAW OFFICES OF SUSAN G. KELLMAN

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • KELLMANESQ@AOL.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

November 1, 2013

The Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                         Re:     United States v. Jeremy Hammond
                                    12 Cr. 185 (LAP)

Dear Judge Preska

       Please accept this letter as an addendum to our sentencing submission on behalf of Mr. Jeremy Hammond.

       We have devoted a large portion of our main submission to Mr. Hammond's motivations and other relevant Section 3553(a) factors. In the course of reviewing the discovery in this case, it has become clear that the Stratfor hack and the relevant conduct to which Mr. Hammond pled guilty are only part of the story, and that there are additional hacks and conduct by Mr. Hammond that are appropriate for the Court's consideration under 18 U.S.C. § 3553(a) as they are part of the nature and circumstances of the offense and they provide the contextual framework for the Court's overall consideration of Mr. Hammond's intentions and motivation.[1]

       Following the Stratfor hack. ███████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
██████████████████████████[2]

---

[1]    Since much of the substance contained in this submission is arguably within the limitations set by the Protective Order in place, in an excess of caution, we are filing a redacted version on ECF, but will provide Chambers and government counsel with this unredacted submission.

[2]   ██████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
██████████████████████████████████████████

November 1, 2013
The Honorable Loretta A. Preska
Page 2 of 3



November 1, 2013
The Honorable Loretta A. Preska
Page 3 of 3



    We have attached, for the Court's review, a summary of the discovery materials that relate to this activity, as well as the bate stamped pages of discovery that corresponds to this summary.

    Thank you for your kind consideration of these materials.


                                  Respectfully submitted,



                                  Susan G. Kellman
                                  Sarah Kunstler
                                  *Attorneys for Jeremy Hammond*
                                  25 Eighth Avenue
                                  Brooklyn, New York 11217
                                  (718) 783-8200
                                  kellmanesq@aol.com

cc:    AUSA Rosemary Nidiry
       AUSA Thomas Brown
       Susan P. Matthews, USPO

       Jeremy Hammond







**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**--------------------------------------------------------**

**UNITED STATES OF AMERICA,**

                 **-against-**                **Case No. 12 Cr. 185 (LAP)**

**JEREMY HAMMOND,**

                 **Defendant.**
**----------------------------------------------------------**

**<u>EXHIBIT H</u>**

      **EXHIBIT 1 –** █████████████████████

# REDACTED

# <u>REDACTED</u>

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**--------------------------------------------------------**

**UNITED STATES OF AMERICA,**

               **-against-**                   **Case No. 12 Cr. 185 (LAP)**

**JEREMY HAMMOND,**

               **Defendant.**
**--------------------------------------------------------**

**<u>EXHIBIT H</u>**

**EXHIBIT 2 –** ████████████████████

## <u>REDACTED</u>

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-------------------------------------------------------**

**UNITED STATES OF AMERICA,**


        **-against-**                **Case No. 12 Cr. 185 (LAP)**


**JEREMY HAMMOND,**

             **Defendant.**
**-------------------------------------------------------**


**<u>EXHIBIT H</u>**

**EXHIBIT 3 – ▬▬▬▬▬▬**

# **REDACTED**

# <u>REDACTED</u>

Exhibit 3

# <u>REDACTED</u>

# REDACTED

# **REDACTED**

Exhibit 3

# **<u>REDACTED</u>**

# **<u>REDACTED</u>**

# **REDACTED**

# **REDACTED**

Exhibit 3

# <u>REDACTED</u>

## REDACTED

# **<u>REDACTED</u>**

# **<u>REDACTED</u>**

# **<u>REDACTED</u>**

# **<u>REDACTED</u>**

Exhibit 3

# <u>REDACTED</u>

# <u>REDACTED</u>

# **REDACTED**

# <u>REDACTED</u>

# **<u>REDACTED</u>**

# **REDACTED**

# <u>REDACTED</u>

Exhibit 3

**<u>REDACTED</u>**

**<u>REDACTED</u>**

**<u>REDACTED</u>**

# **<u>REDACTED</u>**

# <u>REDACTED</u>

Exhibit 3

# **REDACTED**

# **<u>REDACTED</u>**

## <u>REDACTED</u>

# <u>REDACTED</u>

**<u>REDACTED</u>**

# __REDACTED__

Exhibit 3

# <u>REDACTED</u>

Exhibit 3

# <u>REDACTED</u>

# **REDACTED**

# **REDACTED**

# **<u>REDACTED</u>**

# **<u>REDACTED</u>**

# <u>REDACTED</u>

# <u>REDACTED</u>

# **<u>REDACTED</u>**

# **<u>REDACTED</u>**

# **<u>REDACTED</u>**

Exhibit 3

# <u>REDACTED</u>

# **REDACTED**

## REDACTED

Exhibit 3

# <u>REDACTED</u>

Exhibit 3

# <u>REDACTED</u>

# <u>REDACTED</u>

# **<u>REDACTED</u>**

# <u>REDACTED</u>

**<u>REDACTED</u>**

**<u>REDACTED</u>**

# <u>REDACTED</u>

# **<u>REDACTED</u>**

Exhibit 3

# <u>REDACTED</u>

# **<u>REDACTED</u>**

# **REDACTED**

# **<u>REDACTED</u>**

# **<u>REDACTED</u>**

# **REDACTED**

# <u>REDACTED</u>

Exhibit 3

# <u>REDACTED</u>

## __REDACTED__

# **<u>REDACTED</u>**

## **REDACTED**

# **<u>REDACTED</u>**

# __REDACTED__

# **<u>REDACTED</u>**

## **<u>REDACTED</u>**

Exhibit 3

# <u>REDACTED</u>

# **REDACTED**

Exhibit 3

# <u>REDACTED</u>

# **<u>REDACTED</u>**

# <u>REDACTED</u>

**<u>REDACTED</u>**

# **<u>REDACTED</u>**