```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :
UNITED STATES OF AMERICA,           :   12 CR 185 (LAP)
                                    :
                                    :
                                    :
     v.                             :
                                    :
JEREMY HAMMOND                      :
                                    :
          Defendant.                :
                                    :
-----------------------------------X
-----------------------------------X
                                    :
UNITED STATES OF AMERICA,           :   11 CR 666 (LAP)
                                    :
                                    :   ORDER
                                    :
     v.                             :
                                    :
HECTOR MONSEGUR                     :
                                    :
          Defendant.                :
                                    :
-----------------------------------X
```

LORETTA A. PRESKA, Chief United States District Judge:

On November 14, 2013, the Court ordered the unsealing of Docket No. 8 in the Hammond case [12 CR 185, dkt. no. 61]. Because the same document was also filed under seal in the Monsegur case, the Court hereby orders the unsealing of Docket No. 17 in the Monsegur case.

SO ORDERED:

Dated:   New York, New York
         November 18, 2013

*Loretta A. Preska*
LORETTA A. PRESKA
Chief United States District Judge