

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

### REQUEST TO BE FILED UNDER SEAL

March 7, 2012



U.S. DISTRICT COURT
FILED
NOV 1 8 2013
S.D. OF N.Y.

*By Fax (212) 805-7941*

Honorable Loretta A. Preska
Chief United States District Judge
500 Pearl Street, Room 1320
New York, New York 10007-1312

   Re:  *United States v. Hector Monsegur*, S1 11 Cr. 666 (LAP)
        *United States v. Ryan Ackroyd, et al.*, 12 Cr. 185 (UA)

Dear Chief Judge Preska:

   Pursuant to Rule 13(d) of the Rules for the Division of Business Among District Judges, the Government respectfully writes to advise the Court of a related case. Currently pending before Your Honor is *United States v. Hector Monsegur*, S1 11 Cr. 666 (LAP) ("*Monsegur*"). On August 15, 2011, Monsegur pleaded guilty, pursuant to a cooperation agreement, to a twelve-Count Superseding Information charging him with various computer hacking and fraud offenses. Specifically, among other things, Monsegur pleaded guilty to conspiracy charges relating to his involvement as a member of Anonymous, a collective of computer hackers, and its related groups, LulzSec and Internet Feds.

   Yesterday, March 6, 2011, the Indictment in *United States v. Ryan Ackroyd, et al.*, 12 Cr. 185 (UA) ("*Ackroyd*") was unsealed. *Ackroyd* has yet to be assigned to a District Judge. The Indictment in *Ackroyd* charges four individuals with participating in the LulzSec and Internet Feds computer hacking groups along with Monsegur, who is referred to in the *Ackroyd* Indictment by his alias, "Sabu." *Ackroyd* and *Monsegur* are related because both cases charge various defendants with involvement in at least two identical conspiracies involving hacks of the same entities and institutions. None of the defendants in *Ackroyd* has been arrested by the United States, although all the defendants in that case are currently the subject of separate criminal proceedings in the United Kingdom and Ireland.

Chief Judge Loretta A. Preska
March 7, 2012
Page 2

    Should *Ackroyd* be transferred to Your Honor as a case related to *Monsegur*, the Government will advise the Court with greater detail about the status of the *Ackroyd* defendants.

                              Respectfully submitted,

                              PREET BHARARA
                            United States Attorney

                    By: _____
                          Joseph P. Facciponti
                          Assistant U.S. Attorney
                          Tel: (212) 637-2522
                          Fax: (212) 637-2620

*[Handwritten:]* The Court will accept 12 Cr. 185 as related to 11 Cr. 666.

*[Handwritten:]* March 8, 2012

*[Handwritten:]* So ordered
Loretta A. Preska
USDJ