**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**--------------------------------------------------------**

**UNITED STATES OF AMERICA,**

         **-against-**                  **Case No. 12 Cr. 185 (LAP)**

**JEREMY HAMMOND,**

              **Defendant.**
**----------------------------------------------------------**


**<u>EXHIBIT B  LETTERS OF SUPPORT FROM FRIENDS AND COLLEAGUES</u>**

EXHIBIT B

Letters of Support from Friends and Colleagues

## Table of Contents

Page

| | |
|---|---|
| 1 | Kieran Aarons, Professor, DePaul University |
| 2 | Sarah Aubry, Charity Watch |
| 4 | Rachel Ann Azzarello, Teacher |
| 6 | Rozalinda Borcila, Professor |
| 7 | Jerome E. Boyle, Attorney |
| 9 | Robert Boyle, Business Owner |
| 10 | Tom Callahan, Teacher |
| 11 | Ireri Unzueta Carrasco, Teacher |
| 12 | Ashley Carter, Teacher |
| 13 | Louis Cisneroz, Community Organizer |
| 14 | Eric Conrad, Student |
| 15 | Susan Crabtree, Nurse |
| 19 | Devon Dorenzo, Youth Pride Services |
| 21 | Javier Fernandez, Musician |
| 22 | Sarah Finkel |
| 23 | Lisa Fithian, Alliance of Community Trainers |
| 25 | Adam Gaya, Community Organizer |
| 26 | Christine Geovanis, Co-Coordinator, HammerHard MediaWorks |
| 27 | Sidoni Gonzalez, Executive Director of a Music School |
| 29 | Ben Goodman |
| 30 | HackThisSite.org |
| 34 | Gregg Housh, Community Organizer |
| 35 | Chris Howard, Midwest Books Through Bars |
| 36 | Rose C. Howell, Honor Roll Student |
| 37 | Abdeen M. Jabara, Attorney |

39      Ashley Jackson, Accounting Student, Community Organizer

41      Joseph Jordon, Community Organizer

42      Vincent Kershaw

43      Robert Leone, Jr., Teacher

44      Regan Maher, Community Organizer

45      Juan Marte, Musician and Community Organizer

46      Abraham Martinez, Artist, Teacher and Musician

47      Keith McHenry, Community Organizer

48      Debra Michaud, Chicago Chapter, Rainforest Action Network

50      Viviana Moreno, Student

51      Matt Muchowski

54      Jack Munsell

56      Bria Grace Murray

57      Ryatt Murray, 5 ½ year old sone of Bria Grace Murray

58      Brian Murray

60      Joanna Ocampo

61      John Pierson

62      Michael R. Pitula, Teacher

64      Ryan Powell, Chef

66      Melinda Power, Attorney

67      Cooper Quintin, Small Business Owner

68      Claudine Richard

69      Jerry Roman, Former Employer

71      Rachel Rosendhal

72      Neal Rysdahl,

74      Elizabeth A. Sarver

76      Mark Saulys

78      Michael Steven Smith, Attorney

79      Max Suchan, Law Student

80      Jaime Taylor, Librarian

81      Brad Thomson, Paralegal

83      Rachel Unterman, Community Organizer

84      Chris Van Den Berg, Jeremy Hammond's former Teacher

86      Alberto Vazquez, Teacher

87      Tim Welch, Contractor







October 4, 2013

*Regarding the Sentencing of Jeremy Hammond*

To the Honorable Loretta Preska,

It is my understanding that you will in the very near future make a decision regarding the sentencing of Jeremy Hammond. I would like to take this brief opportunity to make a short statement as to his character.

I've met Jeremy on several occasions in Chicago, where I also reside. It has been my experience that he is an enthusiastic, well-intentioned, principled person, and a valuable member of the Chicagoland community. Despite the hard exterior one sometimes encounters among those with steadfast convictions, I have the impression that he is in the end a good kid, one in possession of a bright and talented mind that would be wasted — perhaps ruined irreversibly — by a prolonged stay in prison.

I teach philosophy at a DePaul University. Perhaps the key feature of the Vincentian tradition is its commitment to action in defense of social justice. There are some who would regard the actions Jeremy is accused of as little more than disruptive criminal acts. Others, however — and I include myself among them — see in them a recognizable commitment to values of liberty, transparency, and equality which we would be remiss to not support. Speaking personally, I regard Jeremy not as a criminal, but rather someone from our community who, though one may disagree about the validity of the means, clearly subordinated his own personal interests in pursuit of a world that would be in greater accord with principles of social justice. Since he has already endured 18 months of prison as a penitence for his transgressions, I see little use in prolonging his punishment. I would ask that you please show him mercy, consider his time served as sufficient punishment, and allow him to return to his community here in Chicago, where he may be allowed to pursue his commitment to social justice in other avenues.

Cordially,

Kieran Aarons
Instructor of Philosophy

B 1



*Helping You Give Wisely*

Honorable Loretta A. Preska, Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 10, 2013

Dear Judge Preska:

Since the beginning of 2009, I've been working full time with a nonprofit watchdog organization, CharityWatch (founded in 1992 as the American Institute of Philanthropy). I feel very lucky to be involved in the work of researching and evaluating the efficiency, accountability & governance of nonprofit organizations, and helping to inform donors about the wasteful and unethical practices of some nonprofits and to give recognition to highly effective and ethical charities. While this work has given me a deep appreciation for the risks taken by whistleblowers and the importance of transparency and accountability—I am writing to you today not in a professional capacity but to request the court's leniency on behalf of my friend, Jeremy Hammond.

I am aware that Jeremy has pled guilty to a violation of the Computer Fraud and Abuse Act. Jeremy is among the more selfless people I have had the pleasure to meet. I implore the court to show him compassion, and consider sentencing him only to time-already served.

I first met Jeremy in 2008, when my son was still an infant. My family lived in Chicago's Pilsen neighborhood then, and we were very lucky to meet a network of community-minded young people who extended a warm welcome to us, gave us friendly support, and offered us opportunities to volunteer to help feed the hungry and voice our opposition to the extreme pollution in the neighborhood.

Jeremy and his brother Jason were enthusiastically committed to all of the best humanitarian and cultural efforts of that community. Jeremy is one who seemed to wash more than his share of dishes at "Food Not Bombs" meals and potlucks. He and Jason were friendly faces, inviting strangers and friends (in English & Spanish) to take part in these meals and making sure that anyone in the neighborhood who might be hungry knew where healthy food was available for free.

I remember a couple of friends who were among my son's first babysitters discussing how they might raise funds to keep the gallery/library/community space which hosted these free meals open. Their discussion was framed in terms of not asking for too much from Jeremy, who they knew would always come through in a pinch.

I remember that Jeremy encouraged an older out-of-work friend to practice typing (with more than two fingers!) and tutored him to learn basic computer skills to help him become more employable. Jeremy was so involved in helping people that it's hard to pick out one or two things that exemplify his matter-of-fact selflessness. Jason has always seemed a little more outgoing and Jeremy most likely to step up to mundane but necessary work in support of community.

3450 N. Lake Shore Drive, Suite 2802 ○ Chicago, IL 60657 ○ Tel: 773-529-2300 ○ aipmail@charitywatch.org
www.charitywatch.org

B 2

Seeing the brothers together, especially playing music, was such a treat. Both brothers have been extremely supportive of the creative efforts of our many friends in common, often the first two people dancing, and always joyfully. The combination of their infectious joy and diligent efforts to tangibly improve people's lives—this is what I think of first when I think of Jeremy and Jason. Jeremy Hammond and his brother have been such an inspiration to me, and to others who aim to cultivate community, make art, and extend help to the most vulnerable among us.

I have never known Jeremy to put his own concerns ahead of others' needs. Jeremy has not applied his great intelligence and skills with computers in the interest of personal financial gain or his own material well-being. Jeremy's actions in violation of the CFAA were politically-motivated acts of civil disobedience.

It is my understanding that Jeremy's co-defendants in Ireland and in the United Kingdom received treatment that is not nearly as harsh as what Jeremy could be facing for his civil disobedience. Those co-defendants who've already been convicted will not spend more than 16 months in prison, some have already been released. The disproportionate sentences associated with the CFAA seem inhumane at the very least, and out of line with America's ideals of political freedom.

It was such a shock to the community when Jeremy was arrested by a heavily-armed SWAT team. It has been heartbreaking to know he has been subjected to solitary confinement. His punishment has already far exceeded his crimes. Please show compassion and sentence Jeremy only to "time served." Permit him to return to his community-loving friends in Chicago for whom he has done so much.

Regards,
Sarah Aubry

B 3

Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 14, 2013
Judge Preska:

I am a mother, educator and activist who has lived in Chicago for the last sixteen years.  I am writing a support letter for Jeremy Hammond. Having lived in Chicago for so long, and being an activist myself, I have met Jeremy a few times, but never knew him well. Before he was incarcerated,  Jeremy volunteered his time for some noble activities, including cooking for those in need, website upkeep, and ironically working with an organization that sends books to prisoners. My few interactions with Jeremy were that he is a quiet and kind soul.

I am aware that Jeremy has taken a plea bargain and pled guilty to violations of the Computer Fraud and Abuse Act. I write this letter to ask for leniency in sentencing Jeremy. My understanding is the maximum amount of time for this is ten years, but the minimum is zero. The crimes to which he plead guilty were not done for personal gain; they were acts of civil disobedience. This form of activism has a long history in the United States and is a form of non-violent protest, from Rosa Parks and Martin Luther King to eight congressman on October 8, 2013 pushing for Immigration Reform.  Restitution to Stratfor should also be dropped; it is a ridiculous public shaming, and there is no way Jeremy will ever be able to pay it, more so if it's from jail.

I feel strongly that a private company in service to the federal government is unconstitutional and is an unjustified violation of the fourth amendment against unreasonable searches and seizures. Outsourced intelligence has no kind of oversight or regulation; under contract for the US government, they do what would be illegal for the government to do itself. People should not become fearful of expressing themselves and challenging authority; this is an affront to democracy.

B 4

Jeremy is a non-violent offender whose commitment to social justice is truly his only crime, and therefore, makes him a political prisoner. Therefore, credit for time serve should be the only sentence given.

Sincerely,
Rachel Ann Azzarello

B 5

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 7, 2013

Dear Judge Preska:

My name is Rozalinda Borcila, I am a single mother to a five-year old girl, an artist, professor and activist in Chicago. I teach Art part-time at the School of the Art Institute of Chicago and the Vermont College of Art. My daughter and I have also been deeply involved in Chicago grass-roots organizing communities her entire life, especially in immigrant rights issues. I met Jeremy Hammond as part of our work organizing town-hall meetings and discussions about immigrant detention, especially the situation of detained immigrant children. Jeremy attended several meetings, and he was even one of only five people to travel to Crete IL to participate in a town hall meeting about plans to build a new immigrant detention center.

I found Jeremy to be approachable, deeply concerned for others, very knowledgeable and a good listener. He spoke in very open and articulate ways about his ideals, his political vision, and he was also attentive to others, especially to those who have been on the receiving end of policies he felt were unjust.

Young people like Jeremy defy the general misconception of hacktivists as naive, boastful or egotistical. On the contrary, Jeremy is quite idealistic and committed to social justice. It is well known that Jeremy did not act for personal gain -- financial or otherwise. Many people can attest that his actions were politically-motivated forms of civil disobedience.

I am aware that Jeremy has pled guilty to a violation of the Computer Fraud and Abuse Act. I am concerned about Jeremy's case because of the importance that civil disobedience plays in the history of social movements. In additional to other forms of organizing (popular education, grassroots mobilization, symbolic speech, protest, boycotts, strikes and so on) this country has a deep and important tradition of civil disobedience, of people transgressing rules or norms they felt were unjust in order to advocate for a political vision. It is one of the important contributions the United States has made to the world, something to be valued and not feared or demonized. I urge you to interpret Jeremy's actions in this context when considering a sentence.

Sincerely,

Rozalinda Borcila

B 6

## ALVIN W. BLOCK & ASSOCIATES

ATTORNEYS AT LAW

33 NORTH LA SALLE STREET

30TH FLOOR

CHICAGO, ILLINOIS 60602

www.chicagolawyers.com

ALVIN W. BLOCK
BERNARD N. BLOCK
JEROME E. BOYLE
REBECCA R. TRAYBER

JACOB S. GUTHMAN
(1900-1991)

(312) 346-5656
FAX (312) 78-BLOCK
attorneys@chicagolawyers.com

October 2, 2013

The Honorable Loretta A. Preska
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Jeremy Hammond

Dear Judge Preska,

        I've been practicing law in Chicago for almost 30 years. I do civil litigation to earn my living, but I also devote a substantial portion of my time to *pro bono publico* work as a volunteer Legal Observer for the Chicago Chapter of the National Lawyers Guild. Legal Observers go out on the streets with clients who engage in protests, demonstrations, and civil disobedience for political reasons. We are there to ensure that our clients' constitutional rights are given the respect they deserve.

        I have known Jeremy Hammond for approximately 8 years, initially as a Legal Observer, but later as a neighbor as well. While first only another face in the crowd, over time Jeremy distinguished himself as an activist prepared to risk his liberty with acts of civil disobedience. Your Honor is no doubt familiar with his arrest record. As someone who was present at many of the events leading to his arrest, or present at the police lock-ups afterward, or both, I can assure you that Jeremy was always driven, not by any selfish motive, but rather by an exceedingly altruistic commitment to the causes which he advocated. And everything I saw of Jeremy's behavior in my community confirms this. Jeremy lived an ascetic life, scraping by on barely enough resources to survive. Instead of looking out for himself, he saw it as his duty to look out for others, and to help others when they needed it. He could always be counted on to help a friend or neighbor in need, frequently at the cost of substantial personal sacrifice. And his self-sacrifice extended even to what is, to him, his most precious possession, *i.e.*, his personal liberty.

        If Jeremy has a fault, it is that he loves, not wisely, but perhaps too well. Jeremy is a giving, loving soul, motivated by an ardent commitment to the betterment of humanity. He is now, once again, sacrificing his most precious possession, his freedom, for a cause he sincerely

B 7

The Honorable Loretta Preska
October 2, 2013
Page Two

believes to be greater than himself.  His legal responsibility has been determined definitively by
his plea, but his behavior as a moral person is best explained by the very American tradition of
dissent and civil disobedience.

I would suggest that Your Honor consider Jeremy's motivation in determining his
sentence.  Jeremy is not a common criminal driven by personal gain or malice, but rather a
political activist driven by an overwhelming love for humanity. I would respectfully submit that,
if the worst thing you can say about this defendant is that he is bewildered by an excess of love,
then he is worthy of some measure of mercy.

Sincerely,

Jerome E. Boyle

JEB/mys

B 8

October 12, 2013


Dear Judge Preska:

 My name is Robert Boyle, I am a 43-year-old business owner from Chicago. I have known and been friends with Jeremy Hammond for approximately ten years. I am writing to ask you to treat him with leniency when considering his sentencing for his violation of the Computer Fraud and Abuse Act.

 I am acquainted with Jeremy through our mutual involvement in various grassroots social justice causes. I could tell the first time I met him that he was a smart, articulate young man with passionate beliefs about making the world a better place. My experience with him from various meetings and discussion groups is that he cares deeply about countering injustices and addressing abuses of power and the systemic inequalities in our social framework. At these events he was always well spoken and respectful to others. Though I am older and do not regularly socialize with the younger activist community, Jeremy would always take the time to stop and talk whenever we ran into each other, usually while riding our bikes to respective places around the city. He often had questions for me, showing both that he recognized my past experience and had a desire to learn.

 Though Jeremy is clearly knowledgeable enough with computers and programming to land a well-paying job, he preferred to devote his time and energy to activist work on various fronts, Even when unemployed or low on money, however, Jeremy was willing to share what he had with his friends or even strangers. He has never been a person motivated by greed or wealth; his primary concern has always been a desire to see a society that was based on mutual aid and cooperation, without exploitation.

 The primary thing I ask you to keep in mind when sentencing Jeremy is that, though he may have violated the law, he did so because he felt it was the right thing to do. Jeremy is not a malicious person, nor is he motivated by money – by his own ethical standards, Jeremy was acting for the greater good. You may consider him misguided, but please do not consider him malevolent.

 In my opinion, the CFAA imposes an unfair and unjust set of sentencing guidelines that is absurdly disproportionate to the actual crimes or damages caused. Hackers are sensationalized and demonized and often face harsh and excessive sentences that bear little relation to the actual criminal intent. Jeremy has already been imprisoned for a year and a half, far from his family and friends. He is a bright man with a hopeful future, he should be shown leniency and compassion rather than arbitrarily punished. Please consider the minimum sentencing. The world needs more people like Jeremy, who are committed to working towards a positive future; he does not deserve to be locked away.

 Thank you,


Robert Boyle
Posthuman Studios LLC

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

10-20-13

Dear Judge Preska:

My name is Tom Callahan. I am writing on behalf of and in support of Jeremy Hammond. I am a Chicago resident where I teach photography to youth in the Uptown Community of Chicago at various after school programs. I recently graduated from DePaul University where I received my degree in International Studies in 2011. During this degree I learned about Vincentian Values that our University was founded upon. The values that St. Vincent DePaul set out for us included peace building, selflessness and dedication for a more just world. I have known Jeremy through my involvement in various community social justice projects for the since 2009 and I am confident that Jeremy is following in St. Vincent DePaul's footsteps What he could not accomplish on his own he would encouraged those around him to do so.  In these circles I met Jeremy Hammond and worked with him on various projects. One of which was a community newspaper that talked about issues of social justice and general issues the community we were in was facing. Everyone around Jeremy was touched and impacted by his selflessness, kind heartedness and compassion. I witnessed Jeremy's strong character through his contributions to the project, his dedication to working with others for justice and peace, and his love he has for others and a more just world.

I am aware that Jeremy has pled guilty to a violation of the Computer Fraud and Abuse Act and I believe he should be treated with compassion.
I hope that the facts that Jeremy's co-defendants in Ireland and the UK, who are already convicted, are not going to spend more than 16 months in prison, the fact that the CFAA gives corporations more protection than for individuals, and that Jeremy has not made any financial gain from his actions, are taken into account when sentencing Jeremy.


Tom Callahan

B 10

Nadia Sol Ireri Unzueta Carrasco

███████████████

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 22, 2013

Dear Honorable Judge Preska:

My name is Ireri Unzueta Carrasco and I have been living and working with youth and children in Chicago through after school programs since I was 19 in 2006. That is the same time I met Jeremy Hammond and his brother. Though I only met Jeremy briefly that first time I could see through the way his brother talked about him and missed him that Jeremy was someone important and loved in his life.  I have since gotten to know Jeremy on my own, and would like to tell you a little bit about the Jeremy Hammond I know.

Jeremy Hammond is a person who is passionate about supporting people in educating themselves.  That is why he shares his knowledge with the people around him. Jeremy is a person who also tries to make sure people can have a space to be listened. I remember he was very dedicated to a website he and a friend were keeping to help people in jail be able to express themselves. Jeremy is a beloved brother, son and friend who has caused not physical harm, nor has he gained anything from his actions.

I know Jeremy has pled guilty to a violation of the Computer Fraud and Abuse Act, and I am writing to you today to also ask you to consider his character in his sentencing. Jeremy Hammond is someone who has compassion for other people, particularly those who have little resources themselves. He is someone who does not do things for personal gain. He does them because he believes in sharing knowledge, and in people having access to that knowledge. Please take this into consideration while pronouncing a sentence.

Ireri Unzueta Carrasco

███████████████

███ 11

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

10/07/2013

Dear Judge Preska,

My name is Ashley Carter and I am a teacher and activist in the Chicago community. I moved here from a small town in Indiana, and was overjoyed by the people I discovered. The activist community in Chicago is full of people who contribute more to their community in a month than most people do in a lifetime. I have seen groups stand in solidarity to protect schools from closing, families from losing their homes to foreclosure, and the homeless from being abused. Far from being violent, or even exclusive, this group accepts anyone with an open mind and a good heart. We are teachers and nurses, old and young, tattooed and pierced and a variety of shapes and colors; and although some members of society may look down upon us for our appearances or beliefs, we stand up for their freedoms anyway.

Jeremy Hammond is one of these people. I've known him for several years and in that time I have seen him come to the aid of others time and time again. He made it clear I could ask him for help whenever I needed it, and brought me ice cream when I was 8 months pregnant even though it was freezing outside.

I am aware he has pled guilty to a violation of the Computer Fraud and Abuse Act. I am asking you now to consider a few things:

First, to not let any prejudices you have interfere with your decision. It is common to distrust, or even fear, those who lead different lifestyles; who look different; who have a different vision of the world than your own. You must look past that to see who he really is.

Second, to place this decision firmly in context, using legal precedent. This was a non violent crime. Jeremy's co-defendants who have already been convicted will spend no more than 16 months in prison.

Third, to look at his motives, which were in no way financial. He put his own freedom at great risk, yet would gain NOTHING from his actions. Again, I can personally attest that this is a large part of his character.

Finally, to consider the fact that prison will undoubtedly have a negative effect on Jeremy's life, as well as the lives of his family and friends. Incarceration will always lead to long-term psychological damages. I can completely guarantee that, no matter your crime, Jeremy would absolutely not, under any circumstances, sentence you to prison. He would look at you and see not just your crime, but the person underneath.

I am asking you to do the same.

Sincerely,

Ashley Carter

Dear Judge Loretta Preska,

My name is Louis Cisneroz. I am from Chicago and am a close friend of Jeremy Hammond. Like Jeremy I am a community activist who has spent time providing food for the homeless, providing reading resources for imprisoned people, and have raised money for several charities over the past ten years. I met Jeremy about 6-7 years ago at a benefit show for a battered womens shelter.  Over the years we became very close, I believe this is because we both admired each others compassion for others . Jeremy has always been very much against sexism, racism, homophobia, the mistreatment of the homeless and many other things. He was always very interested in lending help to those who were in need. Not only was he interested, but he actively contributed to the well being of many people around him. Jeremy was the type of person who let homeless people stay at his house. He would feed them, hang out with them, and befriend them without casting judgement. Jeremy had little concern about expensive material things and was more than willing to lend or even give someone any number of possessions such as the clothes off his back. I feel that in this world there are many people who  commend this type of behavior but very few people who live up to it and embody these humanitarian ideals. I have know a handful of people with similar traits but none as dedicated and true to these ideas as Jeremy. I have witness with my own eyes, Jeremy give hundred dollar donations towards projects that benefit the community, while asking for nothing in return and needing no personal recognition.

I am aware that Jeremy has pled guilty to a violation of the Computer Fraud and Abuse Act. I believe that in Jeremy's sentencing, he should be treated with the same compassion he has continuously showed towards other people in the past 7 years that I have known him. I find it hard to believe that a person as selfless as Jeremy is deserved of the same amount of time in jail as a murderer, a rapist, a child molester, a robber etc. He received no financial gain from these crimes. He had no ill intent within this crime. His crime was motivated by the same motivation that has caused him to act so kind and giving towards others; he wanted to stand against injustice and oppression. and although the law does not condone these said actions, how can we treat him just the same as a heartless violent criminal. He has served 15 months already and will still suffer a lot of set backs in life simply for having this conviction on his record. I feel that giving the maximum sentence, or harsh sentence, to a person of this character only illustrates to people that being a strong person who fights for equality and freedom, the things this country was found on, is looked down upon and treated with hostility. I believe what he has already gone through is enough to show that these illegal actions are punishable, but a fair and lenient sentencing will then show that we recognize the difference between evil people like Jodi Arias and good people who make mistakes, like Jeremy. We need more people like Jeremy in the world. We need Jeremy himself back in our neighborhood and back with his friends, families, and those who benefit from his selfless personality.

Thank you for your time,


Louis Cisneroz

B 13

Dear Judge Preska,

Before I was even in high school more than 12 years ago, Jeremy Hammond took the time to help create the foundations of my programming knowledge. Jeremy helped teach me how to program comprehensive websites and make them secure from potential hacking exploits out of his own goodwill and interest in internet security. From his kind gesture I was able to create my own web design business while I was still in high school and gain over 15 clients.

In the age of information Jeremy Hammond is an informer supporting the freedom of information. It is very disheartening for me to see a person with so much knowledge and skill to be treated as a enemy combatant, being indefinitely detained for exposing the constitutionally illegal activities private surveillance corporations undertake with little to no oversight. For a company such as Startfor to undertake these actions and not take simple security measures to protect their own data shows a severe lack of aptitude on their part.

Jeremy Hammond is a peace activist and he used his skills to shed light into the darkness that has veiled our country for over 12 years. He had no position for financial gain in exposing these truths even though Stratfor was blatantly staging to use this information for profit. A ten year term is clearly a harsh sentence considering that Jeremy's codefendants in Ireland will not be prosecuted and those in the United Kingdom will spend no more than 16 months in prison for this act of civil disobedience. I ask for your leniency in his sentencing and I hope for the return of Jeremy to our society as soon as possible. There is nothing wrong with spreading truth in an empire of lies.

"You will know the truth, and the truth will set you free." John 8:32

Sincerely,

Eric Conrad

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

DATE: 10/2/2013

Dear Judge Preska:

My name is Mary Susan Crabtree. I am a mother of 5 children and a nurse of 32 years. I have worked as a nurse in community based projects for many years and 2 of my children are adopted as Foster children while we worked with the state system as Foster parents. I am aware that Jeremy has pled guilty to a violation of the Computer Fraud and Abuse Act. I would like to share with you why I believe that Jeremy should be granted leniency for the crimes he has pled guilty to.

Your Honor, I know you may view Jeremy as a criminal with no remorse for his actions but I have known this incredible young man since 2005. He and my son were friends and Jeremy easily became part of our family. I know that you have not had an opportunity to get to know Jeremy and I hoped that perhaps my story about Jeremy would help you to understand why he is loved by so many and how many lives he has changed as a result of his true love of people and his community.

Jeremy has done so many positive things for his community but what stands out in my mind particularly as it relates to my life now is his love for people. A day that will be forever engrained in my mind is the day that Jeremy sat at our home and spent some time speaking with us. I was amazed at his intelligent, respectful and kind manner. I listened intently to this young man speak and I knew that he was not just sharing words. Jeremy was sharing what was truly in his heart. He spoke of ending homelessness, feeding the poor, taking responsibility and actually taking part in change within your community. After several hours of speaking with Jeremy, I had to sit and honestly think about what I have done for my community. The answer was not as wonderful as I thought it would have been. In all honesty, I had done very little for my community with the exception of my years of nursing.

Because of Jeremy, my husband and I became Foster parents. We have been unbelievably lucky to adopt our son and daughter who were victims of

abuse prior to coming to us. There were so many days that I thought I would give up on them and I thought to myself "Jeremy would never give up" and we stuck with the children. They are happy, healthy and wonderful as a result and we are the luckiest people on earth. Their names are █████ and █████ and they call Jeremy "Brother".

This is just one small change that has been made in my life because of Jeremy. I've learned never to judge people and to offer a helping hand whenever possible. We assist with our local food bank just as Jeremy assisted with his local food bank. Our 17 year old daughter spends her weekends working at the Smoky Mountain Children's home reading books to children without families. My son, ███t, who used to live with Jeremy, reaches out to help people in his community by way of feeding the homeless and assisting with clothing drives. These are all things that we learned from that incredible young man sitting in jail today.

Judge Preska, if you could only know Jeremy as we know him, you would know that this gentle, non-violent person believes so strongly in changing the world and he has never had any personal financial gain by his actions. Any actions in which he undertook were politically-motivated acts of civil disobedience.

Jeremy's co-defendants in Ireland and in the United Kingdom were given treatment that is disparate and those who are already convicted will not spend more than 16 months in prison. Some have already been released.

The truth is that the protection the CFAA affords to corporations is greater than those it affords to individuals, who may be subjected to surveillance by private corporations such as Stratfor. This law was put in place at a time when most people could not even imagine owning home computers etc. I hope that one day, the CFAA will catch up with our current technology but until then, I pray that you will understand my plea to you to show leniency for a person who means the world to our family and who has changed not only my family but the lives of every person who has had the chance to know him.

Your Honor, believe me, I understand a need for someone to be punished when they break the law but I ask that you make his sentence in keeping with his crime and please consider the sentences imposed on his co-defendants . Also I ask that you consider the ones who have been so positively impacted by Jeremy and all that he stands for that is good and

kind.  It is Jeremy's passion for change that causes us to want to fight so strongly to have our family member back home in our lives.


Respectfully written,

*Mary Susan Crabtree*

Mary Susan Crabtree

███████████████


Please meet ████ and ████ Crabtree.  It is our honor and our pleasure to be Mommy and Daddy and it is also a gift for them to have a brother named Jeremy Hammond.





B 18



# Youth Pride Services

*Chicago ◊ Miami ◊ Washington, D.C. ◊ Los Angeles ◊ Atlanta ◊ Boston*
www.youthprideservices.org ◊ 773-YPS-8051 (977) ◊ @youthpride

October 9,2013
Chief Judge Loretta Preska
Southern District of New York
500 Pearl Street
New York,NY 10007

To The Honorable Judge Loretta Preska,

My Name is Devon Dorenzo. I am The Treasurer of A Non-profit Organization called National Youth Pride Services (NYPS) Grass Rooted here in Chicago. Our Organization Services Youth Of Color.

Respectfully,While I am Fully aware of Jeremy Hammond, pleading guilty to a violation of the computer fraud and abuse act,I firmly believe that that 17 months is more than enough for a Non-violent crime.

Jeremy's Character and Compassion for others is that of a teacher who is aware of the Education system,And wants the student to think farther than just a degree. For example if one would want to know more about language arts, they would want to know about poetry,poets,and writing and from there. it would be up to the person to decide to write. He has taught so many of our young people to read and write and excel through school many of whom,have gone on to graduate Elementary, High School, & College to do amazing things.

I found myself impressed with Hammond's Humility, and Positive work during our street outreach when Listening to him Engage in a conversation with a shy young man (whom i i can not recall his name at this moment) who was an at risk youth experiencing homelessness. Jeremy went on to encourage that young person about maintaining their education,and remaining positive through hard times.

His quote was something like this " listen,things may be bad right now, they may even get worse. but it's imperative that you think positive. sometimes it gets worse before it can be better. But this is just your motivation to want to do better. I want you to know that i've been there, yes it's Difficult. But it's imperative to be positive..." After listening to him talk to him, I knew immediately that Jeremy was a special man. There's no other way to describe how His words lifted people. That young person did in fact succeed. He went on to do humanitarian work overseas.

B 19

As a worker in the non profit sector. We see a lot of Our volunteers come and go. But Jeremy Hammond is one we consider absolute family. During the holidays we host food,clothing drives. Jeremy has always been there,Handing out bags of food,helping set up for fundraisers,and setting up wheel chair ramps to locations that weren't accommodating towards persons special needs.

We have so many more positive experiences with him working with our young people motivating them to continue their education,maintaining a positive outlook on life and last but not least. We all just we all Miss him so very much!

There's nothing that Jeremy wouldn't do for any of us or his students
Needless to say.  your honor,I want you to know that we as a collective, consider Mr. Hammond A very a special member of each and every family that Jeremy has reached out to.

I see that Jeremy's is being held accountable for his actions as a responsible person should. I also ask Humbly ask that you Please take into consideration that his actions and his motivations were not meant for financial gain nor to hurt anyone.

Please Allow Our Dear  Friend,Brother and Mentor Jeremy Hammond Back With us.


Sincerely,
Devon Dorenzo
Treasurer of National Youth Pride Services Chicago

B 20

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

November 8th of 2013

Dear Judge Preska:

My name is Javier Fernandez. I'm a musician and an activist, but I make my living drinving a taxi in
the city of Chicago. I'm writing this letter asking for leniency for my friend Jeremy Hammond. I've
known Jeremy since 2006 through a different types of cultural activities that we both were interested
and support. Im aware that he plead guilty to a violation of the Computer Fraud and Abuse Act, but I'm
a hundred percent sure that whatever he did, he wasn't looking for a personal gain. Im convinced that
his actions were a reflection of his commitment to social justice and the well being of the human kind.
The only thing I could do as a friend is to ask you Honorable Judge Loretta to be compassionate to
Jeremy.

I hope that his talent as an artist and his computer geniuses don't get wasted in prison.

Please keep in mind that Jeremy's co-defendants in Ireland will not be prosecuted and in the united
kingdom, those already convicted will not spend more than 16 months in prison, I believe the US
justice system is being too severe on Jeremy, in a time were our privacy rights are being more and more
violated.

Thank you,

Javier Fernandez

B 21

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Sarah Finkel



October 8, 2013

Dear Judge Preska:

I am writing to ask for leniency in the sentencing of Jeremy Hammond. I have had the pleasurable experience of knowing Jeremy for the past few years while living in Pilsen.

I am aware that Jeremy has pled guilty to a violation of the Computer Fraud and Abuse Act but believe, with all my heart, that Jeremy should be treated compassionately. Here are my reasons:

- All of my experiences with Jeremy have been extremely respectful, kind and thoughtful for other people's needs and rights. He had volunteered his time to assist the Pilsen community with environmental justice concerns in order to help the neighborhood be a safer, cleaner place to live.
- It is my understanding that the CFAA is more concerned about protecting corporations over individuals by allowing corporations, such as Stratfor, to conduct surveillance over people.
- Jeremy's co-defendants in Ireland will not be prosecuted and those in the United Kingdom will not spend more than 16 months in prison.
- Finally, Jeremy's actions were not done for his own benefit and he had nothing to personally gain from his actions.

I hope that you will consider this ask.

Sincerely,

Sarah Finkel

B 22



**Alliance of Community Trainers, P.O. Box 1286, Austin, TX  78767**

October 16, 2013

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Preska,

I have been organizing for nonviolent social change since the mid-70s.  Almost 40 years of full-time service to causes for peace and justice.  I have had the opportunity to work with tens of thousands of people all around the world and to train thousands of people in nonviolent civil disobedience.   This is my life and I am very proud of it.

It was about a year or so ago that I learned that Jeremy Hammond was in jail for allegedly hacking into

Strafford.  I was both surprised and very concerned which is why I am writing to you now on his behalf.  I do not know Jeremy well, but what I do know fills me with respect.  I hope that you will see this too.  I first met Jeremy in October of 2009 when he and a group of his friends, joined efforts I was involved in to urge reforms in the Banking industry at the American Bankers Association Meeting in Chicago.  They had built a banker puppet and put together a little street theater. I was struck at the time by what a creative group Jeremy and his friends were.



This is Jeremy!

Jeremy was a founder of a community center in the Pilsen area of Chicago that had a library, meeting area and a kitchen.  He made the kitchen available to cook food for an event we were having related to the Banking Conference.



That community center was a few blocks from the Pilsen Coal Plant. For years the Little Village Environmental Justice Organization (LVEJO) had been educating and organizing to close these plants. Jeremy was very interested in nonviolent social change and he invited me to come there and do an organizing and nonviolence training at the center for the community to learn more about it in their struggle against the coal plant.  In 2009 the community came together to support the first of several nonviolent civil disobedience protests outside the coal plant that ultimately lead to

B 23

the decision to close of both coal plants in Chicago, which was a major victory for the community. Jeremy helped make this happen.

Your Honor, Jeremy is a smart, socially conscious, well meaning young man.  He was kind, generous and easy to work with. In my experience his intentions are good.   I believe that Jeremy has a great deal to contribute to building a healthier society and community and I hope that you will allow him to be at home when he does this work and not in prison.

Those of us with a passion to change the world have to make choices about how that change is made. We are always looking for what will make a difference. There are many great examples of the transformative power of nonviolent civil disobedience to change the world. It is in this tradition the Jeremy walks.   In nonviolent action, we are prepared to assume the consequences. I understand that Jeremy has pleaded guilty to these charges.  As this is the case, it is yet another example to me of his integrity.   Jeremy did not benefit from anything he may have done and his actions were toward the cause of transparency which is essential for democracy.

Your Honor, we all need more compassion and Jeremy is no exception.  He is a young man who I believe will make the best of his situation and find ways to contribute even if he is in jail.  I hope however that you are able to limit his time in prison, if you are unable to grant him time served.

Sincerely and with respect,

Lisa Fithian
Alliance of Community Trainers
United for Peace and Justice
Organizingforpower.org

B 24

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

10/15/13

Dear Judge Preska:

My name is Adam Gaya, I currently live in Seattle Washington where I am active in the environmental community and work with a number of non-profit organizations including ForestEthics and the Washington Conservation Voters. From 2008 to 2011 I lived in Chicago, Illinois and was a friend of Jeremy Hammond's. I have been following this case both as a friend of Jeremy's and as an activist who was shocked and dismayed by the information his act of civil disobedience brought to light.

I am aware that Jeremy has pled guilty to a violation of the Computer Fraud and Abuse Act. However I would like to take this opportunity to urge that he be treated with compassion at sentencing.

I knew Jeremy for three years in Chicago, as a fellow activist and as a friend. What struck me about him most was always his profound compassion for other people and his passionate opposition to injustice and bigotry. I remember Jeremy's frustration with the underlying racism of Chicago, a city still quite segregated in our day and age. I also remember his strong empathy with the Native People's who opposed the Vancouver Olympics co-opting their traditional symbols and lands. Jeremy was so often motivated by empathy, you could see that he had a unique ability to share the pain of those who suffered injustice.

My recollections of Jeremy are all of a kind, empathetic, passionate young man, trying to help right the wrongs of this world.

Jeremy has served over a year in prison and has often not had contact with his family or loved ones. He has served this time for an act of civil disobedience which brought to light questionable activity by corporations and our government. Information which the public is better served knowing. As an activist and professional in the environmental movement I found it shocking to see the extent to which private companies like Stratfor were investigating and using surveillance on many of the organizations I worked for. Jeremy's actions were not made for financial gain but were politically motivated acts of civil disobedience to expose this questionable activity.

And Jeremy has already paid a significant toll for his civil disobedience, having been incarcerated under extreme conditions for the past 20 months. Jeremy's time already spent exceeds the potential sentences of his co-defendants in the United Kingdom and contrast sharply with those in Ireland who will not be prosecuted.

Civil Disobedience has a long history and tradition in America from the suffragettes, to the civil rights movement, right up to the modern environmental movement. Jeremy's actions fall within this American tradition and he has already paid a steep price for taking his moral stand. Please treat this kind man, our friend, with leniency at sentencing.

Sincerely,

# Christine A. Geovanis

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 15, 2013

Dear Judge Preska:

I'm a writer and political activist in Chicago, and the co-coordinator of HammerHard MediaWorks, a grass-roots media project that supports non-profit groups and community projects seeking to address inequality and inequity around a wide range of issues, from immigrant rights to access to affordable housing. I'm well known regionally as an advocacy journalist, documentary photographer, advocate and adviser to many grassroots struggles for economic and social justice.

I've also had the opportunity to take in the work of Jeremy Hammond as a fellow activist for many years. While I do not know Jeremy well, I literally cannot count the number of protests, public actions, community forums and civic gatherings I've met him at over the course of the last decade. At each of these events, I've watched him participate as a passionate and peaceful member of larger groups organizing to stand up for the rights and needs of the most vulnerable in our society. Often he was distributing free food to participants and participating in musical ensembles as part of peaceful street theater. He was always re-spectful, thoughtful and kind – the kind of person with whom one is proud to march and proud to know as a fellow activist.

I understand that Jeremy has pled guilty to a violation of the Computer Fraud and Abuse Act, and I write to urge you to treat him with compassion in the sentencing phase of this trial.

Jeremy sought no financial gain from his actions, which he undertook as politically motivated acts of civil disobedience. As you know, Jeremy's co-defendants in Ireland will not be prosecuted, and in the United Kingdom those who are already convicted will not spend more than 16 months in prison. I ask that you consider showing the same kind of leniency in Jeremy's sentencing that UK law provides for those al-ready sentenced in relation to this case.

I have every confidence – in fact, I would stake my reputation as an activist and as an advocate – that Jeremy can and will return to civilian life as a valued and responsible member of society. Please consider using the discretion and wisdom you possess as a respected member of the bench to afford Jeremy the opportunity to return to our community in as short a timeframe as possible.

Sincerely,

Christine Geovanis

October 12, 2013

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Preska,

My name is Sidoni Gonzalez, I am currently the executive director of a music school in Chicago, Illinois., and I am writing this letter in support of Jeremy Hammond. I have known Jeremy for about 3 years. Jeremy quickly became someone I admire and respect very much. His ability to connect with people and his peaceful and fun-loving energy astonished me.

Jeremy and I met doing work for Food Not Bombs in the Pilsen community in Chicago. Food Not Bombs was a food distribution program that served healthy, home cooked meals to people in the community whose access to such resources is often scarce. More recently this program has evolved into a distribution of fresh groceries. Jeremy had been part of Food Not Bombs long before I became involved with the program. He was always friendly and helpful in teaching me how Food Not Bombs worked and eager to pass on any other useful knowledge.

I was raised in the Pilsen neighborhood where I met Jeremy. Pilsen is a predominantly Latino neighborhood rich in culture, love and energy.  It is located on the south side of Chicago; Pilsen is well known for its murals, art galleries, café's and generous people. Unfortunately, Pilsen also suffers from gang violence that is mostly orchestrated by the youth in the community.

Jeremy's enthusiasm for social work inspired me to get more involved with the youth in my community. While working together we had plenty of conversations about our duties and responsibilities to those around us; and the impact we could have on the lives of those we interact with. Since then I have been able to volunteer my time at Mujeres Latinas en Accion, a non- profit organization dedicated to helping and supporting domestic abuse survivors and their families. The specific project I am involved with is Proyecto Juventud (Project Youth) a sex education, after-school program for women 12-17 years of age. We provide them with a safe space to do homework, twice a week we engage them in outdoor activities that promote physical health and create workshops that teach them leadership skills. Jeremy has been a big influence for me to get involved with such programs.

I understand that Jeremy plead guilty to violating the Computer Fraud and Abuse Act. I honestly believe that his actions are in line to his deep-rooted beliefs of social justice and love for the world community he is a part of. His actions were non-violent and he did not do it for any personal gain. He never used any of the credit card numbers to purchase anything, let alone anything for himself and he definitely did not do it for the fame. At the time if his arrest people around Jeremy were dumbfounded and only found out the reason

B 27

for his arrest through media outlets the following day. I ask you to be lenient with his sentence. Not only because a vital member of our community would be returned to us but also because I truly believe Jeremy has many productive things to do in the community he belongs to.

Truthfully,

Sidoni Gonzalez

B 28

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY. 10007

10/08/2013

Dear Judge Preska:

       I have been made aware that on November 15th you will be deciding the fate of my good friend, Jeremy Hammond. I am writing this letter to plead with you for leniency in his case. I am aware that he has plead guilty, but I also know that, and dealing with him only within the context of the courtroom, the Jeremy that you have come to know is not the person that I know. It is not the person that cares deeply about his community, or has a dozens (if not hundreds) of people who care about him deeply, and will be hanging in desperation as you hand down your sentence. I am, and feel honored to be, one of those people.

       I used to work with him at a food distro every Sunday on the South Side of Chicago. He was always excited to be there helping people. I know it is such a cliché to say that somebody is a "pillar of the community", and wouldn't use a term like that lightly. However, I do feel like it is true in his case. He is very passionate about taking care of people. A couple of years ago, I experienced this trait to its full effect. I had fallen on hard times and was on the verge of homelessness. Without me even asking, he offered to put me up for a couple of months. Long story short, it was enough time for me to turn things around and get back on my feet. To this day I am truly touched by this act of compassion, an act that most people in this world are not even capable of. This is the nature of Jeremy Hammond.

       I do not wish to take up too much of your time, Your Honor. Of course, I am aware that he allegedly leaked a lot of people's information. However, I am asking that as you hand down his sentence that you remember that however long Mr. Hammond is away is the same amount of time that a truly great man (a great citizen, even) will be missing from our community. Please do the write thing, and God bless,

-Ben Goodman

B 29



**HackThisSite.org**

*A free, safe and legal training ground for hackers and hacktivists.*

Honorable Loretta A. Preska                                    October 1, 2013
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007


Your Honor,

First, please allow us the opportunity to express our gratitude in both you spending your understandably precious time in reading our letter, as well as for serving your community in one of the most esteemed positions within the foundations of our country's trifecta of checks and balances.  As you may be aware, we write you today in regards to Jeremy Hammond, in a case which you humbly preside over and hold the burden of delivering sentence.  Before we begin, we would first like to formally introduce ourselves in hopes that you understand the importance of our involvement and the plea we are about to make.

We represent the staff and collective community of HackThisSite.org.  In 2003, Jeremy Hammond founded a *legal* organization entitled *Hulla-Bulloo*, created to engage its users in understanding hacking, hacktivism, and all technologies and politics in between.  Months later, *Hulla-Bulloo* became HackThisSite.org (hereinafter, *HTS*).  To this day, HTS has remained a bastion of ethical hacking and hacktivism, a series of principles originating from Mr. Hammond, serving its community of over 1.8 million worldwide users.

We would also like to break momentarily to highlight an extremely important fact that in these and most contexts, hacking refers to the act of learning information technology security practices, and hacktivism refers to the act of being politically savvy and active with regard to technology (e.g. engaging Congressmen regarding SOPA).  These are highly important distinctions because, all too often, both words hold an often unfair definition of notoriety, and we fear the wrong message is sent when an intelligent

**1**

B 30

and computer-savvy individual is bestowed the label of 'hacker' or 'hacktivist'.  These are titles of pride and honor, and should be understood as such.  But we digress...

Mr. Hammond, in his years of running HTS, built the idea that users can become hackers and hacktivists to not only make a change in information technology security, but indeed in the world itself as well.  He held firm in his ideology that the work he did and the community he led was done in such a way to better everyone.  And we believe, unwaveringly, in his core philosophy, to do whatever is necessary to make for a better and more secure world.

As we are sure you are aware, and perhaps even impacted by, the United States government at the time of this writing is in a shutdown.  Furthermore, leaks by former-CIA contractor Edward Snowden have displayed massive and highly questionable domestic spying unleashed upon the citizens of the United States.  These are acts that highly pain people such as ourselves, and Mr. Hammond.

In our world of hacking and political activism, we act among the spirits of those before us who fought (and sometimes died) for their beliefs in civil rights.  In the mid-twentieth century, young African American men and women fought with every ounce of their lives for the right to be treated fairly, as our Constitution affords us.  Many were unjustly imprisoned merely for their actions of civil disobedience, when their only crime was begging, pleading for the ability to be granted the same civil rights as those of a lighter skin tone.

Today, we hacktivists fight for similar causes.  We believe in the right to perform our business, both personal and professional, with our privacy and other civil rights respected and not encroached upon.  We believe in the opportunity to progress in life as our previous generations were able to.  We believe in the honor and integrity of our country, including the transparency to view the actions our government performs on our behalf.  We believe in the ability to operate our country as the constituents which place our representatives in place to perform our collective desires, and do so without fear of reprisal or reprimand.  But above all, we believe in our ability to make change happen when nothing else works.

What Mr. Hammond did, he did as an act of solidarity with the support of those of us too afraid to act, for fear of being punished as Mr. Hammond is today.  What Mr. Hammond did is akin to the acts of Edward Snowden, Chelsea Manning (formerly Bradley Manning), Barrett Brown, Julian Assange, and many others, whose only true crime was not being able to be the change they sacrificed themselves to be.  Mr. Hammond, along with the aforementioned others, did what they believed was the most righteous path to invoke the change necessary for us to survive and progress.

2

It is no secret that the Computer Fraud and Abuse Act (CFAA) has been interpreted far, far beyond its original intent by many courts in ways unimaginable when it was passed in 1984.  In the almost *thirty* years since this law was passed, computing technology has progressed beyond anything conceivable.  In fact, in 1984, the Internet, personal computing, email, and practically everything else technology-wise were unknown to the general world, exclusively available only to select government agencies and educational institutions.  It is therefore impossible to appropriately apply its original writings as implied in 1984 to today's standards and technology, as far too much has changed in the three decades since.  The Electronic Frontier Foundation, an active participant in Mr. Hammond's case, has written much on this problem: https://www.eff.org/issues/cfaa

Judge Preska, you have the authority to hand down a sentence, up to ten years, that we at HTS and thousands of others feel is outside the original intentions of the CFAA.  You are a kind and just woman who honorably obtained your esteemed position of Chief Judge of the United States District Court for the Southern District of New York, and we absolutely understand the necessity of your role as a United States judge to properly interpret the law and apply it as delicately as necessary, ensuring a punishment is properly and fairly befitting.  You hold the responsibility of interpreting and enforcing law, and the ultimate and most heavy burden of delivering a sentence.

Therefore, we must implore you to consider the fairness of applying a thirty-year-old law and its years of wildly disproportionate interpretations when sentencing a young man, Mr. Hammond, for acts he believed were truly necessary to ensure the continued safety and security of our great nation and its people.  We appeal to your kindness, to your civility, and, most importantly, to your own desire for personal freedom and civil rights, to understand Mr. Hammond's actions, and deliver a sentence that is truly fair.

Your Honor, we beg of your compassion: In honor of civil rights and a most fair delivery of punishment, please do not deliver a ten year sentence.  Mr. Hammond's co-defendants in Ireland and the United Kingdom who were already convicted faced no more than 16 months, some of which have already been released.  Mr. Hammond has already spent over one and one half years incarcerated for his act, and we feel he should not face much more time imprisoned than truly necessary, which a thirty-year-old far outside its times and technology law cannot account for.

If the inconceivable burden were upon us to pass sentence, we would impose upon Mr. Hammond not more than 6 additional months in prison, and a minimum five years of probation, heavily restricted from computer use and mandated to undergo therapy for the abusive use of computing technology.  Judge Preska, you hold the exclusive ability to set a reasonable precedent for future computing crimes, and show that the CFAA can be used fairly and justly in the modern times since its inception.  We

**3**

trust you will do what is right, and show the nation and the world the United States justice system has adapted appropriately with technology and the crimes that come with it.

Very respectfully and sincerely yours,

*~ HackThisSite.org Staff ~*

To:
Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 14, 2013

Dear Judge Preska,

My name is Gregg Housh and I am an activist and someone who fights against over-prosecution, censorship, corruption, and much more.  I first learned of Jeremy Hammond in 2004 at a conference in Las Vegas (DefCon.) He was giving a speech on Electronic Civil Disobedience. This is something I care a lot about. The topic of protesting in some way online is very unclear at this point, we really don't know how to do it properly yet.  In the past you could use the standard methods of a sit-in, marching, rallies, and so on.  These do not transfer simply onto the internet in any way that the law recognizes currently. I took a lot from Jeremy's talk and a lot from subsequent events he was involved in. The most important thing I got out of knowing Jeremy was the idea that we must find a way to express ourselves online in the same ways we have available to in the real world. This is key to the continuation of our country as a true democracy. I believe Jeremy spent a lot of his time thinking of this and related problems, and for this reason I believe some compassion and even empathy should be shown.  This is not a simple question and it will be years before it really takes shape, but in my opinion people like Jeremy are on the forefront of that discussion, and it's a very important discussion.

The few interactions I had directly with Jeremy were always amazing. He was not only a super intelligent person, but an amazingly kind and generous one as well. Of the people in this community he was always someone others could turn to in down times for support. There was never a moment that he didn't have time for someone who needed him.

The offence he has pled guilty to falls under a law (CFAA) that was written before the internet existed. The law itself does not have any understanding of the internet or how it works written into it and for that reason is leading to serious over-sentencing of some of the brightest young minds in our country. The language of this law is broad and written for a time when the World Wide Web wasn't even a vision in Tim Berners-Lee's mind yet. In other countries, like Ireland, co-defendants in this case will not even be prosecuted. In the United Kingdom the maximum his co-defendants will spend in prison is 16 months. For similar crimes in countries like Norway with much more recent legislation on internet based crimes, crimes of this nature rarely lead to more than a year in prison. I implore you to show Jeremy leniency.

In the end Jeremy's actions come down to politically-motivated civil disobedience and we must find a way to accomplish that in this country without sending our brightest minds to prison.

Sincerely,

Gregg Housh

Gregg Housh

Dear Judge Preska,

My name is Chris Howard. I am writing to you on behalf Of Midwest Books Through Bars, a non-profit group which sends out books and other reading material, free, upon request to anyone who requests it. The majority of the people who we send books to are currently incarcerated or receiving treatment at halfway houses. I became involved with this group several years ago when Jeremy introduced me to it. Im happy to say that, after almost 6 years,I still have the privilege to be working with a group that provides education and knowledge free of charge to people, who have otherwise been forgotten about in our society. Before Jeremy's arrest he was always the person who played the biggest part in Midwest Books Through Bars. Every week he would show up early and get everything set up and would often prepare food for everyone once they arrived. His selflessness could never be surpassed, I remember on several occasions where we had run out of funding for that week (as all funds we have to send out books are donated to us), and Jeremy would pay all the expenses out of pocket and never asked to be reimbursed. It's not as if he's sending out these books to his close friends, these are people he has never even met before but simply asked for some help from him. Jeremy always talked about how important education was and how nobody deserves to be denied a proper education in life. His selfless actions have inspired countless people in our community and have set a standard for how we should treat one another. I ask you, Judge, to please show leniency in his sentencing, Jeremy is someone who we need in our community and things just haven't been the same without him around.

Thank you for your time,

Chris Howard

B 35

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 2, 2013

Dear Judge Preska:

My name is Rose Catherine Howell and I have known Jeremy Hammond for over eight years. I am a college student on the honor roll, the Dean's list, and I am a member of the Phi Theta Kappa Honor's Society. Over the last eight years, I have admired much of Jeremy's volunteer work and community service. I understand that he plead guilty to violating the Computer Fraud and Abuse Act (CFAA).

When I lived with Jeremy in Chicago, he impressed me with how much time and energy he spent trying to make the world a better place. I have seen him help build and maintain a community computer lab, the Dai5ychain, which allowed free Internet access to community members of all ages. Every week, he would help a volunteer organization cook large meals and feed anyone in the neighborhood who would take a plate. Even at house meetings, he showed his sense of fairness when he insisted that everyone take turns moderating, and he made sure everyone was given a fair chance to speak and really be heard.

I went to live with Jeremy and his friends in Chicago after my husband passed away in October, 2006. They were incredibly supportive, and I really don't know what I would have done without that support. I cannot overstate my gratefulness for their help and comfort during that time. We have remained friends over the years, and Jeremy has continued to impress me with his passion, compassion, and conviction for what he believes is right.

I understand that Jeremy's co-defendants in Ireland will not be prosecuted, and in the United Kingdom they were sentenced to less than 16 months in prison. I imagine you see a lot of different types of criminals before you, but I really believe that Jeremy is unlike any of them. The law that he was found in violation of was written in 1984, before the Internet existed as we know it. Even now, there is a bipartisan bill, known as Aaron's Law that has been introduced to Congress by Representatives Zoe Lofgren (D-Calif.) and Jim Sensenbrenner (R-Wis.) to reform the CFAA. I sincerely hope that Jeremy does not get caught in the cross-fire while the legislators struggle to keep up with advancing technology.

Jeremy said he did what he did as an act of politically-motivated civil disobedience. He is not a criminal in any normal sense of the word. He received no personal gain from his actions, and even now while he sits in prison, he asked for his donation money to go to other people who needed it more.

I would like to ask you for leniency in sentencing. Jeremy is a valuable member of the community. Taking into consideration the sentences received by his co-defendants, I believe Jeremy has served enough time in prison, and upon release, would return to his community service and volunteer work.

I appreciate your time and consideration.

Sincerely,

Rose Howell

Rose C. Howell



# ABDEEN M. JABARA
## ATTORNEY AT LAW

October 9, 2013

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Preska,

I am a 73 year old attorney, now semi-retired, who has practiced law in Michigan (20 years) Washington, D.C. (current member of the D.C. Bar) and New York (since 1998 until this year). I have represented a broad range of clients in both civil and criminal matters. I have always held to the belief that the law, the way in which it is interpreted, and the way in which it is applied, must be responsive and protective of core freedoms enshrined in our great Constitution. In particular, the First Amendment of our Constitution and political speech that seeks to enhance a robust and challenging debate in society at large.

I first became aware of the case of Jeremy Hammond before his extradition from Illinois to New York State through a phone call with a long time friend and colleague in Chicago, attorney James Fennerty. Jim described a bit of the background of the case, as he was seeking counsel for Jeremy in New York.

I have tried to follow the course of his case after its transfer to New York and attended the request for bail hearing held before your honor.

I know that Jeremy, being represented by counsel, has pled guilty to a violation of the Computer Fraud and Abuse Act and that he is now scheduled for sentencing before your honor.

B 37

I write this letter in support of a sentence that will not exceed the time he has served, plus the amount of time that persons charged with and convicted on the same acts in England. In this later case the defendant received not more than 16 months. The integrity of the judicial system and maintaining public trust in it demands that disproportionate sentencing be eschewed in this case and all others.

I met Jeremy Hammond on one occasion during a visit with him at the Metropolitan Correction Center some six months ago. We spoke about his case, his background and his hopes. It was a most interesting conversation in which I found him both a bit nervous but also thoughtful and intelligent, well-meaning, sincere, with a high degree of caring for others. Most apparent was the total absence of any anger, vindictiveness or revengefulness.

Jeremy was never involved in the crimes with which he was charged and for which he pled guilty for any personal financial gain or fame.

I respectfully ask that Jeremy's background as I have attempted to delineate will weigh heavily in his favor as you decide in your wisdom an appropriate punishment - a punishment that will be consistent with an open, compassionate, transparent and democratic society.

Sincerely,

Abdeen Jabara

TO: Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

[redacted]

October 8th, 2013

Dear Judge Preska,

My name is Ashley Jackson. I am currently an accounting student & would consider myself a community organizer specifically around labor issues. I am writing to you today in regards to Jeremy Hammond. I am aware that he has pleaded guilty to a violation of the Computer Fraud & Abuse Act. I urge you, when deciding his sentencing consider it from a place of compassion.

I've known Jeremy for a handful of years & know him to be one of the most caring, empathetic, kindest people I know. As an active community member, I've seen him put his needs 2nd to help out others. A concrete example of this was using his music to help raise money for various projects such as money for legal aid for friends, general support, etc. He also regularly volunteered his time to serve food to those who were going hungry such as

October 8th, 2013

the homeless.

I also would like you to consider that he had no financial gains from his actions which he undertook as politically-motivated acts of civil disobedience. A community servant, such as yourself, I would hope would do their duty to protect the rights of those in this country to express their politics. I believe that even a guilty plea can be respected with considering time already served & leniency.

I urge you to again, sentence from a place of compassion & realize how many people care about the future & well-being of Jeremy Hammond.

Thank you for your time, Sincerely,

Ashley J. Jackson

B 40

Joseph Gordan

Hon. Judge Loretta A. Preska
Chief Judge
Southern District Court of New York
500 Pearl St.
New York, NY 10007

10-12-13

Dear Judge Preska,

I know Jeremy for a few years now. What's more, I know of Jeremy Hammond for even longer. He is well known in Chicago (where I have been, and have several friends currently living) as a tireless, vocal opponent of racism, which is rampant in the neighborhoods where he has lived, and this country in general. Too few white people are willing to educate other whites about their oppressive language behavior, and fewer still put themselves out in order to speak up against racists when they organize or otherwise intimidate re people of color. Jeremy always goes above and beyond to create a space where all feel free and safe.

I met Jeremy through Food Not Bombs friends in both Chicago and NYC, where time and personal finances were "eaten up" by the members' need to consistently provide free food to those in need, week to week, in the cities' parks. I am surprised I never ran into him during my early days of activism in the anti-war movement, as we both organized against it around 2003. When I think of Jeremy, above all, I think of compassion. It is therefore compassion I ask of you, Judge Preska, in the form of leniency toward my very good friend, who is to be incarcerated for what amounts to non-violent civil disobedience in protest of what he (and many of us) believe to be something that kills people. He did not profit personally or economically from this act to which he has pled guilty, nor was anyone physically harmed.

I ask you to take into account the leniency showed those in Ireland/the U.K. who are guilty of the same offense, and also the disproportionate sentencing around Computer Fraud and Abuse Act defendants (CFAA) in general.

This country is celebrated for being founded by rich white men willing to kill to avoid paying taxes to the British government. The men who did this, who owned my African ancestors, are "heroes." Jeremy harmed none in pursuit of what is right — please show him compassion and impose the most lenient sentence possible. This world is much better with him free in it, not in a cage.

Thank you,
Joseph P. Jordan

B 41