Honorable Lorreta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY. 10007

Dear Judge Loretta Preska,


Your Honor, I beg of you to take leniency in Jeremy Hammond's case. If you look at it from many peoples perspective, he has and amazing mind.  If he is allowed to redirect that thinking to a cause that betters humanity and advancement of civilization as a whole it would be an amazing asset.   Not just to the USA but to the world thanks to the new era of the internet.

I have known Jeremy for the last 4 years and the guy makes me feel like an idiot, his mind processes things in a different yet more efficient way than mine.   His problem solving skills and dealing with conflicting groups and issues is just amazing.  I have never met a person that can make a round peg fit in a square hole quiet the way he can. And most of these were just in social tension situations or issues relating to things such as me not being able to drive to work for a few weeks.

I know you have probably only seen the prosecutor side and the grey line things he has been accused of, but in mine and many other opinions Jeremy is among the best and the brightest of his generation. Many would agree it would be a step back in our advancement in humanity as a whole to use him as an example by punishing him on the extreme side of the sliding bar.

As progress in a civilization such as the United States of America and as the world in whole, progress and advancing is key. Using a unique and above average person like Jeremy as an example would hurt not only him but others.  Other progressive thinkers would be forced to second guess bringing up problems with issues that affect many as well as the solutions they feel would fix them.



Thank you for reading this,

Sincerely

Vincent Kershaw

B 42

Robert M. Leone, Jr.

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 8th, 2013

Dear Judge Preska:

I am writing to you on behalf of Jeremy Hammond.

My name is Robert Leone. I have been teaching in the Chicago Public school system, and playing music at the First Lutheran Church of the Trinity, for the past eight years.

When I first met Jeremy Hammond, three years ago. I realized right away that he was a strong leader in his community, and I was immediately impressed with his commitment to social justice. One project he gave his time and money to was "Midwest Books to Prisoners", a grassroots organization that sends books and letters to prisoners.

I have been a devout Christian all my life. When I first met Jeremy, I distinctly remember having a theological debate with him. In short, I told him I was impressed that he was willing to spend time to help the lowliest members of society, and I told him that, even though you say you are not a Christian, your actions show me you are the best example of one.

I am aware that Jeremy has pled guilty to a violation of the Computer Fraud and Abuse Act. I am asking for leniency in his case, because I know the decisions he made were ultimately born out of a love for humanity and desire for freedom and justice for everyone.

Sincerely,

Robert Leone, Jr.

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 14, 2013

Dear Honorable Judge Preska:

My name is Regan Maher and I am a friend of Jeremy Hammond. During the time I lived in Chicago, Jeremy and I met because we were neighbors. As we grew closer, I worked alongside Jeremy on organizing number of activist community service projects that brought food, books, and other critical resources to people in need. I am aware that Jeremy has pleaded guilty to a violation of the Computer Fraud and Abuse Act. I believe that Jeremy deserves your compassion because I have never seen Jeremy act out of any motivation besides the utmost kindness in his heart.

I have known Jeremy Hammond and his family for seven years. We worked as volunteers to cook food for the homeless. This connection led to our later collaboration for several years on a project to send free books to inmates. He attended these service groups consistently, week after week. He was the one person in our service group that I knew I could always depend on. He is not a person with an ego, or something to prove. He always supported the project quietly, plugging away diligently to help care for people in need. Many people attend this sort of project for the recognition of their peers, but Jeremy always seemed to be motivated purely to help. His behavior has always been that of kind and gentle person who cares deeply for those who have fallen victim to the injustices of the world. He has always been there for me, personally, when I have needed someone to talk to. Because of his compassion, he has always been someone I felt like I could count on.

I humbly ask for leniency in Jeremy's case. I do not necessarily agree that his means were appropriate, but I know without a doubt that he acted out of a sense of justice. Jeremy gained absolutely nothing from what he has done, though he took a great risk to get there. He is a person who cares for the world with a great compassion and I truly believe that he will recognize the wrong that he has done, and move on to live up to his potential. Thank you very much for taking the time to read my request.

Sincerely,

*Regan Maher*

Regan Maher

B 44

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

November 8th of 2013

Dear Judge Preska:

This is a letter asking for leniency for my friend and colleague Jeremy Hammond. My name is Juan Marte. I am a musician and an activist from the city of Chicago. I've known Jeremy since 2006 when I decided to move to Chicago perusing a musical career. I am aware that Jeremy has in fact plead guilty to a violation of the computer fraud an abuse act. And I believe he should be treated with compassion.

Jeremy is a talented artist, a proficient musician, a computer genius, and  a crucial figure for the Chicago activist community.
During the time I've known him, he has organized events in solidarity with the immigrant community, environmental awareness, prison solidarity and social justice in general.

Considering the fact that Jeremy's co-defendants in Ireland will not be prosecuted and in the united kingdom, those already convicted will not spend more than 16 months in prison, I believe the US justice system is being too severe on Jeremy. Please treat him with compassion.

Thank you.

Juan Marte

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Tuesday, October 8th 2013

Dear Judge Preska,

Hello, My name is Abraham Martinez; I'm a local artist, educator, musician and screen-printing mentor for the youth in the Pilsen community in Chicago.

I first met Jeremy about 5 years ago in a fundraising event; we played in different bands yet somehow found each other musically and were able to share a lot of musical and personal connections with one another. Through the years his kindness and knowledge has made me realize that he's a vital member of our community. Whenever I think of Jeremy I think of a brother whose compassion and abilities to share his knowledge and patience with anyone without recognition should be honored. He has helped me grow as a person and to this day I will forever be thankful to him. I believe that I don't just speak for myself when I write this but for the countless people whose path he has crossed and hopefully soon will be able to hug him and hold him.

I'm aware that Jeremy has plead guilty to  a violation of computer fraud and abuse act and I believe that he has committed an act of dissent and not a criminal act.

Just as his co-defendants in Ireland and the United Kingdom, I believe that Jeremy should be treated with leniency and compassion. Jeremy's actions were never motivated by money and rather they where politically motivated acts of civil disobedience.

I hope that you consider this as a plea from a community member for the reduction of Jeremy's sentence.

Sincerely, Abraham Martinez.



October 7, 2013

Honorable Loretta A. Preska
Chief Judge Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Preska:
Jeremy volunteered with the group I helped start, Food Not Bombs, providing food to the hungry in the
Chicago area. He is a very good hearted young man and does not have any desire to intentionally harm
people. He may have been misguided in is effort to provide information about surveillance but only out of
compassion  for his fellow human being.

I have followed his case both through visits with his closest friends and the media and know that Jeremy has
pled guilty to a violation of the Computer Fraud and Abuse Act.  I believe from the times I have visited with
Jeremy and his work feeding the hungry that he is a real asset to our country and should  be released as soon
as possible to continue with his positive contributions. We really need more people like him working to make
America a better nation.

Jeremy's co-defendants in Europe have been sentenced to the time he has already done while waiting trial
and it would be so compassionate of your court to give him credit for time served.

Jeremy was not interested in profiting from his sharing of these files but just wanted to add his voice in
support a free and democratic society.  I know that he expressed concern about the level of surveillance in our
society and its possible implications for our country and did not take this act of civil disobedience with malice.
I know he did not wish to place anyone in physical danger.

Please know Jeremy is loved and considered a valuable member of society. Please consider sentencing him to
time served and freeing him to do more good for our community.

Keith McHenry

Debra Michaud

October 22, 2013

Honorable Loretta A. Preska
Chief Judge
Sothern District of New York
500 Pearl Street
New York, NY 10007

RE: Jeremy Hammond sentencing

Dear Judge Preska,

I write on behalf of my friend and colleague Jeremy Hammond. I am a business owner in Chicago and a volunteer on environmental causes. I've have known Jeremy since 2009.

Jeremy and I worked very closely together in the Chicago Chapter of the Rainforest Action Network for a couple of years. I founded this all-volunteer group to raise awareness about environmental issues in the region and globally. We collaborated with other environmental organizations including the Sierra Club, Environmental Law and Policy Center, and a couple dozen other organizations on a campaign involving two of the oldest and dirtiest coal plants in the nation (a campaign that ultimately succeeded in shutting the plants down). These plants were shown by a Harvard University study to cause 40 deaths annually, in part because they were in the most densely populated areas of all power coal-fired power plants in the nation.

Jeremy and I spent countless hours together working on this and other environmental campaigns, and I got to know him quite well as a volunteer and as a friend. We attended trainings together, we organized fundraisers and events, and we worked together to help to build a vibrant environmental movement in Chicago. Jeremy was a central and important member of the group -- he not only built our website and designed promotional materials, but he contributed at every level to build a cohesive group and successful campaigns. Jeremy had a special talent to bridge different communities together. Our group attracted a wide range of volunteers from varied backgrounds -- our ages spanned 16-75, and we were a mix of professionals, students, academics, physicians, lawyers, artists, NGO directors, writers, and teachers. Jeremy was well-liked and respected by everyone. He was highly valued for his unwavering ethical clarity and commitment to living in alignment with his values.

Jeremy stood out in the group on several counts. He is an extremely hard worker and yet never sought the spotlight or recognition. Jeremy was always someone who could be counted on to meet his commitments and complete promised work.

Jeremy is open-minded and a very thoughtful team player. One could talk with Jeremy on any subject. While he always had an opinion, his concern was not controlling the direction of the group, but making sure that all voices were heard and respected. He was a persistent advocate for maintaining a truly democratic process that allowed the group to be welcoming

B 48

and open to any volunteer. He had endless patience with the sometimes messy process of decision-making in a non-hierarchical organization.

Jeremy's values can probably best be understood by looking at the close-knit home community he created. I could see that he was similarly a peacemaker and important bridge between people at home. Jeremy's world-view is a communal one, where people take care of on and support one another. In the way that American mainstream culture endorses this of the nuclear family, Jeremy's created "family" could count on one another. His home had an open door -- if someone needed a place to stay, a warm meal, or an ear, they found a haven there. The generosity and openness of that home was palpable to any outsider who entered. This generosity and caring extended far beyond the walls of their dwelling. They volunteered countless hours in the community. They povided free hot meals in a public venue every week to anyone who showed up. They would organize fundraisers for local community groups, and organized free educational events. In the same spirit that Occupy volunteers were the ones who ended up doing much of the crucial community relief work after Hurricane Sandy, Jeremy's household worked tirelessly to make their broader community a better place for everyone.

Jeremy worked not to make or save money or buy possessions, not to make a name for himself or gain recognition. He comes from a place of selflessness. He's not about ego, heroism, self-promotion, or grandiosity. His vision for the world may be utopian, but is motivated by a great compassion for the world's oppressed. Your honor, you may not agree with Jeremy's actions that brought him to this place, and as a young man in his 20s, surely he has already grown and expanded his worldview from this experience. But Jeremy's actions did not come from malice in his heart. They came from a place of love for the world and a passion to make the world a better place for all life. This was always clear to me and to everyone who worked with Jeremy, and it is why he was able to connect with people of such different backgrounds. His deep compassion was most obvious in public events when it was always invariably Jeremy who straggled behind the crowd to help carry or push his disabled friend in a wheelchair. It was always Jeremy who made sure that no one was left behind.

Your honor, in consideration of Jeremy's character and his good behavior while in prison I ask that you please consider offering him time served as a sufficient sentence.

Thank you for your time and consideration.

Sincerely,

Debora Michaud

Debra Michaud

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Tuesday, October 8th 2013.

Dear Judge Preska:

My name is Viviana Moreno. I am currently living in Chicago. I'm a full-time student and worker. I currently sit on the Board of a Latino LGBTQ Organization based in Chicago called Orgullo en Accion.

I met Jeremy three years ago while he was playing a benefit show along with may other musicians in the Chicago community. Although I did not get to have a lot of personal contact with Jeremy, we had a lot of friends in common, so I would see him once in a while. His character was always gentle and very kind towards anyone who would strike up a conversation with him. I could tell he was very smart as well. Often I would see him play chest with a lot of folks who I consider good friends. What I saw in Jeremy was a complete dedication to his community, often going from one benefit fundraisers to another in order to be able to help out and collaborate with whomever might need it.

I'm interested in Jeremy's case because I believe he is being treated in a way which completely contradicts his kindness and dedication for social justice. I believe Jeremy committed an act of dissent; not a criminal act. I am aware he has pleaded guilty to a violation of the Computer and Abuse Act. I believe Jeremy should be treated compassionately, since he has actually done a service to the Chicago and U.S. community in general.

Why is it that if he has committed the same offenses as his co-defendants and his punishment is a lot harsher? Why is he not being allowed the same leniency as the others?

I must remind you that Jeremy had no financial gain from his actions. He was purely politically motivated to uncover a truth he thought must be exposed to the general public.

I ask you for leniency on his sentence, and in his case overall. We want to see Jeremy back in his community. A community, to which he has dedicated many years of his life to assert the presence of just and equal treament for all.

Thank you,

Viviana Moreno

Judge Loretta Preska,

Greetings your honor, my name is Matt Muchowski and I wanted to take some time out of my busy schedule to write to you in support of leniency for Jeremy Hammond, the computer hacktivist who has plead guilty to the hacking of Strategic Forecasting and leaking those documents to the public. I realize that you are also very busy, but I hope that you are able to take a few minutes and listen to the voices of the many people whose lives Jeremy has impacted in a positive way.

I first met Jeremy in college, even though we went to different schools in Chicago, we were both very active in the youth anti-war movement. Jeremy struck me as an energetic and passionate person who wanted an end to violence and war. At the time, we were outcasts from public sentiment. It felt like the whole country was cheering 'shock and awe' while we were concerned about all the loss of life. Eventually the majority of Americans came to agree with us, and I take great pride in knowing that while our leaders misled us into a war that had enormous consequences for civilians, soldiers, and the economy; young people like Jeremy were speaking out and trying stop the war before it was too late.

As we grew older, we drifted apart, but I would run into him from time to time. I remember during the height of the economic recession, he was very active with a group called 'Food Not Bombs' in the Chicago neighborhood Pilsen. Pilsen is predominately a low-income Latino neighborhood, and Jeremy along with his brother and other volunteers, organized a functional and reliable soup kitchen and food pantry. There would be lines around the block of middle-aged Latina mothers, who were trying to get loaves of bread, and I would see Jeremy handing them out.

I think this speaks to the fact that Jeremy would always put others before himself.

Even with his computer skills, I feel like he tried to use them to benefit others. Jeremy is a computer genius, and like many genius' before, him, he often runs ahead of everyone else, and is stuck waiting for the rest of us to catch up. But unlike other genius', who use their intellect to advance their own careers or to take advantage of people, Jeremy has tried to educate people about those who are taking advantage of them. Jeremy might have climbed out of the dark cavern of ignorance, but he likes to show us how we can also climb up ourselves, and to inspire others to take some kind of action to change the world. Jeremy has never led by ordering others around and telling them what to do, instead he has led by example, allowing others to deduce for themselves how best to work for equality, justice and democracy.

You have made difficult decisions as a judge before, and you know that you are not the first to do so. While you will have critics no matter what your decision is, you should make a decision based on what is right. There will be many powerful people and groups who will applaud a 'tough' stance against a repeat offender of cyber-crime. Historically there have always been judges who ruled harshly against anarchists and activists. Today the history books remember Joe Hill, Sacco and Vanzetti and the Haymarket anarchists, with little mention of the judges who meted out death to them. One exception was Judge John Peter Altgeld. Algeld, as governor of Illinois in 1893, made the difficult decision of pardoning the surviving Haymarket Anarchists. It was a decision that was used against him in his reelection campaign, and likely contributed to his loss.

Yet today he has statues, streets and parks dedicated to his name and memory, because as the years have passed, passions have cooled and history was examined, society has taken a longer view on what happened, and came to view those activists and radicals in a more sympathetic light, and Governor Altgeld's decision has been vindicated over time as people have seen the wisdom and compassion that motivated his pardons.

It is my belief that a light sentence for Jeremy would also be vindicated, not only by his behavior, but by society's rapidly evolving views on what he did, and the laws used to prosecute him.

You may consider what kind of message a lenient sentence would send, and you may think that a harsh sentence would deter similar crimes by other hacktivists. But I think you really need to

B 51

consider what message you would actually be sending. A harsh sentence for Jeremy while the anonymous hackers who collaborated with him in Europe received light sentences would send a message that American justice is unduly strict and harsh for destitute activists, while bankers continue to be 'too big to jail.'

I encourage you to read Matt Taibbi's Rolling Stone article 'Gangster Bankers: Too Big to Jail." He details how despite helping drug cartels launder money, nations like Iran and Sudan evade sanctions, and helping move money for terrorist groups, HSBC faced no charges because according to Assistant Attorney General Lanny Breuer, "Had the U.S. authorities decided to press criminal charges, HSBC would almost certainly have lost its banking license in the U.S., the future of the institution would have been under threat and the entire banking system would have been destabilized."

Jailing Jeremy may not imperil the world economy, but it could be interpreted as an attempt to imperil the courageousness of a new generation of whistle-blowers and activists.

A New York Times article 'The Banality of Systemic Evil' by Northwestern University philosophy professor Peter Ludow, points out that 70% of young people believe that NSA leaker Edward Snowden did the right thing. If there had been similar surveys about Jeremy, I am certain that the numbers would be much the same. I believe that this generation is hasn't lost it's moral compass, rather it is those in power who have lost all sense of right and wrong in their desperation to hold onto power for themselves, and young people understand that better than anyone. They have grown up in a world where banks are bailed out but young people are forced into extreme debt to get an education that qualifies them for jobs that don't offer pensions, and where their ability to stay in good health in tied to their ability to have their labor be exploited so that others can get rich. They know that the game is rigged against them, and they cheer those who expose this game of three card monte.

You might agree with this young generation's critique of such spying, and you may see little difference between it and Jeremy's own 'unauthorized access' of private information. I believe this is a false equivalence. Jeremy was trying to inform the public about way's in which they are being spied on by private forces. Of which the Stratfor documents clearly show. Jeremy trys to reveal how regular people are being exploited and manipulated by those with power. While the NSA may claim that it is trying to keep people safe from terror, the reality is that they are not only violating the 4th amendment with next to no public oversight, but are doing so to protect the interests of the powerful. Jeremy hacked the few to inform the many, while the NSA hacks the many to defend the few.

To give Jeremy a harsh sentence, while no charges have been made against NSA directors, would send a message that the NSA's spying is OK, but that those who attempt to reveal and disrupt the interests of the powerful, are to be punished.

I do not think that the way Jeremy tried to inform the public of such corporate wrongdoing was the most productive or smartest way to do so. The legal consequences for him have already been disproportionate to his crime. However I believe that Jeremy's heart is committed to serving the public, and that if given a chance, he would put his skills to great use in a legal and socially responsible way.

I fear that a harsh sentence will not only limit his ability to use his skills for good, I fear that it will embitter him and that even years from now, he may not have the same energetic drive to make the world a better place.

I feel that Jeremy has tried to do much of his activism in socially acceptable ways, but has found that even then, he is targeted and punished for his trying to do the right thing in the right way. He pointed out security flaws in the website for the computer department at his college, and offered to fix them, for that he was kicked out of school.

I once traveled to Toledo, Ohio to bail Jeremy out of jail. He had traveled to Ohio to join in a permitted demonstration against a neo-nazi group's rally. However, a Toledo judge had ordered that any gathering of 3 or more people outside of the competing rallies would constitute an 'illegal assembly'. The obvious unconstitutionality of such a decree was besides the point, the city was trying to keep the streets quiet, no matter the cost to free speech. This decree was used by police to arrest

people who were crossing the street to attend the permitted rally, and anyone who even looked like they would be demonstrating. In Jeremy's case, the car he was in was pulled over and he was arrested before they even reached the rally.

However, despite the way in which he was treated unfairly by those in authority, community members rallied to support him. It was easy for me to gather the money to bail him and his friends out of jail, many people wanted to support him against such illegal charges. Jeremy spent two nights in jail, and when he was released we stopped at a Kinko's to use their pay-by-the-hour computers to alert everyone in Chicago who contributed to his bail fund. However as soon as we walked in the door, the clerk recognized Jeremy from the TV coverage of his arrest and told us that we could use the computer for free.

Please, do no make the same mistake as those who have punished Jeremy harshly before. You have the ability to use your discretion for a reason, because people in the real world are not as simple and clean-cut as the law. Jeremy may have violated the letter of the law, but aspires to breathe life into the spirit of our democracy.

The non-profit I work at has had people with court ordered community service complete it here before. I am often the person who is responsible for supervising their service, and I would gladly trust Jeremy to work here. I would gladly vouch for Jeremy to my boss. I'm not sure if this is a legally viable option, but I'm telling you this to let you know how high I regard Jeremy and his ethical code, and how much I trust him, that he could come into my workplace, and I would be willing to be responsible for Jeremy and his actions.

I believe that if Jeremy had been offered trust in similar opportunities and maybe a little bit of direction in how to use his skills in the service of his ideals, that he might not be in jail facing sentencing today. I also believe that it is not too late for Jeremy, but much of his future, and the lives of all those he could impact in a positive way, now rests on your decision. I hope you will see that the only decision that will be based in wisdom and compassion would be a lenient sentence.

I would be glad to speak to you or your staff over the phone or in person about how much potential I think Jeremy has and why I believe you should be lenient in your sentencing.

*Matt Muchowski*

Matt Muchowski

To The Hononorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, New York 10007


Dear Judge Preska:

My name is Jack Munsell. I am a resident of Chicago, Illinois. I do not know Jeremy very well on a
personal level, but we share many mutual friends. I have come to know his wonderful brother Jason
pretty well since the time of Jeremy's incarceration. While I may not have close personal ties to Jeremy
on a daily basis, I have had the good fortune to interact with him on a few occasions.  The first time I
came across him was at an event that happened to be serving food. He approached me with a plate and
said "you have to try this. My friend made it. It's so good". It so happened I knew the cook so we chatted
for a couple minutes as I munched on the food he gave to me (he was right- it was really good).
Regardless of already having known we shared the same company, I could tell right then and there that
this individual was a giving and caring person, Based on this interaction and other observations. It was
easy for me to see why he is so popular amongst our crowd. Not just because he is a talented musician.
Not just because he's sociable. But because of his humility, his drive to help others, his utter ability to
think beyond himself. It's the kind of character harbored by the compassionate company we keep,
tenfold. Above-and-beyond type kindness (it must run in the family). It was evident then, and it is
beyond evident to me at this point. For Jeremy put himself on the line through his actions not for self-
gain, but for the greater good. OF PEOPLE OTHER THAN HIMSELF. The only positive thing it seems to me
that Jeremy has gained from this situation is the outpouring of support. No money for his pocket. No
ability to claim power over anything or anyone. It is clear these are not things he wishes to attain. This
was not his motive. Period.

Just because some people don't want this information exposed, and others turn a blind eye (intentional
or not) to it, does not mean it does not deserve to be known. The truth is, Jeremy manifested his belief
at his own peril. But why is that wrong, especially given the motive (that being to bring truth to light)?
Why are we taught honesty is the best policy, yet people are punished for bringing honesty to the
forefront? If those who maintain this information were forthright to begin with, this scenario that
Jeremy is involved in would not exist. I'm trying to speak in broad terms, not political. Why is it ok for
these companies and corporations who really seem to harbor a lot of selfishness and Ill-will to do as
they please with little to no regulation and withhold information that would be beneficial to the public
and a harbinger of DEMOCRACY? But when an individual like Jeremy takes a stand and acts out of total
selfLESSness, he is punished quite harshly. It seems so backwards. I can't understand why the general
populace could care less about these types of goings-on, but the sad truth is that most people are pretty
apathetic when it comes to these things. But that shouldn't make Jeremy's actions less valid and it
certainly doesn't mean he's wrong.

The world needs more Jeremy Hammonds. He is not a criminal. Criminals seek to gain for themselves,
and I know I've already mentioned it, but it could not be clearer to me that what was done was done so
that others could benefit positively, even if they don't care. The only people who may have been
affected negatively are people who carry no humility, no modesty, and no thought of the greater good.
They are negative to begin with. The world needs more Jeremy Hammonds because if everyone
harbored his mentality we would all flourish TOGETHER and things would be much more peaceful.

Given the circumstances Jeremy has endured during his time spent in prison (lack of contact with family and friends, solitary confinement, etc.), I think he has been punished enough. These are very harsh conditions that cannot be confined to terms based on numbers. I really hope you can see this. Please let Jeremy Hammond continue to be a pillar of our community; the PEACEFUL son, brother and friend that he is, has been, and I know will continue to be. For everyone's sake.

Thank you for taking the time to read this.

Sincerely,
Jack Munsell

████████████
Turnersville, ████████
September 16, 2013

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Preska:

My name is Bria Grace Murray and I am writing to implore you to have leniency as you consider the sentence of activist Jeremy Hammond.

I met Jeremy several years ago through activism we both participated in and, over time, found him to be one of the most compassionate, caring, honest people I have ever had the good fortune to befriend. His passion for social justice and love for those around him showed in everything he did, whether it was leaving work early to march alongside me in a march for women's rights that I had helped to organize, or whether it was playing soccer with my then three-year-old son after sneaking him bites of brownie during meetings for the activist group we both belonged to. In fact, my son, now five years old, remembers how kind Jeremy was to him. Attached, you will find a letter from him that he *volunteered* to write when he found out what I was writing and why. They are his words, and I included them not to make a mockery of the court, or to make light of what I know is a very serious and sacred process, but to impress upon you that even after over two years of not seeing him, the impression that Jeremy leaves on people is so great, so positive, and so long-lasting, that a five-year-old child feels passionate enough to want to help someone who he still considers a friend.

Judge Preska, while I am aware that Jeremy has pleaded guilty to one count of the Computer Fraud and Abuse Act, I believe the immeasurable good he has done both in his community and in the lives of the people whom he loves has far, far outweighed any harm he may have caused by his actions. He did not gain in any way from his crimes, and, in fact, the co-defendants in Ireland and the United Kingdom that have even been prosecuted have, so far, individually served no more than 16 months in prison, time which Jeremy has already served simply waiting for sentencing.

Jeremy undertook these actions as an act of civil disobedience in a world that, as evidenced by the very act which Jeremy plead guilty to violating, is increasingly restricting the rights and privacy of the individual and which imposes harsh, disproportionate penalties on anyone who dare speak out or disagree.

Please, Judge Preska, I again implore you, have leniency. Jeremy has been away from his community for too long. We miss him, we love him, and our community is poorer without him. Please let him come home.

Sincerely,

*Bria Grace Murray*

Bria Grace Murray



September 16, 2013

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Preska:

My name is              and I am five and a half years old. I want to write you a letter to ask
you to let my friend Jeremy go home.

Jeremy is my friend from Chicago. When I lived in Chicago I would go see Jeremy and we would
play soccer and sometimes dance to music. He is a nice friend.

I know Jeremy is in jail because he did something wrong. That makes me sad. I think Jeremy
should be able to go home. He is not a bad person. He is a good person. He has been in jail a
long time and I think he has been in jail enough.

Mommy said you can tell the jail to let Jeremy go home. Please do that.

Thank you.

Signed,

Murray
Age: 5½ years old

████████████
████████████

October 15th, 2013

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Preska:

I'm writing on behalf of my family, requesting your leniency in the sentencing of Jeremy Hammond. I know Jeremy, and his brother Jason, but not as activists first. I came to know them as a first-time father of a new little boy whose first couple of years were spent in the care of a circle of young friends in the neighborhood.

My acquaintance with the Hammond twins came after first meeting several of their friends at a local corner store market. They were helping the young mother who ran one of the only fresh food stores in the predominantly Latino neighborhood we lived in when my son was born. The store was very important because it was the only one catty-cornered to a school in the neighborhood that sold fresh natural produce and juice instead of soda, candy, and chips. They provided her with the flexibility in her personal life that she required as an independent small business owner, and also with the store operation. When we visited the store, sometime around our child's six-month point, these kids expressed very sincerely and sweetly their willingness to provide us exactly the kinds of support vital to all young working-class families. We badly needed it, and they quickly became a support to my young family in a vital way. They all struggled with the economy trending downward, and while my wife and I were able to, we happily paid them for help with things like child care. This was no group of freeloaders. They were hardworking, educated, kind, and grounded in reality.

Through them, after a few brief run-ins, I got to know Jason in a conversation about music. He's a funny guy. I was a total outsider to their community, and yet both of the twins welcomed my family and me with a smile and a hug every time they saw us. Jeremy and Jason, along with the majority of their friends, seemed to actually come from good working-class families, and formed a safe community for the few who didn't. Repeatedly, I witnessed Jeremy and Jason step in to help people in need. When no one else could, they found a way. They're both capable of contributing to any solution simply with no other tools than their intellect and personality. Jason is quite a jester who seems to draw a playful creative energy out of thin air. Jeremy is creative in a more focused way. They complement each other in the best way that twins can, and it's hard to imagine them not positioned side by side.

It's a rare thing these days to encounter such confident and talented kids who freely commit the

B 58

majority of their time and resources to helping others. Despite their talents and many friends, I never once heard either of them make an arrogant statement or pass judgment on someone impulsively, which seems so common in general; some of the others I saw around them were no exception. I watched this community of friends look out for many in the broader community, going above and beyond what most citizens in the city of Chicago do when it comes to building a connection to their surrounding community. They not only took care of themselves, but also anyone who they could help. All of this gave significant energy to the community as it took shape in ways to face the challenges of pollution, street gangs, and acquiring basic needs like healthy food and emotional support during all types of adversity.

There is a hole here in this city with Jeremy gone. No one in my family has ever encountered a situation like this before. We've repeatedly encountered so many un-connected people willing to share their sadness and appreciation for Jeremy and his situation. So many people deeply acknowledged the sincerity and friendship that they received in brief moments of their lives with these two brothers.

I understand that he has taken responsibility for a role in what he was accused of. I'm proud of him for doing that. I see it as yet another example of his willingness to take responsibility for his world, and his impact in it. Again, I feel this is extremely rare, even worth protecting. I also know that Jeremy's last experience with prison left him with scars that will take time to recover from. Ten years, on-top of over a year of imprisonment without trial; including multiple stints in solitary, seems like an unnecessary expression of power. Please consider that Jeremy's character, however young and misguided at times he might appear, is something to nurture and not destroy.

Sincerely,

Brian Murray

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007


October 22, 2013


Judge Preska,

I am writing this letter to show my support for Jeremy Hammond. I met Jeremy about 2 years ago through friends who all worked for 'Food Not Bombs'. This group voluntarily cooks and distributes food within working-class neighborhoods. I have grown up and spent my whole life living in Chicago and have seen too little people really try to make a difference in their communities. When such groups have someone like Jeremy involved, who I would consider to be a very compassionate, caring and selfless person, it spreads throughout the entire community. Throughout my interactions with Jeremy, I never once saw him act in a harsh manner towards anyone. He took the work that he did in the neighborhood and applied it directly to his personal relationships, treating each person with respect.

I am asking that Jeremy Hammond be given leniency. Compared to his co-defendants in Ireland who will not spend more than 16 months in prison, Jeremy is facing up to 10 years behind bars. I am aware that he pled guilty to a violation of the Computer Fraud and Abuse act, but he had no financial gain from his actions that he undertook as politically motivated acts of disobedience.


Thank you for your time,

Joanna Ocampo.

Joanna Ocampo

B 60

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 8, 2013

Dear Judge Preska:

I have known Jeremy Hammond since 2004. I met him at a protest in Chicago in 2004. Jeremy should be sentenced to time served. Jeremy should be let out of jail today. He has suffered enough in jail since his arrest in March 2012, which was a year and a half ago. According to the news reports I read about the crime he is accused of, which is hacking into national security websites or something like that, the damage to the websites was probably fixed quickly after the hacking, therefore, he should be let out because the damage he is accused of causing has already been fixed. Jeremy's co-defendants in the United Kingdom have been sentenced to not more than 16 months in prison which is almost equal to the amount of time Jeremy has already spent in jail aka time served. Prison sentences in the United States are longer than prison sentences in most other countries. The United States has one of the highest incarceration rates in the world because of long prison sentences and other reasons. The fact that Americans get longer prison sentences than people in other countries is anti-American. Why should an American such as Jeremy get a longer prison sentence for the same crime than a person who was born in another country? Thanks for listening.

John Pierson

John Pierson

Michael R. Pitula



Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 14, 2013

Dear Judge Preska:

I am contacting you in regard to the upcoming sentencing hearing of Jeremy Hammond. As a
GED and adult literacy instructor who works with many ex-offenders on Chicago's West Side, I
recognize the Court's responsibility to implement the law by imposing fair and just sentences for
criminal violations. As you determine the sentence for Jeremy's plea of guilty of violating the
Computer Fraud and Abuse Act, I respectfully urge you to demonstrate compassion and consider
the many positive contributions that this young man has made to society.

I have personally known Jeremy for about ten years through his community involvement here in
Chicago and the surrounding suburbs. I first came to know Mr. Hammond through his
publication of a high school newspaper weighing in on the wars and invasions of the time. It was
impressive to see a young person engaging in civic discourse on matters of such global import at
an age when many youth are caught upin the latest passing gossip or fad. This genuine concern
for the course of public life is a characteristic that I believe has motivated Mr. Hammond over
the last decade.

While we were never particularly close, I would interact with Mr. Hammond fairly regularly in
the years to follow I spent a time working as a community organizer for a local environmental
justice organization in the Latino neighborhoods on the Southwest Side of Chicago. I would
encounter Jeremy in the course of my outreach and he was always open to learning of and
supporting the efforts of the community to secure equal access to clean air and public transit to
travel to work and school. Hammond showed solidarity, in spite of the fact that he was not
originally from the community. He became involved in supporting various public campaigns,
speaking at transit board hearings and picketing with neighbors to draw attention to the public
health threats posed by violations of clean air laws and regulations on the part of nearby plants
and factories. His demeanor was always one of humility and genuine interest to serve.

In this way, he also shared his wealth of computer knowledge free of charge. Rather than use his
talents for personal wealth or fame, he would regularly conduct research, help set up websites or
provide other technical assistance to non-profit organizations or community groups committed to
social justice. It is my belief that even in the circumstances immediately before the Court, in
which Jeremy has pled guilty to utilizing his computer abilities in a way that violated federal
law, he was motivated not by selfish gain, but out of an ideal to benefit the public well-being.

Jeremy's public service here in Chicago has been extensive. It is not limited to the examples that I have described here. I knew him to be active with and supportive of a broad range of efforts at creating a better world. He has worked directly with neighbors and friends to help end hunger, end sexism and gender-based violence, and to stop neighborhood displacement of low income tenants and homeowners. He has been an ally to groups working for human rights and environmental justice and to build healthy and diverse communities. He engaged in these efforts while maintaining employment as a productive member of society.

I respectfully request that the hefty testimony of Hammond's positive motivations and good works be added to the scales and that you exercise your judicial discretion to grant leniency to this young man who is sincerely committed to contributing to the improvement of our society. When determining how long to sentence any defendant, it is important to consider the safety and well-being of the community from which they come. Jeremy Hammond's role in this community is overwhelmingly positive. Giving him an extended prison sentence will carve out this light and darken Chicago's streets just a little more. A prolonged absence from this community will, in fact, prevent him from being able to contribute his time and energy to volunteering and helping those in need.

Sincerely,

*Michael R Pitula*

Michael R. Pitula

Dear Judge Preska

My name is Ryann Powell and I am a
NYC resident. Ive been working as sous chef,
prep cook, line cook for some of the most
influental chefs and well known finedining restaurants
in NYC, including the Monkey Bar, the Russian
tea room and The Reel Rooster. I have
catered events for olympic gold medalists,
as well as vanity fair with mayor
bloomberg in Attendance. It has come
to my attention that Jeremy Hammond
has pled guilty and is being sentenced
on november 15th I am writing to respectfully
ask you for leniency in this case and
for Jeremy. Jeremy often frequented the coffee
shop I used to work at many years ago
in chicago He always struck me as a very bright,
charismatic, empathetic, and Just plain sweet
kid. He was always friendly to every one I saw
him encounter. with his big laugh that
could put even the most Awkward of
introverts at ease. I would love to see
Jeremy live up to his true potential
with your help as his fate is

B 64

in your hands Please Jude preska Be
lenrient in your sentencing

sincerely, Ryann Powell

"America is the land of the second chance-
and when the gates of the prison open, the
Path ahead should lead to a better life"
George W. Bush

# West Town Community Law Office

### 2502 West Division Street • Chicago, Illinois 60622
### (773) 278-6706 • Fax (773) 278-0635

**Melinda Power**
**Attorney at Law**

October 9, 2013

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Jeremy Hammond

Dear Judge Preska:

I am writing you on behalf of Jeremy Hammond. I have known him for a number of years. I originally met him in an attorney-client capacity. I then became friends with him. He is an extremely caring and compassionate person.

He also has many talents. He designed and developed my original web site for me. He refused payment because he wanted to thank me for my work on his behalf and because he was more interested in helping people than in making money. Any actions he did were not for monetary gain.

He is a person who cares about issues and the world in which we live. He cares about the homeless, the environment, opposing war and helping to ensure that all people have a live with possibilities.

I urge you to be as compassionate with Jeremy as possible. I know he pled guilty to a violation of the Computer Fraud and Abuse Act. I think his time could be better spent out of prison helping others. Possibly a creative sentence that would let him use his skills to help others would be the most beneficial sentence for us all.

Since Jeremy's co-defendants in Ireland will not be prosecuted -and in the United Kingdom, those who are already convicted will not spend more than 16 months in prison, I urge you to be fair and understanding towards Jeremy. Thank you for reading this letter.

Sincerely,

Melinda Power

B 66

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 10th, 2013

Dear Judge Preska,
I am writing to you today to plead to you for leniency in the sentencing of Jeremy Hammond. My name is Cooper Quintin. I am 30 years old, a small business owner, a lifelong resident of the San Francisco Bay Area and a friend of Jeremy Hammond.

I have known Jeremy for almost 9 years now. He is one of the smartest, most compassionate and most dedicated people I know. I have seen Jeremy take in homeless youth and let them lodge in his house until they are able to support themselves and I have seen Jeremy work tirelessly for the welfare of the least fortunate in our society. Jeremy is a dedicated activist and I believe that he embodies the most essential aspects of America, such as freedom, liberty and charity.

Jeremy had no financial gain from his actions, he undertook them only as politically motivated acts of civil disobedience, which is one of the most important tenants of a free society. As Thoreau said, "Unjust laws exist; shall we be content to obey them, or shall we endeavor to amend them, and obey them until we have succeeded, or shall we transgress them at once? Men generally, under such a government as this, think that they ought to wait until they have persuaded the majority to alter them. They think that, if they should resist, the remedy would be worse than the evil. But it is the fault of the government itself that the remedy is worse than the evil. It makes it worse. Why is it not more apt to anticipate and provide for reform? Why does it not cherish its wise minority? Why does it cry and resist before it is hurt? Why does it not encourage its citizens to be on the alert to point out its faults, and do better than it would have them?"

Jeremy's co-defendants in the United Kingdom will only serve 16 months, and his co-defendants in Ireland will not be prosecuted, I believe that Jeremy should receive an equally fair sentence. The CFAA is known for having disproportionate sentences, I believe this is due to a culture of fear and ignorance when it comes to technology, and I believe that you have the ability to turn that culture around, Your Honor.

I do not want to raise my children in a country where rapists and murderers receive more lenient sentences than a man who broke the law because he felt that it was his duty to expose the crimes of others and preserve American freedom.

I thank you for your time, Your Honor, and I hope that you will do the right thing and be lenient in Jeremy's sentencing.

Sincerely,
Cooper Quintin

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
USA

October 2, 2013

Dear Judge Preska,

I am the mother of two boys and they both have great computer skills and also a sincere sense of justice. My sons are very concerned about this world and all the things that are going wrong in our societies. So is also Jeremy Hammond. I am aware that Jeremy has pled guilty to a violation of the Computer Fraud and Abuse Act but Jeremy is not a bad person acting in his personal interest and I sincerely think that he deserves compassion.

I've been writing to Jeremy Hammond for a few months now. What always strikes me in his letters is that he's more concerned about the others than about himself. He's also very smart, open to discussion and has a great curiosity about everything. There's a lot of kindness and much humor in his letters.

As a Swiss citizen, I was aware of what happened to Jeremy's co-defendants here in Europe. Those who are already convicted will not spend more than 16 months in prison and some have already been released. It seems to me that CFAA allows disproportionate sentences. To keep Jeremy Hammond in prison for a long time would be a real loss for the society because he's a good person, not a criminal who wants to hurt others or make money through criminal activities.

People make mistakes but I think the most important is to consider a person as a whole and not only through the lens of a mistake. This is why I think that Jeremy Hammond deserves compassion.

I thank you for your attention and remain

Yours truly

*Cl. Richard*

Claudine Richard

1

B 68

October 15, 2013

Jerry Roman
President/Owner, Rome & Company
(Formerly) Chicago, Illinois

Honorable Judge Loretta Preska
Federal District Court
For the Southern District of New York

Dear Judge Preska:

My company employed Jeremy Hammond for two periods before and after his first conviction.

Attached is my letter of 2009 addressing the court then sentencing Jeremy; possibly a copy of that letter was used in Jeremy's current defense. I have not changed my assessment of his character in spite of his recent actions.

Jeremy is a social treasure. His passionate outreach to people in need is exemplary. Jeremy is intelligent, thoughtful, and kind; his potential for doing good works is nearly limitless. His motivation has always been fairness, never personal gain.

We have to rethink how we channel our intellectual assets. Excessive jail time is not the answer.

Respectfully,

Jerry Roman

B 70

To: All concerned parties
Re: Jeremy Hammond
From: Jerry Roman, Rome & Company
Date: October 5, 2009

I have known Jeremy Hammond since August, 2006. Twice I have hired Jeremy as a web programmer; the second time, following his period of detention, was with enthusiasm and without hesitation.

Jeremy's behavior in our offices is exemplary. He is focused and productive—his programming skills are exceptional.

With fellow employees Jeremy is friendly, courteous and polite; and while we suspect he has a low tolerance for corporate posturing, he has never demonstrated any contempt for business in the workplace; rather, he has always been extremely respectful of the business needs of Rome & Company and its clients.

Jeremy is a thoughtful, intelligent and valuable member of our development team that we would very much like to keep.

Respectfully,

Jerry Roman
Owner, President,
Rome & Company



EXHIBIT / HAMMOND / MAXED-OUT / RZ08865

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

October 8, 2013

Judge Preska,

I first wrote to Jeremy Hammond in March of this year after reading his letter about the death of Aaron Swartz.  I had previously heard about his case, but it was the intelligence and compassion of this letter that prompted me to correspond, and we have written several times since then.  Receiving a letter from him always brightens my day.

We discuss music and books and how he is doing.  My impression of him is as a very sweet, kind kid who should be out working as an asset to society somewhere rather than confined in his current condition.   Being from a slightly older generation, I went from being absolutely terrified of computers in college in the early 90s to using them as an essential when I was a grad student several years later at Stanford, and being amazed at their uses, even back then.  It's the Aaron Swartz's and Jeremy Hammonds of the world, who grew up with them, who know how to harness technology for accountability and the greater good.  Unfortunately the related laws seem to pre-date  even me and are in great need of reform.  I adamantly believe that Jeremy's intentions were for good, not for wrongdoing, not for financial gain, but with an intent to help society.

When I think about Jeremy I think of him not as a criminal but as a political prisoner, and it saddens me that the US is channeling more into building its prison population rather than more positive efforts.  Jeremy is a soul with a vast humanity, and this comes across in his writing.  It seems more criminal to keep him locked up, especially as those with vastly greater abuses, as his work revealed, go free.  Please look to your own humanity in sentencing him – his punishment for time already served more than fits his deeds, and you have the power to let him now go free and go home.

Thank you for your consideration.

Regards,

Rachel Rosendhal
Austin, TX

B 71

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 15, 2013

Dear Judge Preska:

The purpose of this letter is to request your compassion and leniency when deciding the sentence of Jeremy Hammond, who has taken responsibility for his violation of the Computer Fraud and Abuse Act by pleading guilty. Jeremy and his twin brother are little older than my youngest children, another set of twins.

I first met Jeremy Hammond and his brother Jason about six years ago, collaborating on community-building projects in working class neighborhoods. In addition to getting better acquainted with the brothers through grass roots organizing for positive social change, I also lived with them in two communal households. These living spaces were community centers where we conducted meetings, initiated food-distribution; where we hosted benefit concerts, music rehearsal sessions, poetry, dancing, painting, skill-sharing and work parties to prepare for protest actions, and more. These households had solid utopian visionary values and we were able to adjust our particular expressions of individuality with collective solidarity. We didn't follow leaders or lead followers. We made decisions democratically, and everyone was free to express themselves creatively.

Jeremy and Jason are working class kids, part of a generation without many opportunities for social mobility. They were wise enough to finish high school, and were intelligent, well-read students. Jason and Jeremy did not become cynical or apathetic. Both of them managed to sell their labor to pay bills, but participated more enthusiastically in volunteer work than in wage labor. Neither brother was personally invested in bureaucracy, commodity production, wage labor, private property or the other basic elements of modern industrial/agricultural development. Both strive to be whole, well-integrated beings.

Jeremy and Jason have studied history, culture, sociology, economics, philosophy, psychology, and spirituality and they have substantial historical perspective. They focus on empowering people by strengthening communities. They focus more on a better future for everyone, than on the

B 72

obstacles to that. They don't hate the 1%, they're indifferent to them. Jeremy and Jason live their beliefs, understanding that the lower classes and upper classes are not separate: we're all in this together, inter-related, interdependent as all life in the Universe is one. Jeremy and Jason believe in maintaining a free flow of energy, and specifically work to encourage working class cultural empowerment.

Jeremy and his brother manage to maintain a balance between theory and practice. The Hammond brothers are sincere, genuine people who try to help others to organize themselves. They are effective because they practice modesty and humility, and refuse to be dogmatic or sectarian. They encourage the people they work with to realize that all issues/positions/disputes/questions have many sides, and that we can get as much information as possible to make informed decisions, that we can make up our own minds for ourselves. I've never heard Jeremy or Jason telling anyone what to think, or claiming to have the answers, as they reached out to other ordinary people to draw them in to our collective struggles for freedom, joy, and love. These brothers test their theories of cultural liberation by listening to collaborators, forming consensus, and moving upward and onward. They promote ecological harmony, as much as values of tolerance among humans and the strength of diversity.

Idealistic young people have always been doing things that have no name yet. Jeremy Hammond is one of those people who inspires our collective imagination, encourages trying things that are fresh and vital. He learns from his own mistakes, and takes the lessons of history to heart. Jeremy Hammond takes responsibility by contributing to his community.

Please do the compassionate thing, and release this young person immediately to return to his family, friends, and the important work of building communities in preparation for a better future for us all.

Sincerely,
Neal Rysdahl

B 73

Elizabeth A. Sarver



October 7, 2013

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Request of Leniency for Jeremy Hammond

Dear Judge Loretta Preska,

I am a wife and a mother of three grade school children. I run a home daycare and have consistently volunteered at my church for the past 20 years in various teaching and leadership roles. I am a home owner, tax payer, and concerned citizen of The United States of America. I met Jeremy two years ago at a benefit concert where he and his band were raising funds to raise awareness on issues surrounding racism. I saw him at a few other shows after and had the privilege of sharing a train ride with him into Chicago. Since his arrest, I have been in correspondence with him via letter writing. Even though I do not know Jeremy that well, I do know his brother well and his shared beliefs, motives and goals surrounding their political and social ideals.

Like most aware citizens of this country, they are displeased with heighten government control and surveillance that federal agencies have been partaking in on a secret basis. They see the blatant inequality of marginalized groups in our society and horrific mistreatment of individuals that participate in freedom of speech. They also see the injustices that occur when corporations are in bed with the government and the cohort activities that are accomplished under the dark of night. Even in Communist China their citizen were informed on the surveillance that they were living under. We in the United States of America are told that we are free, so we believe it, until something wakes us up and we see the freedoms that are being taken from us.

Jeremy did knowing break the law, but he did so that the people of the world could see the "freedom" that we live under. He fully understood the risks that he was taking and to him it was important enough even though he knew imprisonment was a possibility. I have been helping my oldest daughter with a project on the Civil War. I just learned about Charles Turner Torrey who was an

abolitionist during the civil war. He moved more slaves than anyone else, about 400. He had associates who believed the best way to seek change in slavery was to talk to people and through writing and handing pamphlets et cetera. He became frustrated with how long it was taking to see change. So he bought some horses and wagons and starting working with the Underground Railroad. He knowingly broke the law and fully understood the risks that he was taking and that he could even face imprisonment. In December of 1844, Charles was sentenced to six years in prison for 3 counts of stealing slaves, a year and a half later he died in prison of tuberculosis.

With the onset of technology, our world and country is changing fast. Unfortunately we have not handled it very well. I believe in 150 years we will look back at all of the data mining and electronic surveillance that is going on today and view it with the same utter disgust that we now view slavery. The extent to which our government and its various agencies' are invading on its citizens privacy is completely out of control, with new common core standards that are being implemented into our schools across the country the federal government will have the ability to track 400 points of data on every child and keep it on file indefinitely. Now with the addition of Obamacare, they will be data mining on both the young and the old. We are heading straight for a country of totalitarian rule.

I have always believed and still do today that Jeremy's case is critical in the way it is handled for the precedence that it will set on other electronic cases and the responsibility that the government has to it's people in regards to protection of privacy. Since Jeremy's arrest the world has been enlightened on just a glimpse on 'how deep the rabbit whole could go' with release of NSA surveillance. I believe that you, as the judge over this case, have the responsibility to set a precedence that states that we will not allow our government to continue in the path that is taking. That by example, you will give Jeremy Hammond leniency, to show that you understand the importance of putting a stop to government surveillance. And that you recognize that his actions were an act of civil disobedience in an effort to wake us up to this path.

In regards to the 2.5 million that Jeremy Hammond is being asked to pay to Stratfor for the damages that were incurred, I would like to make a motion that it should be the Federal Bureau of Investigation should bear this weight since they arranged, allowed and could have stopped this hack from taking place.

Thank you for your sincere consideration!

Blessings,

Liz Sarver

Dear Judge Preska,

I am Mark Saulys of Chicago, Ill. and a friend of Jeremy Hammond.   I am a common blue collar worker (sometimes a construction laborer, sometimes a retail clerk, etc ...) but I have worked as a community organizer and that is the work about which I am most impassioned.

I would like to take a few moments, if I may, to tell you how I feel about Jeremy and why I think he is a very decent man and fine character and does not deserve to be imprisoned for an extensive period.

I consider Jeremy (and I know he considers himself so also) to be a whistleblower and anything but a reckless vandal of the apparatus of state.  I do believe (as I'm sure he does) that the public needs to know the facts about how they - and especially dissident members of the public - were spied upon and in some cases targeted for very underhanded, deceitful and malevolent retaliation.

I am sorry to hear your husband was badly affected by the leak.  In general, Wikileaks redacts the information it releases so that undue harm would not come to innocent people who happen to be in the proximity of the incident of issue and Jeremy, I'm sure, was aware of that reputed practice.  If that sort of redaction wasn't done in this case it is a most unfortunate oversight for which you and your husband certainly deserve an apology but it was a mistake made in the pursuance of the greater good of society and the intentions were, nevertheless, well meaning.

Jeremy has always been a very decent, diligent, honest, sincere and solid character.  He is truly one of the people in the world whom I most admire.

He is someone who truly practices what he preaches.  He always was, for example a vocal critic of greed and avarice in our society but not only talked about it but also opened up his own home to almost anyone who had no place to live.
He was always steadfastly honest, someone who not only was truthful but also someone who, if he promised to be somewhere or do something there would be no doubt it would he would do as he had said.

He was always someone who, if you needed something he would help you and pursue it for you with every bit as much fervor as if it were for himself.  Jeremy is truly a fine character, one of the finest I know, and although his actions violate the law they are in keeping with, at least in his intent, the norms of decency.  Laws often do not provide for many unforeseen circumstances and

some laws, most notably exemplified by our campaign finance laws, I believe to
be legalized corruption - legal only because corrupt politicians made the laws.

So I'd like to ask you, Judge Preska, to not mete out a punishment to
Jeremy as though he were an unscrupulous, malicious and rapacious criminal or
recklessly and wantonly destructive but a well meaning (to his mind)
whistleblower who was only seeking to serve the greater good.

Thank you very much,

Sincerely

-Mark Saulys



MICHAEL STEVEN SMITH & ASSOCIATES

ATTORNEYS AND COUNSELORS AT LAW

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 4, 2013
Re: Jeremy Hammond

Dear Judge Preska,

I am writing to ask you to spare Jeremy Hammond a long prison sentence. I am a seventy-one year old practicing attorney in New York City. I have written several books, one called "Lawyers You'll Like" with chapters on lawyers and judges all human rights activists since the civil rights movement. I am on the Board of Directors of The Center for Constitutional Rights and am co-host a nationally broadcast radio show called "Law and Disorder." Our show has been broadcasting for an hour a week for eight years. A constant theme has been the erosion of privacy and the consequent undermining of democracy that we have all suffered in this period.

I have come to know Jeremy having visited him several times in jail, have sent him books on U.S. history, and have had discussions with him on how to make things better in our country. However illegal, I think his actions were sincerely motivated by this concern and thus was an act of civil disobedience in the tradition of Thoreau and King. I have come to like Jeremey very much indeed. He is a lovely and extremely intelligent young man. I think a short prison term could spur his rehabilitation and he could come out with much to contribute to our society. A long prison term would mean only a terrible waste of a human life.

However misguided one may think of Jeremy's action, it was not motivated for profit or self-advancement. It is heartbreaking for me to think that as a young man his life may now be ruined by an excessively long prison sentence. My own son is Jeremey's age and I think of what his loss must mean to his father and twin brother. So I ask for your compassion and remain,

Yours sincerely,

Michael Steven Smith

MSS/

B 78

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 8, 2013

Dear Judge Preska:

My name is Max Suchan and I am a law student at DePaul University College of Law in
Chicago. I also know Jeremy Hammond personally, and consider him a friend. I am
aware that Jeremy has pled guilty to a violation of the Computer Fraud and Abuse Act. I
am writing today to ask you for leniency when you sentence him on November 15th.

Throughout 2004 and 2005, Jeremy and I belonged to a group called Food Not Bombs,
an organization that cooked hot meals several times a week to feed to homeless people
and migrant workers in an economically impoverished community on the Southside of
Chicago. We often cooked in Jeremy's apartment and he was always busy gathering
food donations, cooking, and sharing food. I witnessed his generosity countless times,
and I was always touched with his ability to deeply connect to the homeless people who
came to eat, and treat them with the utmost respect. On one occasion, Jeremy spent the
better part of the week gathering hundreds of winter jackets, scarves, hats and gloves to
distribute during the food serving. I believe Jeremy is motivated with a sense of care and
compassion rarely found to such degrees, especially in our generation.

Jeremy pleaded guilty to violating federal law. However, he did not gain anything,
financially or otherwise, as a result of his actions. I am aware that his co-defendants in
Ireland will not be prosecuted, and his co-defendants in the United Kingdom, already
convicted, will spend no more than 16 months in prison.

Jeremy is a bright, compassionate and thoughtful person in the prime of his life. Keeping
him in prison any longer will only do a disservice not only to his potential and future, but
our society as well. Please feel free to contact me if you have any questions and thank
you for your time.

Respectfully,

Max Suchan

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 9, 2013

Dear Judge Preska:

My name is Jaime Taylor. I am a resident of Crown Heights, Brooklyn, and a librarian at
an art gallery in Manhattan. I tell you this to remind you that Jeremy Hammond has
among his supporters those who do not fit hacker anarchist typecasting. I write to you as
a citizen of New York City and the United States, one of the people that the courts and
prisons are meant to protect and to supply with justice.

I've only known Jeremy Hammond as long as he's been held in MCC here in New York
– which, now that I think about it, has been a not insignificant time. I first wrote to him
shortly after his arrival there, at the urging of a mutual friend, and we've been keeping up
a correspondence ever since. I've also had the pleasure of meeting his brother, Jason, and
his mother when they've come to New York; they are as pleasant and charming in person
as Jeremy is in his letters, which is to say quite a bit.

Yes, Jeremy has to answer – as should every member of society – for the crimes he has
committed. But, especially in light of his motivations – exposing the anti-social
malfeasance of others in the name of justice when conventional pathways to justice were
blocked, rather than personal gain – and the lack of injury caused, I see no reason why
time served should not be sufficient payment, and hope that you will also come to think
this way. I ask that you will sentence him with compassion and mercy. I also ask that you
be sure that you are not deciding on his sentence out of political retribution. Retribution is
not justice.

Jeremy and I have plans to get a beer when he's out. When that will be is, as you know,
entirely up to you. Let's make that before he and I turn thirty, rather than when we are in
the shadow of forty.

Sincerely,

Jaime Taylor

# PEOPLE'S LAW OFFICE

1180 N. Milwaukee
Chicago, Illinois, 60642
(773) 235-0070
Fax (773) 235-6699

Michael E. Deutsch
Ben H. Elson
Sarah Gelsomino
Janine L. Hoft
Joey L. Mogul
John L. Stainthorp
Jan Susler
G. Flint Taylor, Jr.

*Of Counsel*
Jeffrey H. Haas

October 7, 2013

Hon Judge Preska,

Chief Judge

Southern District of New York

500 Pearl St

New York, NY

Dear Hon Judge Preska,

I am contacting you in regard to the upcoming sentencing hearing of Jeremy Hammond. Working full time as paralegal at a law firm in Chicago, I recognize the Court's responsibility to implement the law by imposing fair and just sentences for criminal violations. As you determine the sentence for Jeremy's plea of guilty of violating the Computer Fraud and Abuse Act, I respectfully urge you to demonstrate compassion and consider the many positive contributions of this young man.

I have personally known Jeremy for several years, through his community involvement here in Chicago. While we were never particularly close, I came saw him fairly regularly and was fortunate enough to become acquainted with him through mutual friends and mutual involvement in community projects. I always found him to be friendly and pleasant. One thing that always struck me about Jeremy was his generosity and benevolent approach toward working with people and assisting others.

Jeremy was active with a number of projects and the one I was most familiar with was a community center where he volunteered. The center had a kitchen, hosted a lending library, held events and provided free tutoring and classes. On one particular occasion, I was working with a group that was responding to the financial crisis and its impact on working people and middle class families in the Chicago area. One of the things we decided to do was to prepare a large meal that would be shared publicly in the downtown area. We felt that this would be a symbolic, yet tangible demonstration of our social responsibility to ensure that those around us receive the things they need to survive. Jeremy ensured that we would be able to use the community center's kitchen and went out of his way to open the center early on a Sunday morning. He even went above and beyond, by staying at the center to help us cook and running errands to help us get supplies.

I recall another instance when I was trying to donate a box of books to one of the community center's projects. The person who responded to my email was Jeremy and he went out of his way to meet me

Hon Judge Preska,
October 7, 2013
Page 2

at a time that accommodated me and my schedule. I ended up showing up later than we had
scheduled and I found Jeremy alone, doing clerical tasks. His response was not frustration or
annoyance that I had inconvenienced him, but genuine appreciation that I was donating books. He
seemed sincerely happy to know that by donating his time, a handful of people would be able to have
access to resources they wouldn't have otherwise had.

Jeremy's unselfish attitude can also be seen in how he used and shared his computer knowledge and
skills. It would not be an exaggeration to describe Jeremy's technical ability as "exceptional" or
"brilliant." It always impressed me that he went out of his way to share this knowledge with
members of the community and to offer his services free of charge. He would regularly set up
websites or provide other technical assistance free of charge to non-profit organizations or
community groups committed to social causes. Instead of using his abilities for personal wealth or
fame, he chose to volunteer at community computer clinics that assist young people and
underprivileged individuals from the community in learning basic computer skills necessary to do
their homework, write a resume or design a website. It is notable that even in the circumstance
immediately before the Court, in which Jeremy has pled guilty to utilizing his computer prowess in a
way that violated federal law, he was motivated not by a selfish desire, but from a belief that his
actions could benefit people in a positive way.

Jeremy's public service here in Chicago has been far-reaching and I'm sure it extends beyond
activities I'm familiar with. However, I knew him to be active with and supportive of organizations
working to end hunger, to end sexism and to end environmental degradation and the negative health
impacts that come from it. He supported groups working for racial justice, struggling against
neighborhood displacement, supportive of the rights of immigrants and building diverse communities.
He did all of this while also maintaining employment and volunteering with the community center.

I am respectfully requesting that you exercise your judicial discretion to grant leniency to this young
man who is sincerely committed to contributing to society. When determining how long to sentence
any defendant, it is important to consider the safety and well-being of the community they are from.
I can say with great confidence that Jeremy Hammond's role in this community is overwhelmingly
positive and that an extended prison sentence will not make me feel more safe or secure. His
prolonged absence from this community will in fact prevent him from being able to contribute his
time and energy volunteering and helping those in need.

Sincerely,

Brad Thomson

B 82

October 8, 2013

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Preska:

My name is Rachel Unterman, and I am a political activist in Chicago. Jeremy Hammond and I attended the University of Illinois at Chicago as computer science students at the same time, although I ultimately earned a degree in English Literature and went on to become certified as a teacher. We were also both active participants in the Occupy Chicago movement, which protested the influence of wealth in politics, during 2011 and 2012. My activism and educational background have since merged, and I now work to provide incarcerated political activists with books as they await trial or serve time. I also help run Operation Pen Pal, or #OpPenPal, which seeks to keep incarcerated activists connected to their communities and loved ones while behind bars. It is important to me that even those convicted of crimes have a chance to continue developing their literacy and critical thinking skills through reading and writing.

In the past year and a half that Jeremy has been in federal custody, I have gotten to know him better than I ever did in person. His letters are intelligent, funny, and nearly impossible to read, thanks to his terrible handwriting. He always shows more concern for others than for himself, often asking after his brother, Jason, and our mutual friends. I keep him updated on the political climate in Chicago, where we have been fighting to keep public education properly funded and mental health care available to all. He tells me about the books he is reading and the guitar lessons he is teaching for his fellow inmates at MCC. Throughout the process of his arrest and pretrial detention, I have admired his strength and ability to make the best of the circumstances.

Jeremy pled guilty to a violation of the Computer Fraud and Abuse Act (CFAA) and is due for sentencing in November. CFAA is a law that is open to broad interpretation and is notorious for its wildly disproportionate sentencing. To put Jeremy's case into perspective, none of his co-defendants convicted in Ireland and the UK will spend more than 16 months in prison. Jeremy has already served more time than that waiting to defend himself at trial prior to his plea agreement. He derived no financial gain from his actions, but rather saw them as a form of civil disobedience, which is a long and honored tradition in this country's political history.

Please be compassionate when sentencing Jeremy Hammond next month. We need his sharp wit and bright smile back on the streets of Chicago. We miss him greatly, and respectfully request leniency in your decision.

Sincerely,

Rachel Unterman

B 83

Honorable Loretta A. Preska
Chief Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 20, 2013

Dear Judge Preska,

I am writing to you today as a concerned citizen and one of Jeremy Hammond's former teachers. I am now in my twentieth year as a teacher and am proud to say in that time I have had a number of talented and intellectually gifted students. I would place Jeremy Hammond into that category. While I am familiar with many aspects of Jeremy's case and recognize he has pled guilty to a violation of the Computer Fraud and Abuse Act, I would like to tell you about the Jeremy Hammond I have known since he was a high school sophomore in my Contemporary World History Honors course.

From our first conversations, I knew that Jeremy was someone who looked beyond the facts and paid close attention to world events. You can imagine my excitement as a teacher to have someone in my class who could speak intelligently about the Israeli-Palestinian conflict, the effects of the Cold War, and the impact of European colonialism on the development of African political structures. Coupled with his brother Jason, we would spend many days after school talking about the current state of affairs in the world and the United States. Similarly, Jeremy's eagerness to learn was a characteristic he used as a tool to bring people together. Unquestionably, his passion for contemporary history increased the interest of his classmates in gaining a deeper understanding of the world and in seeking answers that went beyond the scope of the course. Not surprisingly, during the Middle East Peace Talks simulation, Jeremy was the head of the Palestinian delegation. Even as a sophomore, he understood many of the political intricacies of the Palestinian situation and the Israeli occupation of the West Bank and Gaza. In fact, it was Jeremy's group that came up with the agreed upon solution of a gradual withdrawal from the occupied territories over a ten year period to provide the opportunity for the Palestinians to create a state for themselves. His ability to see both sides of the problem and employ diplomatic negotiations and a compassionate approach served as a model for subsequent peace talks in Contemporary World History. Additionally, as Jeremy moved along in his high school career, he continued to find ways to make a positive impact on his school and his peers.

In the fall of 2001, Jeremy and his brother came to me and asked if it was possible to hold a Battle of the Bands. They came with ideas and more importantly, with access to equipment we could use for sound. I think that they mostly wanted to use the Battle of the Bands as a showcase for their band, Ice Titan, but their energy was contagious and I agreed to sponsor the event. With insight beyond their years, they rightly felt we could utilize the event to raise money for local and national charitable organizations and to hold a food drive for the local food pantry. Over $1100 was raised and 5 boxes of food were collected in that inaugural year. Much of the money went to a local camp called TLC Camp for kids with cancer. As I mentioned, this was the "inaugural" year. We have since held eight more Battles raising over $10,000 and donating on average, 10 boxes of food per event. I have no doubt that if Jeremy and his brother had not pursued this endeavor, there would be no Battle of the Bands today. It was their optimism about making a positive impact on their community and school that inspired me to continue this tradition of utilizing music to benefit others.

As demonstrated by his ability to inspire positivity amongst his peers and teachers, Jeremy Hammond is someone who has used his considerable gifts to create more thoughtful and

compassionate members of society.  Jeremy's acts of civil disobedience only sought to expose the hypocrisy he perceived as negatively affecting the citizens of this country and the world community. He had no financial gain from his actions.

While the long-term impact of his actions on Stratfor is at best, debatable, what is unquestionable is the negative effect of a long prison sentence on Jeremy.  He has already served over 15 months, including exhaustive stints in solitary confinement.  Jeremy has always had a strong sense of justice and has stood up for those who are unable to stand for themselves.  Therefore, as his former teacher, I am asking for justice to be served and leniency provided in the sentencing of Jeremy Hammond.

With Regards,

10|24|13

Chris Van Den Berg, NBCT

Social Studies Teacher
Battle of the Bands Producer
Leadership Coordinator
Glenbard East High School

B 85

10/8/2013

Dear Judge Preska,

My name is Alberto and I currently reside in the city of Chicago. I tutor grade school children, and I also assist adults in their ESL classes. Jeremy is an exceptional human being he is a polymath and also an incredibly compassionate human being. He was always on the side of those people that were the most oppressed within our society standing up for lgbtq rights, immigrant rights, and people fighting for freedom in the third world. I would see Jeremy devote his time completely to selfless acts of love and kindness as I would see him alongside his brother giving food to the homeless on a weekly basis as the years passed by. He would never do things for himself and always lent a helping hand to any person that needed it. I know that freedom is one of the core tenets that this country stands for, and what Jeremy advocated was government and corporate transparency in a democratic fashion. One important thing to take into consideration is the fact that those in Ireland and the U.K that got arrested are being sentenced for 16 months. I also believe that it is worth noting that based on Jeremy's virtuous character that he would not be capable of doing anything for financial gain. In an ever increasing technological world filled with rampant problems in the economy, environment, and the political realm it is worth nourishing, applauding, and exalting great people like Jeremy Hammond which benefit democracy and not hamper or impede its process.

Sincerely,

Alberto Vazquez

10/12/13

Dear Judge Preska,

My name is Tim Welch from Phoenix, Az. I am a self employed contractor here in the Valley. I have been married for 23 years and have two children living in Bridgeport. Both of our children attend college in Chicago and have lived in the Bridgeport community since they moved to the area three years ago.

Mr. Hammond's case was brought to my attention by my children, and I have been following it ever since because of what he had done for my children. My son and daughter were moving from one apartment to another, on the 3rd floor, and while in the process of carrying furniture and belongings up 3 flights of stairs, Mr. Hammond happened by and volunteered to help them with their move. He spent 2 hours of his time lugging complete strangers personnel items up 3 flights of stairs. My children did not know him or who he was other than Jeremy, until later, when they recognized his picture through public media reports. This does not seem to be a man that should spend time in prison.

I would like to express my gratitude to Mr. Hammond for his good deed that day and would greatly appreciate your deepest consideration for leniency in his sentencing on November 15, 2013.

In my opinion, Mr Hammond's actions in relation to CFAA does not warrant excessive jail time. He was not doing this out of greed, like so many others would have and have done, who had access to hundreds of thousands credit card numbers and passwords. Mr. Hammond's actions were driven by his own moral obligations as he felt.

Again, your Honor, I am asking that you would please treat Mr. Hammond with dignity and may his sentence be prudent and in line with his co-defendants in this case.

Thank you,

Tim Welch

B 87