```
                          #antisecredhack.log
01:49 < RedStar> If you understood███████ I had done philosophy to you;)
01:50 < RedStar> I come here tomorrow and every day? you be here? .. thick with
love ..
01:51 < RedStar> after all, we're all alike.
01:51 < RedStar> ciao brothers
01:51 -!- RedStar [cHiEf@B0266B94.7F13FC28.9AEC544A.IP] has quit [User quit:
hack the world]
03:15 -!- sup_g [ghost@51BC5033.870C7BE1.49E80F3.IP] has quit [User quit:
Leaving]
--- Log closed Mon Jan 30 03:12:05 2012
--- Log opened Mon Jan 30 03:12:08 2012
03:12 -!- Sabu [monte@161D78A9.6B94F3D.5438D71B.IP] has joined #antisecRedHack
03:12 -!- Irssi: #antisecRedHack: Total of 1 nicks [1 ops, 0 halfops, 0 voices, 0
normal]
03:12 -!- Irssi: Join to #antisecRedHack was synced in 34 secs
09:06 -!- NeKa [NeKa@A9E8B38D.178EA601.8A59B9A9.IP] has joined #antisecRedHack
09:06 < NeKa> heyy
11:30 -!- NeKa [NeKa@A9E8B38D.178EA601.8A59B9A9.IP] has quit [Client exited]
11:31 -!- NeKa [NeKa@43F0F02E.F8849E5F.8A59B9A9.IP] has joined #antisecRedHack
14:41 -!- NeKa [NeKa@43F0F02E.F8849E5F.8A59B9A9.IP] has quit [User quit:  ]
23:30 -!- damn [damn@you.fucker] has joined #antisecRedHack
23:30 -!- damn [damn@you.fucker] has left #antisecRedHack [Leaving]
--- Day changed Tue Jan 31 2012
04:35 -!- XtmwX [sangue@kerpia-A28DD415.xd-dynamic.ctbcnetsuper███████] has
joined #antisecRedHack
04:40 -!- XtmwX [sangue@kerpia-A28DD415.xd-dynamic.ctbcnetsuper.███████] has quit
[User quit:  Reserve your copy of -=[H2k Script]=- at: www.s2k.host.sk]
05:00 -!- XtmwX [sangue@kerpia-A28DD415.xd-dynamic.ctbcnetsuper███████] has
joined #antisecRedHack
05:02 -!- XtmwX [sangue@kerpia-A28DD415.xd-dynamic.ctbcnetsuper.███████] has quit
[User quit:  Eu estava usando o -=[H2k Script]=- Pegue o seu em: www.s2k.host.sk]
05:03 -!- XtmwX [sangue@kerpia-A28DD415.xd-dynamic.ctbcnetsuper.███████] has
joined #antisecRedHack
05:05 -!- XtmwX [sangue@kerpia-A28DD415.xd-dynamic.ctbcnetsuper.███████] has quit
[User quit:  -=[H2k Script]=- The best of script. Get at: www.s2k.host.sk]
05:39 -!- sangue [sangue@kerpia-A28DD415.xd-dynamic.ctbcnetsuper.███████ has
joined #antisecRedHack
05:39 -!- sangue [sangue@kerpia-A28DD415.xd-dynamic.ctbcnetsuper.███████ has left
#antisecRedHack []
09:30 -!- recrec [recrec@kerpia-2DE7230D.gw███████net] has joined
#antisecRedHack
09:30 -!- recrec [recrec@kerpia-2DE7230D.gw███████net] has left #antisecRedHack
[Leaving]
17:34 -!- Sabu [sabu@security.anonymo.us] has left #antisecRedHack []
--- Log closed Tue Jan 31 17:34:41 2012
```

62897

# Conversation with yohoho@jabber.ccc.de at 1/23/2012 12:50:07 PM on LeonDavidson@jabber.org/jabber.org (jabber)

(12:50:09 PM) **leondavidson@jabber.org/jabber.org:** yooooooooooooooooo

(12:50:11 PM) **leondavidson@jabber.org/jabber.org:** wake up negro

(1:49:48 PM) **leondavidson@jabber.org/jabber.org:** yo my mother fucking brother at arms

(1:49:51 PM) **leondavidson@jabber.org/jabber.org:** whats goodie!!!!!!!

(1:50:15 PM) **The encrypted message received from yohoho@jabber.ccc.de is unreadable, as you are not currently communicating privately.**

(1:50:37 PM) <u>Unverified</u> conversation with yohoho@jabber.ccc.de/ghost started.

(1:50:39 PM) **yohoho@jabber.ccc.de:** [resent] =))

(1:50:45 PM) **yohoho@jabber.ccc.de:** back

(1:50:58 PM) **leondavidson@jabber.org/jabber.org:** whats good

(1:51:07 PM) **yohoho@jabber.ccc.de:** waking up

(1:51:31 PM) **leondavidson@jabber.org/jabber.org:** good mother fucker

(1:51:33 PM) **leondavidson@jabber.org/jabber.org:** what happenedl ast night?

(1:51:35 PM) **leondavidson@jabber.org/jabber.org:** I went out

(1:51:52 PM) **yohoho@jabber.ccc.de:** was good

(1:51:58 PM) **yohoho@jabber.ccc.de:** hm owned some shit for dv0

(1:52:22 PM) **leondavidson@jabber.org/jabber.org:** great

(1:52:25 PM) **leondavidson@jabber.org/jabber.org:** te█████shit?

(1:53:10 PM) **leondavidson@jabber.org/jabber.org:** so I got most/all of that alcohol list cracked

(1:53:19 PM) **leondavidson@jabber.org/jabber.org:** but like a dick I didn't save the list. so I have my niggas cracking again

(1:53:20 PM) **leondavidson@jabber.org/jabber.org:** hahaha

(1:56:06 PM) **leondavidson@jabber.org/jabber.org:** http://pastebin.com/KesAPCUz

(1:56:08 PM) **leondavidson@jabber.org/jabber.org:** there you go

(1:56:10 PM) **leondavidson@jabber.org/jabber.org:** expires in hour

(1:58:47 PM) **yohoho@jabber.ccc.de:** nice

(1:58:50 PM) **yohoho@jabber.ccc.de:** hmm

(1:58:53 PM) **yohoho@jabber.ccc.de:** what else what else

(1:58:59 PM) **yohoho@jabber.ccc.de:** cracked another nazi store

(1:59:08 PM) **yohoho@jabber.ccc.de:** also a german nazi store

(2:09:34 PM) **leondavidson@jabber.org/jabber.org:** back

(2:09:38 PM) **leondavidson@jabber.org/jabber.org:** gay ass internet

(2:09:39 PM) **leondavidson@jabber.org/jabber.org:** yo son

(2:09:41 PM) **yohoho@jabber.ccc.de:** =)

(2:09:46 PM) **leondavidson@jabber.org/jabber.org:** you get the list?

(2:09:49 PM) **yohoho@jabber.ccc.de:** yes I got another list of password hashes

(2:09:52 PM) **yohoho@jabber.ccc.de:** 1 sec

(2:09:57 PM) **leondavidson@jabber.org/jabber.org:** ok

(2:10:00 PM) **leondavidson@jabber.org/jabber.org:** take advatange

(2:10:02 PM) **leondavidson@jabber.org/jabber.org:** my teams online now

(2:10:07 PM) **yohoho@jabber.ccc.de:** umm it's on the new server I believe

(2:10:08 PM) **yohoho@jabber.ccc.de:** 1 sec

(2:10:09 PM) **leondavidson@jabber.org/jabber.org:** kk

(2:15:56 PM) **yohoho@jabber.ccc.de:** ok it's in ███████████████

(2:16:52 PM) **yohoho@jabber.ccc.de:** i'll start testing some of those alcohol logins

(2:17:04 PM) **yohoho@jabber.ccc.de:** I got a master plan in my head that hits several different kinds of police institutions

(2:17:27 PM) **yohoho@jabber.ccc.de:** like an online police store, the ankle bracelet manufacturer, a jail software developer, police forums

(2:17:38 PM) **leondavidson@jabber.org/jabber.org:** yup

(2:17:38 PM) **yohoho@jabber.ccc.de:** trying to get a police dating / jobs site

(2:17:41 PM) **leondavidson@jabber.org/jabber.org:** grabbing list now

(2:18:30 PM) **leondavidson@jabber.org/jabber.org:** in all reality brother

(2:18:41 PM) **leondavidson@jabber.org/jabber.org:** ███████ must get hit in the most beautiful of public display

(2:18:45 PM) **leondavidson@jabber.org/jabber.org:** a direct anti-gop hit

(2:18:51 PM) **leondavidson@jabber.org/jabber.org:** and the dating site a hit to both parties

(2:20:05 PM) **yohoho@jabber.ccc.de:** yes

(2:20:11 PM) **yohoho@jabber.ccc.de:** that is a master one

(2:20:24 PM) **yohoho@jabber.ccc.de:** im thinking those two targets as it gets closer to the repoublican national convention in tampa florida

(2:20:48 PM) **leondavidson@jabber.org/jabber.org:** when is it?

(2:22:06 PM) **yohoho@jabber.ccc.de:** summer I believe

(2:22:12 PM) **yohoho@jabber.ccc.de:** or spring

(2:22:16 PM) **yohoho@jabber.ccc.de:** so we have a little time to try to get something nice

(2:22:21 PM) **yohoho@jabber.ccc.de:** we dont' have mail on them currently

(2:26:53 PM) **leondavidson@jabber.org/jabber.org:** at least we have their login to members. with that we can start grabbing spools from these super pac people

(2:26:58 PM) **leondavidson@jabber.org/jabber.org:** I promise they're as corrupt as it gets

(2:27:04 PM) **yohoho@jabber.ccc.de:** yes

(2:27:08 PM) **yohoho@jabber.ccc.de:** they're pretty poweful

(2:27:11 PM) **yohoho@jabber.ccc.de:** also I looked at the dating site

(2:27:14 PM) **yohoho@jabber.ccc.de:** it was hit hard by spammers

(2:27:26 PM) **yohoho@jabber.ccc.de:** there's a few hundreds accounts though

(2:27:38 PM) **yohoho@jabber.ccc.de:** a few messages

(2:27:44 PM) **yohoho@jabber.ccc.de:** but pretty small

(2:33:04 PM) **yohoho@jabber.ccc.de:** and the dating passies are in cleartext too

(2:33:11 PM) **yohoho@jabber.ccc.de:** actually they are both md5 and cleartext for some reason

(2:33:16 PM) **leondavidson@jabber.org/jabber.org:** not bad

(2:33:33 PM) **leondavidson@jabber.org/jabber.org:** hows the new nazi targets?

(2:33:35 PM) **leondavidson@jabber.org/jabber.org:** also my nigga

(2:33:37 PM) **yohoho@jabber.ccc.de:** it's not that popular of a site though so there's probably no big names or anything

(2:33:47 PM) **leondavidson@jabber.org/jabber.org:** hit these bitches for our ████████ squad:

(2:33:48 PM) **leondavidson@jabber.org/jabber.org:** one sec

(2:33:49 PM) **yohoho@jabber.ccc.de:** it's good, a lot of US nazi addresses that were previously unknown

(2:34:48 PM) **leondavidson@jabber.org/jabber.org:** sites or emails you mean?

(2:35:10 PM) **yohoho@jabber.ccc.de:** it was another online nazi store

(2:35:19 PM) **yohoho@jabber.ccc.de:** and it has home addresses of ppl who bought shit
(2:36:35 PM) **leondavidson@jabber.org/jabber.org:** for our ▮▮▮▮▮ squad:
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
(2:36:55 PM) **yohoho@jabber.ccc.de:** ahh k
(2:37:08 PM) **yohoho@jabber.ccc.de:** I can take a look at that
(2:37:09 PM) **yohoho@jabber.ccc.de:** also
(2:37:18 PM) **yohoho@jabber.ccc.de:** when alex or someone else with lots of windows voodoo gets on
(2:37:22 PM) **yohoho@jabber.ccc.de:** I got a major target for us that needs work
(2:37:29 PM) **yohoho@jabber.ccc.de:** but I'm not best at windows
(2:37:34 PM) **yohoho@jabber.ccc.de:** it's windows plesk target
(2:37:55 PM) **leondavidson@jabber.org/jabber.org:** yeah plesk is for fags
(2:37:55 PM) **yohoho@jabber.ccc.de:** we need to dump dbs files etc mail's not on this box so we'd have to try
that
(2:37:59 PM) **yohoho@jabber.ccc.de:** a major private prison shit
(2:38:00 PM) **leondavidson@jabber.org/jabber.org:** I'll let alex know
(2:38:14 PM) **yohoho@jabber.ccc.de:** yeah when I see him i'll hit him up
(2:43:59 PM) **yohoho@jabber.ccc.de:** ok ▮▮▮▮▮▮▮ is ownable
(2:44:04 PM) **yohoho@jabber.ccc.de:** checing others now
(2:44:23 PM) **leondavidson@jabber.org/jabber.org:** kk
(2:45:28 PM) **yohoho@jabber.ccc.de:** will they be able to do all the work on these targets?
(2:45:31 PM) **yohoho@jabber.ccc.de:** dump mail/sql
(2:45:44 PM) **yohoho@jabber.ccc.de:** should I just give tem backdoor urls and shit
(2:45:51 PM) **leondavidson@jabber.org/jabber.org:** yup
(2:45:53 PM) **leondavidson@jabber.org/jabber.org:** they're doing all work
(2:46:01 PM) **leondavidson@jabber.org/jabber.org:** just backdoor urls with suidbin rootshell
(2:46:03 PM) **leondavidson@jabber.org/jabber.org:** that hould be enough
(2:46:06 PM) **yohoho@jabber.ccc.de:** k
(2:46:54 PM) **yohoho@jabber.ccc.de:** ugh fucking windows
(2:46:59 PM) **yohoho@jabber.ccc.de:** i'l just give them passwords for this windows targe
(2:47:10 PM) **leondavidson@jabber.org/jabber.org:** g4y
(2:47:52 PM) **yohoho@jabber.ccc.de:**
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
(2:47:54 PM) **yohoho@jabber.ccc.de:** shiiiit
(2:47:59 PM) **leondavidson@jabber.org/jabber.org:** WIN
(2:48:10 PM) **leondavidson@jabber.org/jabber.org:** 287 ▮▮▮▮▮ ?
(2:49:52 PM) **yohoho@jabber.ccc.de:** i'll see in a min what the domains are
(2:49:53 PM) **yohoho@jabber.ccc.de:** may be random
(2:51:00 PM) **leondavidson@jabber.org/jabber.org:** hope its ▮▮▮▮ that'll be a big ass hit
(2:51:16 PM) **leondavidson@jabber.org/jabber.org:** our boy thats been ddosing and hacking ▮▮▮▮ past few

days gonna handle it

(2:51:19 PM) **leondavidson@jabber.org/jabber.org:** havitja

(2:51:23 PM) **leondavidson@jabber.org/jabber.org:** hes been on a rampage

(2:51:44 PM) **leondavidson@jabber.org/jabber.org:** 2 dozen defacements, been ddosing all opmegaupload targets

(2:51:47 PM) **yohoho@jabber.ccc.de:** its got domains like █████████████████

(2:51:51 PM) **leondavidson@jabber.org/jabber.org:** I see

(2:52:30 PM) **leondavidson@jabber.org/jabber.org:** I guess just backdoor and rootshell and pass it alone and work on next. let them niggas figure it out

(2:52:37 PM) **yohoho@jabber.ccc.de:** ok

(2:52:39 PM) **yohoho@jabber.ccc.de:** how about

(2:52:49 PM) **yohoho@jabber.ccc.de:** a bigass lump of XML data

(2:52:57 PM) **yohoho@jabber.ccc.de:** which contains all the ftp passwords and other info about every domain

(2:54:05 PM) **leondavidson@jabber.org/jabber.org:** that works too

(2:54:06 PM) **leondavidson@jabber.org/jabber.org:** haha

(2:54:20 PM) **yohoho@jabber.ccc.de:** for windows targets anyway

(2:54:27 PM) **yohoho@jabber.ccc.de:** linux ones i'l pass off the suid webshells

(2:54:32 PM) **yohoho@jabber.ccc.de:** uploading to priv8haha now

(2:54:36 PM) **leondavidson@jabber.org/jabber.org:** kk thx brother

(2:54:36 PM) **yohoho@jabber.ccc.de:** on that one target

(2:54:47 PM) **yohoho@jabber.ccc.de:** ████████████████████

(2:54:55 PM) **yohoho@jabber.ccc.de:** ████████████████████

(2:55:42 PM) **yohoho@jabber.ccc.de:** [0] => SimpleXMLElement Object

(

[name] => ftp_login

[value] => ██████

)

[1] => SimpleXMLElement Object

(

[name] => ftp_password

[value] => ████████████████

(2:55:55 PM) **yohoho@jabber.ccc.de:** [0] => SimpleXMLElement Object

(

[name] => ftp_login

[value] => ███████

)

[1] => SimpleXMLElement Object

(

[name] => ftp_password

[value] => ██████

)

<- for ████

(2:55:58 PM) **yohoho@jabber.ccc.de:** tose are the only .gvovs

(2:56:11 PM) **leondavidson@jabber.org/jabber.org:** ok bet

(2:56:33 PM) **yohoho@jabber.ccc.de:** and the others will be ▮▮▮▮▮▮▮ when it's done uppn

(2:56:45 PM) **leondavidson@jabber.org/jabber.org:** thx brother

(2:56:48 PM) **leondavidson@jabber.org/jabber.org:** they will apreciate this

(2:58:16 PM) **yohoho@jabber.ccc.de:** ▮▮▮▮▮▮▮▮▮▮rooted

(2:58:28 PM) **leondavidson@jabber.org/jabber.org:** SEX

(3:02:39 PM) **yohoho@jabber.ccc.de:** well that's it unfortunately

(3:02:41 PM) **yohoho@jabber.ccc.de:** just those two

(3:02:58 PM) **yohoho@jabber.ccc.de:** there are versions that are patched

(3:03:03 PM) **leondavidson@jabber.org/jabber.org:** got you

(3:03:07 PM) **yohoho@jabber.ccc.de:** h says plesk is aware of vuln

(3:03:15 PM) **leondavidson@jabber.org/jabber.org:** thanks. I'll let you know of any others

(3:03:16 PM) **yohoho@jabber.ccc.de:** so we have a limited timeframe

(3:03:27 PM) **yohoho@jabber.ccc.de:** i'll pass on this target in a min

(3:04:51 PM) **leondavidson@jabber.org/jabber.org:** k

(3:05:30 PM) **leondavidson@jabber.org/jabber.org:** ▮▮▮▮▮▮▮▮▮= plesk

(3:05:33 PM) **leondavidson@jabber.org/jabber.org:** sms platform

(3:06:03 PM) **leondavidson@jabber.org/jabber.org:** ▮▮▮▮▮▮▮= url shortener

(3:06:21 PM) **yohoho@jabber.ccc.de:** textback === owned

(3:06:36 PM) **leondavidson@jabber.org/jabber.org:** kk

(3:07:02 PM) **yohoho@jabber.ccc.de:** no oo5 tho

(3:07:49 PM) **yohoho@jabber.ccc.de:** keep comin with them tho =)

(3:09:01 PM) **leondavidson@jabber.org/jabber.org:** kk

(3:10:24 PM) **leondavidson@jabber.org/jabber.org:** ▮▮▮▮▮▮▮▮

(3:10:25 PM) **leondavidson@jabber.org/jabber.org:** grab that

(3:10:38 PM) **leondavidson@jabber.org/jabber.org:** cool vhosts for efnetsex

(3:10:39 PM) **leondavidson@jabber.org/jabber.org:** ;)

(3:10:51 PM) **yohoho@jabber.ccc.de:** lol

(3:11:12 PM) **yohoho@jabber.ccc.de:** got it

(3:11:17 PM) **leondavidson@jabber.org/jabber.org:** win

(3:11:22 PM) **leondavidson@jabber.org/jabber.org:** see what other domains it got

(3:12:22 PM) **yohoho@jabber.ccc.de:** a fuckload

(3:13:23 PM) **yohoho@jabber.ccc.de:** total 3520

drwxr-xr-x 872 root roo▮▮▮▮▮n 18 16:39 .

drwxr-xr-x 9 root root ▮May 7 2009 ..

drwxr-xr-x 3 root root ▮May 7 2009▮

drwxr-xr-x 4 root root ▮Nov 8 10:27▮

drwxr-xr-x 4 root root ▮Nov 8 10:27▮

drwxr-xr-x 4 root root ▮Dec 18 2009▮

drwxr-xr-x 4 root root ▮May 11 2009▮

drwxr-xr-x 4 root root ▮Sep 19 16:27▮

drwxr-xr-x 4 root root ▮Jan 28 2011 ▮

drwxr-xr-x 4 root root ▮Jan 27 2011 ▮

drwxr-xr-x 4 root root ▮May 11 2009▮

drwxr-xr-x 4 root root ▮Dec 9 2010▮

8/13/13                    Conversation with yohoho@jabber.ccc.de at 1/23/2012 12:50:07 PM on LeonDavidson@jabber.org/jabber.org (jabber)

drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          Aug 31 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 14 2009
drwxr-xr-x 4 root root          Jun 26 2009
drwxr-xr-x 4 root root          Jun 26 2009
drwxr-xr-x 4 root root          Jan 12 2011
drwxr-xr-x 4 root root          Jan 12 2011
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          Mar 24 2011
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          Dec 4 2009
drwxr-xr-x 4 root root          Jul 1 2011
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          Sep 28 14:27
drwxr-xr-x 4 root root          Dec 27 11:27
drwxr-xr-x 4 root root          Aug 26 02:27
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          Mar 1 2011
drwxr-xr-x 4 root root          Jun 30 2011
drwxr-xr-x 4 root root          Jan 6 2011
drwxr-xr-x 4 root root          Jan 27 2011
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          Feb 3 2011
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          Oct 25 2009
drwxr-xr-x 4 root root          Dec 14 15:50

```
drwxr-xr-x 4 root root    May 23 2010
drwxr-xr-x 4 root root    ul 8 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    ul 1 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    Apr 22 2011
drwxr-xr-x 4 root root    May 11 2010
drwxr-xr-x 4 root root    ul 21 2011
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    Nov 3 2010
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    un 16 2011
drwxr-xr-x 4 root root    un 16 2011
drwxr-xr-x 4 root root    May 23 2010
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    Feb 21 2011
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    un 9 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    Sep 19 14:28
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    un 26 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    ul 8 2009
drwxr-xr-x 4 root root    ul 8 2009
```

```
drwxr-xr-x 4 root root        May 11 2009
drwxr-xr-x 4 root root        May 11 2009
drwxr-xr-x 4 root root        Apr 16 2010
drwxr-xr-x 4 root root        Sep 2 02:28
drwxr-xr-x 4 root root        Apr 16 2010
drwxr-xr-x 4 root root        Sep 19 16:29
drwxr-xr-x 4 root root        Sep 19 14:29
drwxr-xr-x 4 root root        Aug 17 02:29
drwxr-xr-x 4 root root        Aug 18 02:29
drwxr-xr-x 4 root root        Aug 13 2010
drwxr-xr-x 4 root root        May 11 2009
drwxr-xr-x 4 root root        May 11 2009
drwxr-xr-x 4 root root        Aug 10 2009
drwxr-xr-x 4 root root        Aug 10 2009
drwxr-xr-x 4 root root        Aug 10 2009
drwxr-xr-x 4 root root        Aug 10 2009
drwxr-xr-x 4 root root        Dec 7 2010
drwxr-xr-x 4 root root        Sep 5 13:15
drwxr-xr-x 4 root root        May 11 2009
drwxr-xr-x 4 root root        May 11 2009
drwxr-xr-x 4 root root        May 11 2009
drwxr-xr-x 4 root root        Nov 30 11:29
drwxr-xr-x 4 root root        May 11 2009
drwxr-xr-x 4 root root        Mar 1 2011
drwxr-xr-x 4 root root        Mar 1 2011
drwxr-xr-x 4 root root        Nov 18 12:29
drwxr-xr-x 4 root root        Jul 27 2010
drwxr-xr-x 4 root root        May 11 2009
drwxr-xr-x 4 root root        May 17 2010
drwxr-xr-x 4 root root        May 11 2009
drwxr-xr-x 4 root root        May 11 2009
drwxr-xr-x 4 root root        May 11 2009
drwxr-xr-x 4 root root        May 11 2009
drwxr-xr-x 4 root root        May 11 2009
drwxr-xr-x 4 root root        May 11 2009
drwxr-xr-x 4 root root        May 11 2009
drwxr-xr-x 4 root root        May 11 2009
drwxr-xr-x 4 root root        May 19 2009
drwxr-xr-x 4 root root        May 19 2009
drwxr-xr-x 4 root root        Dec 6 23:29
drwxr-xr-x 4 root root        Sep 12 14:29
drwxr-xr-x 4 root root        Dec 12 2009
drwxr-xr-x 9 root root        May 7 2009
drwxr-xr-x 4 root root        May 11 2009
drwxr-xr-x 4 root root        May 11 2009
```

104994

drwxr-xr-x 4 root root ▮an 23 2011 ▮
drwxr-xr-x 4 root root ▮ul 24 2009 ▮
drwxr-xr-x 4 root root ▮ov 30 09:29 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮
drwxr-xr-x 4 root root ▮ep 20 16:29 ▮
drwxr-xr-x 4 root root ▮ul 3 2009 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮
drwxr-xr-x 4 root root ▮ar 22 2010 ▮
drwxr-xr-x 4 root root ▮pr 1 2011 ▮
drwxr-xr-x 4 root root ▮ay 19 2009 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮
drwxr-xr-x 4 root root ▮un 10 2011 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮
drwxr-xr-x 4 root root ▮pr 16 2010 ▮
drwxr-xr-x 4 root root ▮ov 5 2010 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮
drwxr-xr-x 4 root root ▮ct 3 2010 ▮
drwxr-xr-x 4 root root ▮ec 29 2010 ▮
drwxr-xr-x 4 root root ▮ec 30 2010 ▮
drwxr-xr-x 4 root root ▮ov 6 2009 ▮
drwxr-xr-x 4 root root ▮ct 13 2010 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮
drwxr-xr-x 4 root root ▮ul 26 02:30 ▮
drwxr-xr-x 5 root root ▮pr 22 2009 ▮
drwxr-xr-x 4 root root ▮ov 26 2009 ▮
drwxr-xr-x 4 root root ▮ug 31 02:30 ▮
drwxr-xr-x 4 root root ▮ct 13 2010 ▮
drwxr-xr-x 4 root root ▮ar 8 2010 ▮
drwxr-xr-x 4 root root ▮ay 12 2011 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮
drwxr-xr-x 4 root root ▮ar 17 2011 ▮
drwxr-xr-x 4 root root ▮ay 26 2010 ▮
drwxr-xr-x 4 root root ▮ay 20 2009 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮
drwxr-xr-x 4 root root ▮ay 11 2009 ▮

104995

```
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Mar 24 2011
drwxr-xr-x 4 root root      Nov 21 12:30
drwxr-xr-x 4 root root      Apr 14 2011
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 27 2011
drwxr-xr-x 4 root root      May 27 2011
drwxr-xr-x 4 root root      Aug 3 2010 d
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Apr 13 2011
drwxr-xr-x 4 root root      Sep 28 14:30
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Mar 18 2011
drwxr-xr-x 4 root root      Dec 3 21:30 d
drwxr-xr-x 4 root root      Dec 29 2010
drwxr-xr-x 4 root root      Dec 7 2010 d
drwxr-xr-x 4 root root      Mar 16 2010
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Nov 22 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Oct 15 2010
drwxr-xr-x 14 root roo      Dec 22 201
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Mar 5 2010
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Nov 11 2010
drwxr-xr-x 4 root root      Jul 8 2009 dv
drwxr-xr-x 4 root root      Sep 20 16:31
drwxr-xr-x 4 root root      Sep 20 14:31
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 12 2011
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Jun 26 2009 d
drwxr-xr-x 4 root root      May 11 2009
```

drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    Jun 3 2010
drwxr-xr-x 4 root root    Jun 4 2010
drwxr-xr-x 4 root root    Jun 3 2010
drwxr-xr-x 4 root root    Jan 9 10:32
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    Jun 4 2010
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    Mar 23 2010
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    Jan 9 10:33
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    Jun 17 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    Sep 20 14:31
drwxr-xr-x 4 root root    Sep 20 14:32
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    Jun 16 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    Dec 5 13:31
drwxr-xr-x 4 root root    Nov 5 2009
drwxr-xr-x 4 root root    Mar 31 2010
drwxr-xr-x 4 root root    Dec 10 2009
drwxr-xr-x 4 root root    Mar 29 2010
drwxr-xr-x 4 root root    Jul 8 2009
drwxr-xr-x 4 root root    Jan 12 2011
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    Mar 9 2010
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    May 11 2009
drwxr-xr-x 4 root root    Oct 26 2010
drwxr-xr-x 4 root root    May 11 2009

drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ Feb 1 2011 ██████████████
drwxr-xr-x 4 root root ████ Sep 9 2010 ██████████████
drwxr-xr-x 4 root root ████ Jan 12 2011 █████████████
drwxr-xr-x 4 root root ████ Mar 24 2011 ████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ Apr 16 2010 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ Mar 16 2010 ████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ Aug 23 2009 ████████████
drwxr-xr-x 4 root root ████ Mar 3 2011 ██████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ Jul 14 2010 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ Nov 26 2009 ████████████
drwxr-xr-x 4 root root ████ Nov 26 2009 ████████████
drwxr-xr-x 4 root root ████ Nov 26 2009 ████████████
drwxr-xr-x 4 root root ████ Nov 26 2009 ████████████
drwxr-xr-x 4 root root ████ Jun 15 2009 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ Mar 26 2011 ████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ Jan 21 2010 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ Jan 11 23:32 ███████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ May 18 2011 ████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████
drwxr-xr-x 4 root root ████ May 11 2009 █████████████

104998

8/13/13                     Conversation with yohoho@jabber.ccc.de at 1/23/2012 12:50:07 PM on LeonDavidson@jabber.org/jabber.org (jabber)

```
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   Mar 30 2010
drwxr-xr-x 4 root root   Mar 30 2010
drwxr-xr-x 4 root root   Jun 16 2009 h
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   Nov 15 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   Nov 18 12:32
drwxr-xr-x 4 root root   Jun 15 2011 h
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   Apr 2 2010
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   Jun 23 2010
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   May 24 2011
drwxr-xr-x 4 root root   Nov 26 2010
drwxr-xr-x 4 root root   Oct 31 20:33
drwxr-xr-x 4 root root   May 11 2009
drwxr-xr-x 4 root root   Jul 10 2010
drwxr-xr-x 4 root root   Jul 1 2009
```

104999

drwxr-xr-x 4 root root     Nov 26 2010
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     Apr 17 2010
drwxr-xr-x 4 root root     Apr 17 2010
drwxr-xr-x 4 root root     Aug 27 02:33
drwxr-xr-x 4 root root     Aug 31 02:33
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     Oct 21 16:34
drwxr-xr-x 4 root root     Oct 21 16:34
drwxr-xr-x 4 root root     Nov 2 18:34
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     May 12 2010
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     Jul 9 2010
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     Oct 23 2009
drwxr-xr-x 4 root root     Sep 14 16:33
drwxr-xr-x 4 root root     Dec 14 2010
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     Dec 10 2010
drwxr-xr-x 4 root root     Dec 7 2010 j
drwxr-xr-x 4 root root     Dec 10 2010
drwxr-xr-x 4 root root     Feb 6 2011
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     Nov 27 2009
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     Sep 27 2010
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     Feb 16 2010
drwxr-xr-x 4 root root     Jan 19 2010
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     May 11 2009
drwxr-xr-x 4 root root     Dec 1 2010
drwxr-xr-x 4 root root     May 20 2010

```
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 23 2010
drwxr-xr-x 4 root root      Aug 7 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Jul 8 2009
drwxr-xr-x 4 root root      Jul 8 2009
drwxr-xr-x 4 root root      Nov 1 2010
drwxr-xr-x 4 root root      Dec 18 2010
drwxr-xr-x 4 root root      Jul 5 2010
drwxr-xr-x 4 root root      Feb 9 2011
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Mar 8 2010
drwxr-xr-x 4 root root      Mar 8 2010
drwxr-xr-x 4 root root      Jun 16 2009
drwxr-xr-x 4 root root      Aug 3 2010
drwxr-xr-x 4 root root      Dec 29 2010
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Jun 16 2009
drwxr-xr-x 4 root root      Jun 16 2009
drwxr-xr-x 4 root root      Jun 16 2009
drwxr-xr-x 4 root root      May 25 2011
drwxr-xr-x 4 root root      Jun 19 2010
drwxr-xr-x 4 root root      Nov 24 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Jan 5 2011
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Jun 26 2009
drwxr-xr-x 4 root root      Jun 26 2009
drwxr-xr-x 4 root root      Jun 25 2009
drwxr-xr-x 4 root root      Jun 25 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 17 2010
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 24 2009
drwxr-xr-x 4 root root      Oct 28 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
```

| | | |
|---|---|---|
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Dec 16 2010 | |
| drwxr-xr-x 4 root root | Oct 27 2009 | |
| drwxr-xr-x 4 root root | Oct 27 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Apr 7 2010 | |
| drwxr-xr-x 4 root root | Mar 26 2010 | |
| drwxr-xr-x 4 root root | Dec 4 2009 | |
| drwxr-xr-x 4 root root | Oct 23 2009 | |
| drwxr-xr-x 4 root root | Nov 16 12:35 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Jul 4 2010 | |
| drwxr-xr-x 4 root root | Nov 22 2010 | |
| drwxr-xr-x 4 root root | Oct 12 14:35 | |
| drwxr-xr-x 4 root root | Oct 20 16:35 | |
| drwxr-xr-x 4 root root | Oct 20 14:35 | |
| drwxr-xr-x 4 root root | Oct 20 14:36 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Jun 18 2010 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Jan 18 2010 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Sep 20 16:36 | |
| drwxr-xr-x 4 root root | Sep 19 16:36 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Nov 27 2009 | |
| drwxr-xr-x 4 root root | Jul 21 2011 | |
| drwxr-xr-x 4 root root | Nov 27 2009 | |
| drwxr-xr-x 4 root root | Jul 21 2011 | |
| drwxr-xr-x 4 root root | Nov 27 2009 | |
| drwxr-xr-x 4 root root | Jul 21 2011 | |
| drwxr-xr-x 4 root root | Jan 11 09:35 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Dec 14 2010 | |

| | |
|---|---|
| drwxr-xr-x 4 root root | May 19 2010 |
| drwxr-xr-x 4 root root | Jun 14 2010 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Jun 28 2011 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | May 13 2011 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Jul 23 2011 |
| drwxr-xr-x 4 root root | Dec 20 2010 |
| drwxr-xr-x 4 root root | Feb 17 2010 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Mar 4 2011 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Oct 7 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Dec 6 2010 |
| drwxr-xr-x 4 root root | Dec 6 2010 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Nov 5 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Mar 22 2010 |
| drwxr-xr-x 4 root root | Mar 22 2010 |
| drwxr-xr-x 4 root root | Feb 7 2011 |
| drwxr-xr-x 4 root root | Feb 7 2011 |
| drwxr-xr-x 4 root root | Feb 7 2011 |
| drwxr-xr-x 4 root root | Feb 8 2011 |
| drwxr-xr-x 4 root root | Feb 7 2011 |
| drwxr-xr-x 4 root root | Feb 7 2011 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Sep 23 2009 |
| drwxr-xr-x 4 root root | Sep 23 2009 |
| drwxr-xr-x 4 root root | Aug 17 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Jan 12 2011 |
| drwxr-xr-x 4 root root | Jan 12 2011 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Jan 8 2010 |
| drwxr-xr-x 4 root root | Jul 15 2010 |

| | | |
|---|---|---|
| drwxr-xr-x 4 root root | Sep 30 2010 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Aug 20 2010 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Mar 15 2010 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Mar 21 2011 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Oct 31 12:37 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Feb 4 2011 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Apr 16 2010 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Feb 26 2010 | |
| drwxr-xr-x 4 root root | Jul 5 2011 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Jan 31 2011 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Sep 9 2010 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Jul 30 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Apr 19 2010 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | Jan 27 2011 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |
| drwxr-xr-x 4 root root | May 11 2009 | |

drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          Jul 8 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          Mar 16 2010
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          Mar 23 2010
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          Aug 2 02:38
drwxr-xr-x 4 root root          Oct 26 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          Oct 5 2009
drwxr-xr-x 4 root root          Sep 10 2009
drwxr-xr-x 4 root root          Jul 3 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          Mar 18 2010
drwxr-xr-x 4 root root          May 31 2010
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          Jan 6 2010
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          Jun 16 2009
drwxr-xr-x 4 root root          Jun 16 2009
drwxr-xr-x 4 root root          Jun 16 2009
drwxr-xr-x 4 root root          Feb 9 2010
drwxr-xr-x 4 root root          Feb 9 2010
drwxr-xr-x 4 root root          Nov 12 2010
drwxr-xr-x 4 root root          Aug 19 16:27
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          Dec 9 2010
drwxr-xr-x 4 root root          Dec 9 2010
drwxr-xr-x 4 root root          Feb 16 2011
drwxr-xr-x 4 root root          Aug 12 2009

| | |
|---|---|
| drwxr-xr-x 4 root root | Nov 25 14:37 |
| drwxr-xr-x 4 root root | Feb 4 2011 |
| drwxr-xr-x 4 root root | Mar 1 2011 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Sep 9 2010 |
| drwxr-xr-x 4 root root | Feb 25 2011 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Jan 26 2010 |
| drwxr-xr-x 4 root root | Jul 7 2011 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Nov 26 2009 |
| drwxr-xr-x 4 root root | Nov 26 2009 |
| drwxr-xr-x 4 root root | Nov 26 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Aug 18 2010 |
| drwxr-xr-x 4 root root | Jun 18 2010 |
| drwxr-xr-x 4 root root | Sep 20 14:39 |
| drwxr-xr-x 4 root root | Sep 20 14:39 |
| drwxr-xr-x 4 root root | Nov 18 2010 |
| drwxr-xr-x 4 root root | Jan 12 2011 |
| drwxr-xr-x 4 root root | Jun 11 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Sep 19 14:39 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Mar 5 2010 |
| drwxr-xr-x 4 root root | Aug 12 2009 |
| drwxr-xr-x 4 root root | Jul 3 2010 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Nov 2 12:39 |
| drwxr-xr-x 4 root root | May 14 2009 |
| drwxr-xr-x 4 root root | Aug 31 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Feb 3 2011 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Aug 17 2010 |
| drwxr-xr-x 4 root root | May 27 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Sep 10 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | May 11 2009 |
| drwxr-xr-x 4 root root | Mar 30 2010 |

drwxr-xr-x 4 root root       May 11 2009
drwxr-xr-x 4 root root       Aug 30 02:39
drwxr-xr-x 4 root root       un 15 2010
drwxr-xr-x 4 root root       ul 1 2009
drwxr-xr-x 4 root root       May 11 2009
drwxr-xr-x 4 root root       May 11 2009
drwxr-xr-x 4 root root       ul 15 2009
drwxr-xr-x 4 root root       Oct 6 2009
drwxr-xr-x 4 root root       Sep 9 2009
drwxr-xr-x 4 root root       Sep 9 2009
drwxr-xr-x 4 root root       Aug 5 02:40
drwxr-xr-x 4 root root       May 11 2009
drwxr-xr-x 4 root root       May 11 2009
drwxr-xr-x 4 root root       Feb 9 2011
drwxr-xr-x 4 root root       May 11 2009
drwxr-xr-x 4 root root       May 11 2009
drwxr-xr-x 4 root root       Apr 3 2011
drwxr-xr-x 4 root root       Dec 6 2010
drwxr-xr-x 4 root root       May 11 2009
drwxr-xr-x 4 root root       Oct 29 2010
drwxr-xr-x 4 root root       an 28 2011
drwxr-xr-x 4 root root       Apr 16 2011
drwxr-xr-x 4 root root       May 11 2009
drwxr-xr-x 4 root root       May 11 2009
drwxr-xr-x 4 root root       May 11 2009
drwxr-xr-x 4 root root       Mar 22 2010
drwxr-xr-x 4 root root       May 11 2009
drwxr-xr-x 4 root root       un 30 2011
drwxr-xr-x 4 root root       May 14 2009
drwxr-xr-x 4 root root       May 11 2009
drwxr-xr-x 4 root root       an 27 2011
drwxr-xr-x 4 root root       May 11 2009
drwxr-xr-x 4 root root       Sep 22 12:39
drwxr-xr-x 4 root root       Oct 19 18:40
drwxr-xr-x 4 root root       May 11 2009
drwxr-xr-x 4 root root       May 11 2009
drwxr-xr-x 4 root root       Oct 13 2010
drwxr-xr-x 4 root root       May 11 2009
drwxr-xr-x 4 root root       Oct 9 2009
drwxr-xr-x 4 root root       Feb 10 2011
drwxr-xr-x 4 root root       Aug 26 02:39
drwxr-xr-x 4 root root       ul 8 2009
drwxr-xr-x 4 root root       May 11 2009
drwxr-xr-x 4 root root       un 15 2010
drwxr-xr-x 4 root root       May 11 2009

```
drwxr-xr-x 4 root root      Feb 7 2011
drwxr-xr-x 4 root root      Feb 7 2011
drwxr-xr-x 4 root root      Feb 7 2011
drwxr-xr-x 4 root root      Feb 7 2011
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Jun 21 2010
drwxr-xr-x 4 root root      Nov 20 2010
drwxr-xr-x 4 root root      Nov 2 2010
drwxr-xr-x 4 root root      Sep 21 16:40
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Sep 20 14:41
drwxr-xr-x 4 root root      Nov 3 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Nov 6 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Feb 8 2011
drwxr-xr-x 4 root root      Feb 28 2010
drwxr-xr-x 4 root root      Dec 24 2009
drwxr-xr-x 4 root root      Mar 2 2011
drwxr-xr-x 4 root root      Mar 22 2010
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Nov 30 15:39
drwxr-xr-x 4 root root      Nov 30 15:39
drwxr-xr-x 4 root root      Nov 30 15:39
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Feb 16 2010
drwxr-xr-x 4 root root      May 19 2010
drwxr-xr-x 4 root root      Nov 11 2009
drwxr-xr-x 4 root root      Nov 19 2010
drwxr-xr-x 4 root root      Oct 17 12:41
drwxr-xr-x 4 root root      Mar 21 2011
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Feb 1 2011
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
```

```
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  Jan 18 16:39
drwxr-xr-x 4 root root  Jun 11 2010
drwxr-xr-x 4 root root  Nov 4 2010
drwxr-xr-x 4 root root  May 14 2011
drwxr-xr-x 4 root root  Oct 19 2010
drwxr-xr-x 4 root root  Jan 4 23:39
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 13 2010
drwxr-xr-x 4 root root  Sep 20 2010
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  Aug 31 02:41
drwxr-xr-x 4 root root  Sep 27 10:41
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  Aug 26 2010
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  Jun 5 2009
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  Feb 11 2011
drwxr-xr-x 4 root root  Aug 11 02:45
drwxr-xr-x 4 root root  Feb 25 2011
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  Jul 21 2011
drwxr-xr-x 4 root root  Jan 13 09:59
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  Nov 26 16:40
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 11 2009
drwxr-xr-x 4 root root  May 11 2009
```

105009

```
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Jun 24 2009
drwxr-xr-x 4 root root      Sep 26 20:42
drwxr-xr-x 4 root root      Jun 7 2010
drwxr-xr-x 4 root root      Dec 5 10:40
drwxr-xr-x 4 root root      Oct 31 10:42
drwxr-xr-x 4 root root      Nov 13 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Jul 30 2009
drwxr-xr-x 4 root root      Jun 28 2011
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Feb 8 2011 w
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Feb 7 2011
drwxr-xr-x 4 root root      Feb 8 2011
drwxr-xr-x 4 root root      Oct 6 2009
drwxr-xr-x 4 root root      May 14 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Apr 21 2010
drwxr-xr-x 4 root root      Oct 5 10:42
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Nov 2 2009
drwxr-xr-x 4 root root      Nov 2 2009
drwxr-xr-x 4 root root      Dec 9 09:40
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Sep 23 2009
drwxr-xr-x 4 root root      Nov 15 2010
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      May 11 2009
drwxr-xr-x 4 root root      Feb 17 2010
drwxr-xr-x 4 root root      Nov 30 2009
```

```
drwxr-xr-x 4 root root          Aug 5 02:43
drwxr-xr-x 4 root root          Sep 23 2010
drwxr-xr-x 4 root root          May 11 2009
drwxr-xr-x 4 root root          Dec 1 2009
drwxr-xr-x 4 root root          May 11 2009
(3:13:31 PM) yohoho@j     ccc.de: total 3
drwxr-xr-x 98 root roo          Jan 9 15:25
drwxr-xr-x 9 root root          Sep 23 11:38
drwxr-xr-x 3 root root          Sep 23 11:43
drwxr-xr-x 20 root roo          Sep 23 20:4
drwxr-xr-x 20 root roo          Sep 23 20:4
drwxr-xr-x 20 root roo          Sep 23 20:4
drwxr-xr-x 20 root roo          Sep 23 20:4
drwxr-xr-x 20 root roo          Sep 23 20:4
drwxr-xr-x 20 root roo          Sep 23 20:5
drwxr-xr-x 20 root roo          Sep 23 20:5
drwxr-xr-x 20 root roo          Sep 23 20:5
drwxr-xr-x 20 root roo          Sep 23 20:5
drwxr-xr-x 20 root roo          Sep 27 11:4
drwxr-xr-x 20 root roo          Sep 23 21:0
drwxr-xr-x 20 root roo          Sep 23 21:0
drwxr-xr-x 20 root roo          Sep 23 21:0
drwxr-xr-x 20 root roo          Sep 23 21:0
drwxr-xr-x 20 root roo          Sep 23 21:0
drwxr-xr-x 20 root roo          Sep 23 21:0
drwxr-xr-x 9 root root          Sep 23 11:42
drwxr-xr-x 20 root roo          Sep 23 21:0
drwxr-xr-x 20 root roo          Sep 23 21:0
drwxr-xr-x 19 root roo          Oct 28 06:1
drwxr-xr-x 20 root roo          Sep 23 21:0
drwxr-xr-x 20 root roo          Sep 23 21:0
drwxr-xr-x 20 root roo          Sep 23 21:1
drwxr-xr-x 20 root roo          Sep 23 21:1
drwxr-xr-x 20 root roo          Sep 23 21:1
drwxr-xr-x 20 root roo          Sep 23 21:1
drwxr-xr-x 5 root root          Sep 23 11:38
drwxr-xr-x 20 root roo          Sep 23 21:1
drwxr-xr-x 20 root roo          Sep 23 21:2
drwxr-xr-x 20 root roo          Sep 23 21:2
drwxr-xr-x 20 root roo          Sep 23 21:2
drwxr-xr-x 20 root roo          Sep 23 21:2
drwxr-xr-x 20 root roo          Sep 23 21:2
drwxr-xr-x 20 root roo          Sep 23 21:3
```

```
drwxr-xr-x 20 root roo        Sep 23 21:3
drwxr-xr-x 20 root roo        Sep 23 21:3
drwxr-xr-x 20 root roo        Sep 23 21:3
drwxr-xr-x 20 root roo        Sep 23 21:3
drwxr-xr-x 20 root roo        Sep 23 21:3
drwxr-xr-x 21 root roo        Oct 31 23:1
drwxr-xr-x 20 root roo        Sep 23 21:3
drwxr-xr-x 20 root roo        Sep 23 21:3
drwxr-xr-x 20 root roo        Sep 23 21:3
drwxr-xr-x 20 root roo        Sep 23 21:3
drwxr-xr-x 20 root roo        Sep 23 21:4
drwxr-xr-x 20 root roo        Sep 23 21:4
drwxr-xr-x 20 root roo        Sep 23 21:4
drwxr-xr-x 20 root roo        Sep 23 21:4
drwxr-xr-x 20 root roo        Sep 23 21:4
drwxr-xr-x 20 root roo        Sep 23 21:4
drwxr-xr-x 20 root roo        Sep 23 22:1
drwxr-xr-x 20 root roo        Sep 23 23:2
drwxr-xr-x 20 root roo        Sep 23 23:2
drwxr-xr-x 20 root roo        Sep 23 23:2
drwxr-xr-x 20 root roo        Sep 23 23:2
drwxr-xr-x 19 root roo        Jan 9 15:25
drwxr-xr-x 20 root roo        Sep 23 23:2
drwxr-xr-x 20 root roo        Sep 23 23:2
drwxr-xr-x 20 root roo        Sep 23 23:2
drwxr-xr-x 20 root roo        Sep 23 23:3
drwxr-xr-x 20 root roo        Sep 23 23:3
drwxr-xr-x 20 root roo        Sep 23 23:3
drwxr-xr-x 20 root roo        Sep 23 23:3
drwxr-xr-x 20 root roo        Sep 23 23:3
drwxr-xr-x 20 root roo        Sep 23 23:4
drwxr-xr-x 20 root roo        Sep 23 23:4
drwxr-xr-x 20 root roo        Sep 23 23:4
drwxr-xr-x 20 root roo        Sep 23 23:4
drwxr-xr-x 20 root roo        Sep 23 23:4
drwxr-xr-x 20 root roo        Sep 23 23:4
drwxr-xr-x 20 root roo        Sep 23 23:4
drwxr-xr-x 20 root roo        Sep 23 23:4
drwxr-xr-x 20 root roo        Sep 23 23:4
drwxr-xr-x 19 root roo        Dec 1 09:08
drwxr-xr-x 20 root roo        Sep 23 23:4
drwxr-xr-x 20 root roo        Sep 23 23:4
drwxr-xr-x 20 root roo        Sep 23 23:4
drwxr-xr-x 20 root roo        Sep 23 23:5
```

drwxr-xr-x 20 root root █████ Sep 23 23:50 ██████████████
drwxr-xr-x 20 root root █████ Sep 23 23:50 ██████████████
drwxr-xr-x 20 root root █████ Sep 23 23:54 ██████████████
drwxr-xr-x 20 root root █████ Sep 23 23:54 ██████████████
drwxr-xr-x 20 root root █████ Sep 23 23:54 ██████████████
drwxr-xr-x 20 root root █████ Sep 23 23:55 ██████████████
drwxr-xr-x 20 root root █████ Sep 23 23:56 ██████████████
drwxr-xr-x 20 root root █████ Sep 23 23:58 ██████████████
drwxr-xr-x 20 root root █████ Sep 23 23:58 ██████████████
drwxr-xr-x 20 root root █████ Sep 23 23:59 ██████████████
drwxr-xr-x 20 root root █████ Sep 23 23:59 ██████████████
drwxr-xr-x 20 root root █████ Sep 23 23:59 ██████████████
drwxr-xr-x 20 root root █████ Sep 24 00:00 ██████████████
drwxr-xr-x 20 root root █████ Sep 24 00:00 ██████████████

(3:13:53 PM) **leondavidson@jabber.org/jabber.org:** nice a lot of ██

(3:14:12 PM) **yohoho@jabber.ccc.de:** yeah only the one ████ tho

(3:14:24 PM) **leondavidson@jabber.org/jabber.org:** shame. that ████ is nice. mad ████

(3:19:23 PM) **yohoho@jabber.ccc.de:** ok you ready for tha██ ██arget?

(3:19:36 PM) **leondavidson@jabber.org/jabber.org:** ████

(3:20:09 PM) **leondavidson@jabber.org/jabber.org:** what was url to that new list you needed cracked?

(3:20:11 PM) **leondavidson@jabber.org/jabber.org:** ████████

(3:20:25 PM) **yohoho@jabber.ccc.de:** yes

(3:20:27 PM) **yohoho@jabber.ccc.de:** ████████

(3:20:34 PM) **yohoho@jabber.ccc.de:** you ready for that ████████ target?

(3:20:39 PM) **yohoho@jabber.ccc.de:** ████████████

(3:20:54 PM) **yohoho@jabber.ccc.de:** then ./core ████████ for root

(3:21:10 PM) **yohoho@jabber.ccc.de:** mail is in ████████████ I am dumping all mysql dbs to

████████████

(3:21:21 PM) **leondavidson@jabber.org/jabber.org:** got you

(3:21:26 PM) **leondavidson@jabber.org/jabber.org:** working on ████ now

(3:21:33 PM) **yohoho@jabber.ccc.de:** great

(3:21:47 PM) **yohoho@jabber.ccc.de:** and then ████ on ████ is the best I can do on that windows target

for now

(3:27:23 PM) **yohoho@jabber.ccc.de:** drwxr-xr-x 11 root root ████ Jan 2 2011 ██████████
drwxr-xr-x 9 root root █████ Dec 17 2010 ████████████
drwxr-xr-x 5 root root █████ Dec 17 2010 ████████████
drwxr-xr-x 14 root roo█ ████ Jan 2 2011 ████
drwxr-xr-x 13 root roo█ ████ Dec 18 2010 ████████
drwxr-xr-x 11 root roo█ ████ Jul 20 2011 ██████
drwxr-xr-x 21 root roo█ ████ Oct 11 18:34 ████████
drwxr-xr-x 12 root roo█ ████ Oct 11 13:53 ████████
drwxr-xr-x 11 root roo█ ████ Jul 20 2011 ████
drwxr-xr-x 11 root roo█ ████ Apr 19 2011 ████
drwxr-xr-x 13 root roo█ ████ Dec 18 2010 ████████

(3:31:24 PM) **yohoho@jabber.ccc.de:** and then

8/13/13                    Conversation with yohoho@jabber.ccc.de at 1/23/2012 12:50:07 PM on LeonDavidson@jabber.org/jabber.org (jabber)



(3:31:33 PM) **yohoho@jabber.ccc.de:** ▮▮▮▮▮▮▮▮▮▮▮

(3:31:37 PM) **yohoho@jabber.ccc.de:** ▮▮▮▮▮▮

(3:31:38 PM) **yohoho@jabber.ccc.de:** have fun =)

(3:31:46 PM) **leondavidson@jabber.org/jabber.org:** aRF

(3:32:04 PM) **leondavidson@jabber.org/jabber.org:** finding new juicy targets brb

(3:32:43 PM) **leondavidson@jabber.org/jabber.org:** paste me url for shell and backdoor for that ▮▮ one

(3:32:48 PM) **leondavidson@jabber.org/jabber.org:** it has gov▮ on it right?

(3:32:51 PM) **leondavidson@jabber.org/jabber.org:** the non-windows one

(3:32:59 PM) **yohoho@jabber.ccc.de:** ok

(3:33:05 PM) **yohoho@jabber.ccc.de:** ▮▮▮▮▮▮▮▮▮▮

(3:33:17 PM) **yohoho@jabber.ccc.de:** ▮▮▮▮▮▮▮▮▮▮▮ for root

(3:33:24 PM) **yohoho@jabber.ccc.de:** other hosts in ▮▮▮▮▮▮▮▮▮

(3:33:24 PM) **leondavidson@jabber.org/jabber.org:** got you

(3:33:52 PM) **yohoho@jabber.ccc.de:** ▮▮▮▮▮▮▮▮▮▮ for admin password

(3:47:34 PM) **leondavidson@jabber.org/jabber.org:** shits popping

(3:47:43 PM) **leondavidson@jabber.org/jabber.org:** ▮▮▮▮▮ put together #ataque on anonops

(3:47:48 PM) **leondavidson@jabber.org/jabber.org:** where all the ▮▮▮▮idosers are together

(3:47:50 PM) **leondavidson@jabber.org/jabber.org:** smashing out targets

(3:47:52 PM) **leondavidson@jabber.org/jabber.org:** come check this out

(3:47:53 PM) **leondavidson@jabber.org/jabber.org:** ROFL

(3:47:54 PM) **yohoho@jabber.ccc.de:** crazy

(3:48:05 PM) **leondavidson@jabber.org/jabber.org:** they've been hitting everything

(3:56:39 PM) **leondavidson@jabber.org/jabber.org:** interesting bro

(3:56:48 PM) **leondavidson@jabber.org/jabber.org:** ▮▮▮▮▮▮▮▮▮▮ = hosts projects like ▮▮▮▮ etc

(3:56:54 PM) **leondavidson@jabber.org/jabber.org:** running plesk

(3:57:49 PM) **yohoho@jabber.ccc.de:** =) rooting

(3:58:01 PM) **leondavidson@jabber.org/jabber.org:** kk

(3:58:21 PM) **leondavidson@jabber.org/jabber.org:** backdoor ▮▮▮▮▮ own thousands of network admins

(3:58:32 PM) **yohoho@jabber.ccc.de:** for real

(3:58:33 PM) **leondavidson@jabber.org/jabber.org:** we'll be in every big network

(3:58:45 PM) **leondavidson@jabber.org/jabber.org:** but its windows based. so we need a undetectable packer

(3:58:46 PM) **yohoho@jabber.ccc.de:** wed ahve to do some advanced malware

(3:58:49 PM) **leondavidson@jabber.org/jabber.org:** yup

(4:00:03 PM) **yohoho@jabber.ccc.de:** ok well

(4:00:15 PM) **yohoho@jabber.ccc.de:** having trouble uploading shit to it, but, got lal the passes

(4:01:00 PM) **yohoho@jabber.ccc.de:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

unpredictable/untrustworthy

(5:10:47 PM) **leondavidson@jabber.org/jabber.org:** yeah but you know my brother. whats going to have to happen with wikileaks if it wants to exist past julian assange

(5:10:52 PM) **leondavidson@jabber.org/jabber.org:** is to decentralize itself

(5:11:01 PM) **leondavidson@jabber.org/jabber.org:** it'll become another anonymous

(5:11:09 PM) **leondavidson@jabber.org/jabber.org:** with the basis of leaks and hackers

(5:11:11 PM) **yohoho@jabber.ccc.de:** oh I agree

(5:11:22 PM) **yohoho@jabber.ccc.de:** we've kind of already fulfilled the funcitonality of WL in some regards

(5:11:29 PM) **yohoho@jabber.ccc.de:** whenw e dump all the emails on our onions/torrents etc

(5:11:31 PM) **yohoho@jabber.ccc.de:** it's no different

(5:11:33 PM) **leondavidson@jabber.org/jabber.org:** jea

(5:11:40 PM) **yohoho@jabber.ccc.de:** however as far as JA is concerned

(5:11:45 PM) **yohoho@jabber.ccc.de:** there is risk for them to work with us

(5:11:54 PM) **yohoho@jabber.ccc.de:** they were already half assedly blamed for this stratfor ahck

(5:12:04 PM) **yohoho@jabber.ccc.de:** they could have just been like fuck it why would we incriminate ourselves

(5:12:15 PM) **yohoho@jabber.ccc.de:** so it's good that they are taking an opportunity to work with 'rogues' like us

(5:12:20 PM) **yohoho@jabber.ccc.de:** it could be mutually beneficial

(5:12:38 PM) **leondavidson@jabber.org/jabber.org:** ind33d

(5:12:44 PM) **yohoho@jabber.ccc.de:** as far as early leaks of the emails go, well, they are supposedly 'building a coalition'

(5:12:47 PM) **yohoho@jabber.ccc.de:** of orgs, journalists

(5:13:15 PM) **yohoho@jabber.ccc.de:** who if they are to ivnest time/resources into this project with WL, probably don't want to see rogue elements prereleasing shit

(5:13:16 PM) **yohoho@jabber.ccc.de:** etc

(5:14:14 PM) **yohoho@jabber.ccc.de:** however JA himself agreed ahead of time that we should be dumping some of them

(5:14:21 PM) **leondavidson@jabber.org/jabber.org:** mhm

(5:14:45 PM) **yohoho@jabber.ccc.de:** to put them on the defensive

(5:14:49 PM) **yohoho@jabber.ccc.de:** which I think I def did

(5:15:02 PM) **yohoho@jabber.ccc.de:** it really made them look like assholes, deserving of getting hit

(5:15:11 PM) **yohoho@jabber.ccc.de:** shit if we had that occupy statement by the stime of the defacement everyone would have hated them

(5:16:45 PM) **leondavidson@jabber.org/jabber.org:** true

(5:24:41 PM) **leondavidson@jabber.org/jabber.org** ████████████ you have that?

(5:25:58 PM) **yohoho@jabber.ccc.de:** is restricted in accordance with IP Access restriction policy currently applied.

(5:26:00 PM) **yohoho@jabber.ccc.de:** oh well

(5:26:16 PM) **leondavidson@jabber.org/jabber.org:** ;]

(5:31:09 PM) **yohoho@jabber.ccc.de:** keep them coming though

(5:31:17 PM) **yohoho@jabber.ccc.de:** usually have ~50% success rate

(5:35:16 PM) **leondavidson@jabber.org/jabber.org:** yup

(5:39:10 PM) **leondavidson@jabber.org/jabber.org:** ████████████ get that. looks like it might control █ ld

(5:42:06 PM) **yohoho@jabber.ccc.de:** k def ownable

8/13/13                                    Conversation with yohoho@jabber.ccc.de at 1/23/2012 12:50:07 PM on LeonDavidson@jabber.org/jabber.org (jabber)

(5:42:22 PM) **yohoho@jabber.ccc.de:** ███████████████████

████████████████████████

(5:42:23 PM) **yohoho@jabber.ccc.de:** niiice.

(5:42:28 PM) **yohoho@jabber.ccc.de:** I love a lot of mail.

(5:42:42 PM) **leondavidson@jabber.org:** :)

(5:43:19 PM) **yohoho@jabber.ccc.de:** you want to get to work on this one?

(5:43:21 PM) **yohoho@jabber.ccc.de:** kinda in the middle of somethin

(5:44:50 PM) **leondavidson@jabber.org/jabber.org:** upoad xml/sql shit to the server

(5:45:08 PM) **leondavidson@jabber.org/jabber.org:** if this is tied to the tld that'll be nice. if not well fuck it its another box for u

(5:45:10 PM) **leondavidson@jabber.org/jabber.org:** us

(5:51:45 PM) **leondavidson@jabber.org/jabber.org:** LoD requested we look into: ███████doesn't run plesk. but if we can own it that'll benefit them. I guess they want the db

(5:52:26 PM) **yohoho@jabber.ccc.de:** k

(5:58:37 PM) **leondavidson@jabber.org/jabber.org:** ████████████ plesk. creates filemaker databases for wall street journal, etc. might be interesting

(6:01:40 PM) **yohoho@jabber.ccc.de:** rooting innerfile now

(6:02:59 PM) **yohoho@jabber.ccc.de:** done

(6:03:02 PM) **yohoho@jabber.ccc.de:** man this shit is too easy

(6:03:30 PM) **yohoho@jabber.ccc.de:** we need people to do nothing but search for great plesk targets

(6:05:38 PM) **leondavidson@jabber.org/jabber.org:** yup

(6:08:38 PM) **yohoho@jabber.ccc.de:** hrm they disable php exec

(6:08:40 PM) **yohoho@jabber.ccc.de:** so no webshell

(6:08:41 PM) **yohoho@jabber.ccc.de:** on cp

(6:08:48 PM) **yohoho@jabber.ccc.de:** but I can spawn a reverse shell for you now if you want

(6:09:03 PM) **yohoho@jabber.ccc.de:** or you can do this from a bouncebox

(6:09:10 PM) **leondavidson@jabber.org/jabber.org:** put it to the side for now just document the target and we'll play wih it later

(6:09:13 PM) **leondavidson@jabber.org/jabber.org:** its kidn of low level

(6:09:17 PM) **yohoho@jabber.ccc.de:** ██████████████████

(6:10:09 PM) **leondavidson@jabber.org/jabber.org:** got you nice targets now

(6:10:17 PM) **leondavidson@jabber.org/jabber.org:** oh sweet ████ I'll play with that in a few ;)

(6:10:58 PM) **leondavidson@jabber.org/jabber.org:** ████████████████

(6:11:24 PM) **leondavidson@jabber.org/jabber.org:** looking for embassys and consulates

(6:11:37 PM) **yohoho@jabber.ccc.de:** back

(6:12:27 PM) **leondavidson@jabber.org/jabber.org:** █████████████

(6:12:48 PM) **leondavidson@jabber.org/jabber.org:** ████████████████ not sure which embassy is this or just the domain

(6:13:03 PM) **yohoho@jabber.ccc.de** ████ rooted

(6:13:38 PM) **yohoho@jabber.ccc.de:** ███████████

██████████████████████

(6:13:41 PM) **yohoho@jabber.ccc.de:** wait ████████