```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -versus-<br><br>JEREMY HAMMOND,<br><br>              Defendant. | 12 Cr. 185 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

　　The Court is in receipt of Mr. Hammond's motion for compassionate release (dkt. no. 70).  The Government shall respond to Mr. Hammond's motion by letter no later than July 20, and Mr. Hammond may reply by no later than July 27.

**SO ORDERED.**

Dated:   July 6, 2020
　　　　 New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.