

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 21, 2020

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Jeremy Hammond**, 12-CR-185 (LAP)

Dear Judge Preska:

    I write to request an extension to file a response to the defendant's compassionate-release motion in the above-captioned case. On July 6, 2020, this Court directed the Government to respond to the defendant's motion by July 21, 2020. Dkt. 71. The Government inadvertently missed that deadline because the Assistants in charge of the case no longer work at the Office. The Government respectfully requests an extension until July 28, 2020 to file its response.

Respectfully Submitted,

AUDREY STRAUSS
Acting United States Attorney

by: __/s/ Thomas Burnett_____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1064

The Government's deadline to file its response is extended to July 28. Mr. Hammond may file a reply by August 4. SO ORDERED.

Dated:  July 22, 2020
         New York, NY

_____
LORETTA A. PRESKA, U.S.D.J.