Jeremy Hammond    4    63537 -BL
Docket Number: 1:12CR00185-5



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[X]   Transfer of Jurisdiction to the Northern District of Illinois APPROVED

[ ]   Transfer of Jurisdiction to the Northern District of Illinois DENIED

[ ]   Other

_____
_____
_____
_____

*Loretta A. Preska*
Honorable Loretta A. Preska
Senior U.S. District Judge
May 28, 2021
Date

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
1:12CR00185-5

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | |
|---|---|---|
| Jeremy Hammond | SOUTHERN DISTRICT OF NEW YORK | |
| | NAME OF SENTENCING JUDGE | |
| | Loretta A. Preska | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/05/2021    TO 3/4/2024 |

OFFENSE:

CONSPIRACY TO ENGAGE IN COMPUTER HACKING – In violation of 18 U.S.C. 1030(b), a Class C Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| *Date* | *United States District Judge* |
|---|---|

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| May 28, 2021 | *Loretta A. Preska* |
|---|---|
| *Effective Date* | *United States District Judge* |